## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THEODORE ROOSEVELT                )
CONSERVATION PARTNERSHIP          )
555 Eleventh St. N.W., 6th Floor  )
Washington, DC 20004              )
(202) 654-4600,                   )
                                  )
               Plaintiff,           )
                                  )
     v.                         )
                                  )
DIRK KEMPTHORNE, in his official  )
capacity as the Secretary of the United )
States Department of the Interior )
1849 C Street, N.W.               )
Washington, DC 20240              )
(202) 208-3100,                   )
                                  )
      and                      )
                                  )
UNITED STATES BUREAU OF LAND      )
MANAGEMENT                        )
1849 C Street, Room 406-LS        )
Washington, DC 20240              )
(202) 452-5125,                   )
                                  )
          Defendants.        )

Case: 1:08-cv-01047
Assigned To : Leon, Richard J.
Assign. Date : 6/18/2008
Description: Admn. Agency Review

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Plaintiff Theodore Roosevelt Conservation Partnership ("TRCP") states its Complaint and prays for relief as follows.

### INTRODUCTION AND OVERVIEW OF CLAIMS

1.  This action challenges the Bureau of Land Management's ("BLM") failure to implement the monitoring and mitigation requirements established in BLM's July 2000 Record of Decision ("ROD") for the Pinedale Anticline Oil and Gas Exploration and Development Project ("Project") in the Pinedale Anticline Project Area ("PAPA"). A copy of the ROD is available online at http://www.blm.gov/wy/st/en/info/NEPA/pfodocs/anticline.html (visited May

27, 2009). The ROD authorizes the development of 700 oil and gas wells over 10 to 15 years by various development entities (collectively, the "Operators"). The ROD is based on the Final Environmental Impact Statement for the Project ("FEIS"), a copy of which also is available at the above referenced web address.

2.    The PAPA comprises 197,345 acres of Federal, state and private land in western Wyoming. The PAPA historically supported substantial populations of greater sage grouse and is home to what traditionally has been one of Wyoming's strongest mule deer populations. These species, along with other big game ungulates (moose, pronghorn antelope and elk), have offered some of Wyoming's best hunting and recreational opportunities.

3.    In developing the ROD and its supporting environmental documentation under the National Environmental Policy Act ("NEPA"), 42 U.S.C. 4321 *et seq.* (collectively, the "NEPA Documents"), BLM committed to Adaptive Environmental Management ("AEM"), which BLM concluded was both necessary and fundamental to development of the PAPA in an environmentally sensitive manner that complied with BLM's obligations under the Federal Land Policy and Management Act ("FLPMA"), 43 U.S.C. 1701 *et seq.*, and related oil and gas operations authorities (e.g., 43 C.F.R. § 3162.1).

4.    The AEM mechanism, by which BLM committed to comply with both NEPA and FLPMA, has failed unequivocally. *See, generally,* Declaration of Rollin D. Sparrowe attached hereto as Exhibit A ("Sparrowe Declaration"). In fact, AEM did not even commence until *four years after the ROD was adopted.* Today, the AEM mechanism has completely collapsed, with most of the relevant working groups not having met for over two years. By failing to carry out the mitigation promised in the ROD and supporting NEPA Documents, BLM has violated its procedural obligations under NEPA and its substantive obligations under FLPMA.

5.     Plaintiff TRCP seeks judicial review of BLM's violations pursuant to the Administrative Procedure Act ("APA"), which allows this Court to hold unlawful and set aside final agency action it finds to be "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law;" 5 U.S.C. § 706(2)(a), or that is "without observance of procedure required by law;" 5 U.S.C. § 706(2)(d). Alternatively, the APA allows this Court to "compel agency action unlawfully withheld or unreasonably delayed[.]" 5 U.S.C. § 706(1).

## JURISDICTION AND VENUE

6.     This Court has jurisdiction over this action pursuant NEPA, 42 U.S.C. §§ 4321 *et seq.* and its implementing regulations, FLPMA, 43 U.S.C. §§ 1701 *et seq.*, the Declaratory Judgment Act, 28 U.S.C. § 2201, 28 U.S.C. § 1331 (federal question), and the APA, 5 U.S.C. §§ 551 *et seq.* BLM's failure to implement the required AEM constitutes a "failure to act" for purposes of 5 U.S.C. § 551(13) (definition of "agency action") and 5 U.S.C. § 706(2), or alternatively, "agency action unlawfully withheld or unreasonably delayed" under 5 U.S.C. § 706(1).

7.     Injunctive relief is authorized by Rule 65 of the Federal Rules of Civil Procedure.

8.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(e) because Defendant Kempthorne, as the Secretary of the United States Department of the Interior ("Department"), and Defendant BLM, both are headquartered in Washington, D.C. Plaintiff maintains its corporate office in Washington, D.C. Moreover, oil and gas development on public lands is being dictated by federal policies formulated and directed by the Department's Washington-based officials, including Defendant Kempthorne. On information and belief, much of the decision-making regarding this development, including the Project, is being made by those officials. Finally, the manner in which oil and gas development is carried out on public lands

throughout the western United States constitutes a matter of national concern that is not confined to the geographic area in which development occurs.

## PARTIES

9.      Plaintiff TRCP is a 501(c)(3) nonprofit corporation, representing a coalition of leading hunting, fishing and conservation organizations, labor unions and individual grassroots partners working together to preserve the traditions of hunting and fishing by: 1) expanding access to places to hunt and fish; 2) conserving fish and wildlife and the habitats necessary to sustain them; and 3) increasing funding for conservation and management. TRCP is supported by a nationwide network of over 90,000 sportsmen and women and more than 1,400 local and state-level clubs and organizations, that themselves represent nine million Americans.

10.      TRCP's members, including Dr. Sparrowe, historically have hunted, fished, and observed wildlife and fish species, currently hunt, fish and observe wildlife and fish species, and plan to continue to hunt, fish and observe wildlife and fish species, in areas within the PAPA and in areas to which animals using the PAPA in winter migrate during other seasons. Areas within the PAPA will be adversely impacted by irresponsible development of the PAPA, which is occurring in the absence of AEM. Dr. Sparrowe personally participated in the AEM process until its demise and has worked aggressively to revive and give meaning to AEM as originally intended in the ROD. *See, generally,* Sparrow Declaration.

11.      In addition to the interests of its members directly impacted by actions within the PAPA, TRCP has an interest at the organizational level in receiving and disseminating current and accurate information about federal activities that impact the hunting and fishing resources on which TRCP members depend throughout the Nation. TRCP's governing Board of Directors specifically relies on such information when determining and recommending to its members

appropriate responses to proposed land use activities on public lands in one or more western states, including Wyoming, Utah, Colorado, Montana and New Mexico.

12.     The best available scientific data demonstrates that the number of mule deer using the "Mesa" in the PAPA have declined by 46% since the ROD was signed in 2000. *See* Sawyer, H. et al., 2006 ANNUAL REPORT. SUBLETTE MULE DEER STUDY (PHASE II): LONG-TERM MONITORING PLAN TO ASSESS POTENTIAL IMPACTS OF ENERGY DEVELOPMENT ON MULE DEER IN THE PINEDALE ANTICLINE PROJECT, Cheyenne, Wyoming, USA (2006) and Sawyer, H. et al., 2006. WINTER HABITAT SELECTION OF MULE DEER BEFORE AND DURING DEVELOPMENT OF A NATURAL GAS FIELD, Journal of Wildlife Management 70:396-403 (2006).

13.     In addition, the best available science demonstrates that protections currently employed in the PAPA for sage grouse are utterly inadequate. *See* Western Association of Fish and Wildlife Agencies, *Using the Best Available Science to Coordinate Conservation Actions that Benefit Sage-Grouse Across States Affected by Oil and Gas Development in Management Zones I-II (Colorado, Montana, North Dakota, South Dakota, Utah, and Wyoming)* (29 January 2008) citing, among others, Naugle et al., *Sage-grouse Population Response to Coal-bed Natural Gas Development in the Powder River Basin: Interim Progress Report on Region-wide Lek-count Analyses* (May 26, 2006).

14.     The unmitigated mule deer decline across the PAPA, and continuing use of inadequate sage grouse protections in the PAPA are the direct result of BLM's failure to implement AEM. A favorable decision from this Court declaring unlawful BLM's non-compliance with the ROD and EIS, and an injunction prohibiting BLM from authorizing new development activities in the PAPA pending compliance with the ROD and EIS, will redress TRCP's injury.

15.    Defendant Dirk Kempthorne is sued in his official capacity as the Secretary of the Department. In that capacity, he is responsible for ensuring the Department and the agencies within the Department, including BLM, comply with all applicable laws and regulations, including NEPA and FLPMA.

16.    Defendant BLM, an agency within the Department, is responsible for managing public lands for a variety of resources, including oil and gas development, and for protection of natural and human environments. BLM is required to comply with NEPA and FLPMA, and to evaluate, analyze, and disclose the impacts of federal undertakings to the public. BLM, through its Wyoming State Office, is responsible for production of the ROD, the EIS and subsequent failure to implement AEM as required by the ROD, which failure is the subject of this action.

## LEGAL BACKGROUND

### The National Environmental Policy Act

17.    NEPA, 42 U.S.C. § 4321 *et seq.*, was enacted in recognition of "the profound impact of man's activity on the interrelations of all components of the natural environment, [and] ... the critical importance of restoring and maintaining environmental quality to the overall welfare ... of man ... ." 42 U.S.C. § 4331. NEPA "prescribes the necessary process by which federal agencies must take a 'hard look' at the environmental consequences of [their] proposed courses of action." *Pennaco Energy, Inc. v. U.S. Dept. of Interior*, 377 F.3d 1147, 1150 (10th Cir. 2004) (internal quotations omitted); *see also Robertson v. Methow Valley Citizens Council*, 490 U.S. 332, 350 (1989).

18.    NEPA is intended to focus the attention of the government and the public on the likely environmental consequences of a proposed agency action. *Marsh v. Oregon Natural Resources Council*, 490 U.S. 360, 371 (1989). It "places upon an agency the obligation to consider every significant aspect of the environmental impact of the proposed action" and

"ensures that the agency will inform the public that it has indeed considered environmental concerns in its decisionmaking process." *Baltimore Gas & Electric Co. v. Natural Resources Defense Council, Inc.*, 462 U.S. 87, 97 (1983) (citations omitted).

19.    As relevant to this action, NEPA required BLM to prepare an environmental impact statement ("EIS") for the Project because it constituted a "major Federal action significantly affecting the quality of the human environment ... ." 42 U.S.C. § 4332(2)(C).  The EIS requirement "insure[s] a fully informed and well-considered decision" when a proposed activity may "significantly affect[ ] the quality of the human environment ... ." *Vermont Yankee Nuclear Power Corp. v. Natural Res. Def. Council*, 435 U.S. 519, 558 (1978); 42 U.S.C. § 4332(2)(C).

20.    NEPA requires that an EIS contain "a reasonably complete discussion of possible mitigation measures." *Methow Valley*, 490 U.S. at 352.  The mitigation must "be discussed in sufficient detail to ensure that environmental consequences have been fairly evaluated." *City of Carmel-By-The-Sea v. U.S. Dept. of Transp.*, 123 F.3d at 1142, 1154 (9th Cir. 1997).  In other words, an EIS must include "[m]eans to mitigate adverse environmental impacts." 40 C.F.R. § 1502.16(h); *see also* 40 C.F.R. § 1502.14(f).

21.    Under NEPA, mitigation means:

(a) Avoiding the impact altogether by not taking a certain action or parts of an action. (b) Minimizing impacts by limiting the degree or magnitude of the action and its implementation.  (c) Rectifying the impact by repairing, rehabilitating, or restoring the affected environment.  (d) Reducing or eliminating the impact over time by preservation and maintenance operations during the life of the action. (e) Compensating for the impact by replacing or providing substitute resources or environments.

40 C.F.R. § 1508.20.

22.    CEQ regulations implementing NEPA make clear that in any environmental impact statement and record of decision, "[a] monitoring and enforcement program shall be

adopted and summarized where applicable for any mitigation." 40 C.F.R. § 1505.2.    CEQ

further admonishes that "[a]gencies may provide for monitoring to assure that their decisions are

carried out and should do so in important cases." 40 C.F.R. § 1505.3.

23.    CEQ regulations also state that "[m]itigation (§1505.2(c)) and other conditions

established in the [EIS] or during its review and committed as part of the decision shall be

implemented by the lead agency or other appropriate consenting agency." *Id.*   To do so, CEQ

explains the agency "shall: (a) Include appropriate conditions in grants, permits or other

approvals[;] (b) Condition funding of actions on mitigation[;] (c) Upon request, inform

cooperating or commenting agencies on progress in carrying out mitigation measures which they

have proposed and which were adopted by the agency making the decision[; and] (d) Upon

request, make available to the public the results of relevant monitoring."

24.    All agencies of the federal government, including BLM, must comply with CEQ's

regulations. 40 C.F.R. § 1507.1.

25.    BLM has adopted a NEPA Handbook to aid implementation.  BLM's NEPA

Handbook provides: "Monitoring activities which are adopted in an appropriate decision

document must be implemented as specified." BLM NEPA Handbook VI-1.  The BLM NEPA

Handbook further provides:  "All actions and mitigation measures, including monitoring and

enforcement programs, adopted in a decision document are legally enforceable commitments."

*Id.*

### The Federal Land Policy and Management Act

26.    FLPMA directs the Secretary and BLM to manage public lands "under principles

of multiple use and sustained yield."  43 U.S.C. § 1732(a); *see also* 43 U.S.C. § 1701(a)(8)

(listing purposes and values that should be considered in the management of public lands).

FLMPA further requires that "[i]n managing the public lands the Secretary shall, by regulation or

otherwise, take any action necessary to prevent unnecessary or undue degradation of the lands."
43 U.S.C. § 1732(b).

27.     BLM has not adopted regulations specifically to implement the prohibition on
unnecessary or undue degradation, but has adopted regulations that implement its spirit in the
context of onshore oil and gas development.   One example of such regulations is 43 C.F.R.
§ 3162.1, which provides: "(a) The operating rights owner or operator, as appropriate, shall
comply with applicable laws and regulations; with the lease terms, Onshore Oil and Gas Orders,
NTL's; and with other orders and instructions of the authorized officer.   These include, but are
not limited to, conducting all operations in a manner ... which protects other natural resources
and environmental quality ... ."   Similarly, BLM regulations provide: "(a) The operator shall
conduct operations in a manner which protects the mineral resources, other natural resources,
and environmental quality."  43 C.F.R.  § 3162.5-1(a).    Moreover, "(b) The operator shall
exercise due care and diligence to assure that leasehold operations do not result in undue damage
to surface or subsurface resources or surface improvements."  43 C.F.R. § 3162.5-1(b).

28.     Before BLM approves any Application for Permit to Drill ("APD"), BLM must
"prepare an environmental record of review or an environmental assessment, as appropriate.
These environmental documents will be used in determining whether or not an environmental
impact statement is required and in determining any appropriate terms and conditions of
approval of the submitted plan."  43 C.F.R. § 3162.5-1(a).

## FACTUAL BACKGROUND

### The Importance of AEM in Protecting the PAPA's Wildlife Resources

29.     The AEM mechanism was originally described in the 1999 Draft Environment
Impact Statement ("DEIS") for the Project.    A copy of the DEIS is available at
*http://www.blm.gov/wy/st/en/info/NEPA/pfodocs/anticline.html* (visited May 27, 2008).

30.     According to the DEIS (Appendix F) an adaptive management plan conceptually "defines a process to increase the speed at which managers learn from their decisions about resources and how development activities affect them." According to that framework, adaptive management programs consist of several sequential obligations: 1) assessing the problem; 2) designing management plans; 3) implementing monitoring plans; 4) monitoring; 5) evaluating progress; and 6) adjusting plans based on lessons learned. DEIS, Appx. F, F-1.

31.     BLM "determined that an AEM plan for [the Project] would be prepared and implemented generally following the framework contained in [DEIS Appendix F]." At that time, BLM "anticipated that a draft AEM plan would be developed during the spring and summer of 2000 and presented for public review and comment by the end of 2000." DEIS, Appx. F, F-1.

32.     Appendix F explained there were significant uncertainties regarding the level of development in the PAPA and the impact of development on the environment. DEIS, Appx. F, F-2. According to BLM, however, a "properly prepared and thoroughly evaluated AEM plan may be suitable for dealing with these uncertainties. Such a plan would provide a mechanism for continuously modifying management practices in order to allow continued exploration and development while continuing to protect the environment." DEIS, Appx. F, F-2.

33.     BLM explained that AEM included the following:

- Determine the effectiveness of mitigation measures contained in the EIS and routinely required by the BLM and modify the measures to achieve the stated goal. ...

- Provide a rapid response to environmental change.

- Validate predictive models used in the EIS and revise the models/projections as necessary as based on field observations and monitoring.

- Accurately monitor and predict cumulative impacts ... .

- Allow for stakeholder participation in future decisionmaking.

10

DEIS, Appx. F, F-2. The contemplated framework was set forth explicitly in Section 6 of Appendix F. F-4 through F-8. Specific commitments included problem assessment (Step 1); designing management and monitoring programs (Step 2); implementation (Step 3); monitoring (Step 4); evaluation (Step 5); and adjustment (Step 6).

34.    The DEIS (Executive Summary) elaborated on the role of AEM as foreseen by BLM in 1999. BLM explained:

> This EIS contains a framework for an [AEM] Plan that would be adopted for this project. This plan would involve the participation of all affected interest (public land users, federal, state and local agencies, industry, and others). The plan would be designed to verify implementation of mitigation measures adopted in the ROD; measure the success of those mitigation measures; make appropriate modifications to mitigation based on actual performance; allow for peer review of mitigation and monitoring results; and provide feedback to the interested public.

DEIS, Executive Summary 5.

35.    The ROD itself explained the importance of AEM in relation to the overall Project. For example, BLM explained that proposed and cumulative development within each management area would be reviewed "at least annually within the context of the Adaptive Environmental Management (AEM) planning process period." Moreover, monitoring would be developed "to address both direct and cumulative impacts." ROD, Section 4, 25.

36.    BLM acknowledged that inventories and special studies would be needed to determine the extent of site specific impacts and appropriate mitigation and that the Operators might be required to complete those inventories or studies "under guidelines provided by the BLM or as developed through the AEM planning process." *Id.* According to BLM, AEM would help, for example, to "provide information to develop the need/appropriateness of [centralized production facilities] and when and where they should be installed." *Id.* at 27.

37.    The AEM mechanism was explained further in Appendix C of the FEIS. That document "outlines the planning process for the Adaptive Environmental Management (AEM) of

the Pinedale Anticline Project Area (PAPA)." FEIS, Appx. C, C-1. Appendix C explains the

AEM mechanism would develop resource monitoring plans and, among other things:

- Determine the effects of PAPA Development on these resources;

- Determine the effectiveness of the mitigation measures contained in the Record of Decision (ROD);

- Modify the mitigation measures as deemed appropriate to achieve the stated goals/objectives;

- Assure that non-oil-and-gas related BLM decisions (such as grazing, recreation, etc.) regarding the PAPA are coordinated with gas-related development;

- Provide a rapid response to unnecessary/undo environmental change; (validate predictive models used in the EIS and revise the models/projections as necessary based on field observations and monitoring;

- Accurately monitor and predict cumulative impacts through BLM maintenance of a geographic information system (GIS) for the PAPA including all activities (natural gas, residential, agricultural, etc.) on federal and non-federal lands and how they are effecting resources; allow for Stakeholder participation in future decision making;

- Provide guidance for monitoring (surveys) upon which the need to initiate Section 7 consultation with USFWS will be determined.

FEIS, Appx. C, C-2. Appendix C further explains that monitoring plans "will be prepared for the

following resources and activities" including big game (mule deer and antelope) and upland

game (sage grouse). *Id.*

38. The AEM mechanism was to be chaired by the Pinedale Anticline Working

Group ("PAWG"). The PAWG would oversee various task groups, including a wildlife task

group, a water resources task group and others. FEIS, Appx. C, C3. Appendix C promised that

the PAWG would meet "at least once a year or more often as needed." FEIS, Appx. C, C4.

BLM further promised that the PAWG would "keep written record[s] of meetings and

disseminate to members and interested public [relevant information]." FEIS, Appx. C, C-4.

BLM also promised that the PAWG, itself, would "conduct an annual field inspection to review the implementation of construction and rehabilitation operations." *Id.* Most importantly, the PAWG would "oversee implementation of monitoring plans for the project." *Id.*

39.    The task groups would be responsible for implementing monitoring plans approved by BLM, reviewing and evaluating monitoring data, recommending modifications to the development and monitoring plan to the PAWG (and therefore BLM), and recommending modification to mitigation plans as needed. FEIS, Appx. C, C-4.

40.    Appendix C promised that "BLM will implement and coordinate the AEM Planning Process." FEIS, Appx. C, C4.

41.    When responding to comments on the DEIS, BLM again emphasized the importance of the AEM program to successful implementation of the Project. *See, e.g.,* FEIS, Appx. 5, (Response to comment letters) 5-181 ("BLM concurs that the Adaptive Environmental Management (AEM) planning process will be vital to ensuring that all reasonable efforts are undertaken to reduce environmental impacts from this project while still allowing the operators to develop the leases. As stated on page 5 of the Executive Summary, BLM will require implementation of an AEM planning process in the Record of Decision (ROD)."). BLM further explained that its AEM "must be designed to consider synergistic affects. BLM anticipates that one of the primary goals of the planning process will be to design monitoring to allow for the extrapolation of results to all aspects of environmental protection." FEIS, Appx. 5, 5-182 -183.

42.    BLM also made clear that the "AEM planning process will be open to public participation." FEIS, Appx. 5, 5-183.

43.    With respect to mitigation measures associated with the Project, BLM explained:

One purpose of the AEM planning process is to formulate [mitigation] measures, identify what level of impact would initiate practices and what those practices

would be. It is understood that the level of adequacy of those measures and practices would be debated and identified by the anticipated agency work group discussed in Appendix F, Section 3.0, page F3 of the DEIS. The ROD will provide the commitment for the funding and identify who will conduct the monitoring of impacts and enforcement as well as specify a time frame within which the plan must be completed.

FEIS, Appx. 5, 5-184.

44.    BLM elaborated on the role that its AEM program would play relative to NEPA's

requirements for mitigation. FEIS, Appx. 5, 5-190. According to BLM:

[T]he decision to require monitoring through the AEM planning process is consistent with BLM's obligations under NEPA. CEQ Regulations at 40 CFR § 1505.2 require BLM to adopt the monitoring and enforcement program 'where applicable for any mitigation'. BLM has determined that the AEM planning process is applicable to future development in the PAPA and that the process will satisfy the monitoring and enforcement plan requirements in the CEQ Regulations. In addition, CEQ Regulations at 40 CFR § 1505.3 address BLM's obligations for implementing a decision. ... BLM has determined that adopting AEM planning process is an effective mechanism to assure that decisions made in the ROD are carried out and the results of monitoring are effectively communicated to cooperating agencies as well as the public.

FEIS, Appx. 5, 5-190.

45.    In responding to comments on the DEIS, BLM explained its duty to "balance the

need for maximum economic recovery with the need to protect natural resources and

environmental quality on the leased lands." FEIS, Appx. 5, 5-191 *citing* 40 CFR § 3162.1(a).

BLM further explained "FLPMA regarding the management of use, occupancy and the

development of the public lands (Section 302)(b), requires the 'Secretary shall, by regulation or

otherwise, take any action necessary to prevent unnecessary or undue degradation of the lands.'"

*Id.* BLM explained "it must preserve, to the extent practicable and reasonable, unique in

valuable characteristics of the natural resources present in the PAPA" to comply with these

obligations. *Id.*

46.    BLM further made clear that it has the authority to enforce its mitigation requirements. FEIS, Appx. 5, 5-192. According to BLM a purpose of the DEIS was "to identify reasonable and relevant mitigation measures that could improve the project ... ." *Id.* The AEM mechanism represented this effort.

47.    In response to criticism of AEM from industry representatives, BLM defended it, in part by referencing the Environmental Protection Agency's (EPA) approval of the program. FEIS, Appx. 5, 5-200. ("EPA, in their role as final arbitrator of the adequacy of all NEPA documents, agreed that AEM planning process would play a key role in monitoring future development in the PAPA ... .").

48.    BLM candidly recognized:

Mitigation eventually adopted by BLM in the ROD may or may not be effective in minimizing impacts. This fact alone demands that monitoring of project activities occur. BLM has a responsibility to protect the natural resources on federal lands and minerals in the PAPA and that public trust necessitates diligent monitoring of the impacts of the project. Although BLM welcomes and encourages the participation of operators in the design and implementation the AEM planning process, BLM is and will remain the final decision maker regarding the need for and adequacy of monitoring programs in the PAPA. As such, BLM will not "negotiate" the monitoring program but rather will rely on the AEM planning process to design the monitoring program.

FEIS, Appx. 5, 5-200.

49.    BLM further explained that, not withstanding concerns expressed by industry groups about the scope of AEM, "because the potential threats to natural resources are so severe, BLM is compelled to recommend a process that far exceeds monitoring applications developed for past projects." FEIS, Appx. 5, 5-24.3. BLM also reiterated its statement that it would not have funds available to implement the monitoring program and that therefore, costs would be born by the operators." *Id.*

50.    BLM responded to specific concerns expressed about mitigation required for pronghorn antelope by explaining "research is in progress that will reveal pronghorn movement routes in the vicinity of the PAPA. If additional protection to these habitat components becomes necessary, the AEM planning process is the appropriate vehicle to change management strategies as new information becomes available over the life of the project." FEIS, Appx. 5, 5-245.

51.    BLM made clear the "AEM planning process (Appendix F) will ensure newly available information, from whatever source, is applied to decision making." FEIS, Appx. 5-247.

52.    Many of BLM's responses to comments received on the DEIS were reiterated in response to comments on the FEIS. For example, BLM again made clear that the costs of monitoring would be born by the Operators. FEIS, Exhibit G, G-33. In response to concerns about AEM, BLM reiterated that it "was optimistic that the AEM approach would allow for quick and meaningful response to development issues." *Id.* BLM reiterated that Appendix F of the DEIS "addresses the need for the AEM planning process to develop scientifically sound monitoring and correct practices based on the results of that monitoring, as necessary." *Id.*

53.    BLM further reiterated that the AEM mechanism would conduct (at a minimum) annual reviews of ongoing development and monitoring data. FEIS, Exhibit G, G36. BLM made clear that AEM was not a NEPA requirement, but that its AEM mechanism would satisfy NEPA's monitoring requirements since the EIS deemed them necessary. FEIS, Exhibit G, G39. BLM explained AEM "is a way of administering a complex program of monitoring and for providing a means for making mid-course corrections in planned activities. The AEM process identified in the EIS is simply a mitigating opportunity that, if properly and diligently applied, will result in less impacts in the PAPA over the long term period." *Id.*

### *The Collapse of AEM*

54.    The PAWG was convened shortly after the ROD was adopted, but did not perform as BLM anticipated. *See generally* Sparrowe Declaration. After its initial year, and while still in the preliminary phases, the PAWG was challenged by one of the Operators and temporarily suspended. Sparrowe Declaration ¶ 26.

55.    Intensive drilling and development authorized by the ROD continued for the next 2½ years while BLM reconstructed the PAWG under a federal charter from the Secretary and in compliance with the Federal Advisory Committee Act. Vetting the PAWG membership and obtaining internal approvals took another year. Sparrowe Declaration ¶ 27.

56.    The PAWG had its first meeting in August 2004 – four years after drilling began under the ROD. Virtually no baseline data had been reviewed during the intervening period of development and no substantive changes were made to development protocols.

57.    In the meantime, modifications to the Project were being made without oversight from the PAWG. Sparrowe Declaration ¶¶ 28-29. One such modification involved year-round drilling in mule deer crucial winter range and greater sage-grouse breeding and nesting habitat. *See Questar Year-Round Drilling Proposal Environmental Assessment* (November 2004) (copy available at http://www.blm.gov/wy/st/en/info/NEPA/pfodocs/questar.html).

58.    BLM's NEPA documentation for this modification was "tiered" off the ROD and EIS, *see id.* at 9, and despite the fact that the PAWG had not functioned for 4 years, BLM explained that the issue of year-round drilling would be subjected to PAWG review and analysis. The PAWG was, however, incapable of reviewing year-round drilling proposals because no good baseline data existed. Thus, Questar's year-round drilling was approved without PAWG review or analysis.

59.     When the PAWG convened again in 2004, the task groups conducted analytical work and made recommendations to the PAWG, who decided what to transmit to BLM. Sparrowe Declaration ¶¶ 32-33.    These task groups began by evaluating the EIS and ROD requirements for managing development, including mitigation and monitoring for wildlife. In general, the task groups found that key provisions of the EIS and ROD had never been implemented. *Id.*  This fact was later confirmed by BLM. *Id.* ¶ 43.

60.     Foremost among the neglected requirements of the ROD and EIS was the AEM requirement itself, by which BLM was to review wildlife data on impacts of development, and to make changes in field operations as necessary to lessen those impacts.  Sparrowe Declaration ¶¶ 33 and 43.  Dr. Sparrowe, operating as the Chair of the Wildlife Monitoring Task Group, attempted to develop for BLM the parameters of a functional AEM project.    Sparrowe Declaration ¶ 34.

61.     Under Dr. Sparrowe's guidance, the Wildlife Monitoring Task Group identified several tasks in significant detail that BLM could immediately perform to help reinvigorate AEM. Most of these were sidestepped or ignored entirely.  Sparrowe Declaration ¶¶ 35-36.

62.     In 2005, under criticism from the PAWG itself, BLM called a special meeting at which the Field Manager reinterpreted the PAWG's charge, narrowing it to only "post-decisional issues" and clarifying that each participant could exercise its right to comment through NEPA processes prior to site-specific project decisions.  Sparrowe Declaration ¶ 38.  BLM's newfound interpretation of the PAWG's role was not consistent with the ROD or EIS and many members of the task groups ceased participating.  Meetings of both the task groups and the PAWG became increasingly infrequent.  Sparrowe Declaration ¶ 39.

63.    In September 2005, BLM approved the "Anschutz-Shell-Ultra Year-Round Drilling Demonstration Project" which, like the 2004 Questar proposal, included year-round drilling. BLM approved drilling operations between November 15, 2005 and July 31, 2006 within big game crucial winter ranges. It allowed completion operations beginning May 1, 2006. The Decision Record allowed up to two drilling rigs on each of three well pads between November 15, 2005 and July 31, 2006.

64.    In November 2005, the Wildlife Monitoring Task Group transmitted through the PAWG to BLM two specific recommendations regarding mule deer management in the PAPA: a) maintain current mule deer populations, and b) maintain current remaining, undisturbed habitats useful to deer in winter. Sparrowe Declaration ¶40. Year-round drilling modifications approved by BLM have been inconsistent with these recommendations, but because the AEM program was so dysfunctional, the recommendations could not be made timely. *Id.* Today, BLM is ignoring these recommendations by preparing to approve expanded year-round drilling as discussed below.

65.    Also in November 2005, BLM approved an addendum to the Questar Year-Round Drilling Proposal, which allowed for accelerated winter development on the Mesa, including well completions and the addition of a third drilling rig on the Mesa 3-20 winter drilling pad, and allowed a total of seven drilling rigs during winter 2005-2006.

66.    In the spring of 2006, the appointments of the PAWG members were allowed to expire without notice and without any guidance as to PAWG management in the interim. A period of several months followed during which the PAWG again fell dormant while drilling continued without any AEM program in place. Sparrowe Declaration ¶ 42.

67.    Several alienated members of the PAWG in May 2006 sent a letter to the editor of the local newspaper explaining their views that BLM "refuses to enable the PAWG to consider the recommendations that are a result of extensive work conducted by the volunteer members of the task groups."    A   copy   of   PAWG   members'   letter   is   available   at http://www.pinedaleonline.com/news/2006/05/IsPAWGdead.htm (visited May 27, 2008).  Those members opined that "because of the BLM's dysfunctional management" many of the monitoring requirements that the task groups had formulated "have not been able to move forward proactively."  They explained "the BLM itself is the biggest impediment to realization of" the potential of AEM.   The group explained that "a small fraction of the monitoring recommendations, or even the monitoring required by the Record of Decision has been acted upon by the agency."  They explained that much of the relevant monitoring data "is hidden, inaccessible to the public or re-interpreted to meet BLM's public agenda.  And now that its clear that mitigation is immediately needed to offset impacts to declining wildlife and their quality, BLM is unwilling to take the steps necessary to follow its own guidelines."

68.    The PAWG was re-chartered in the Fall of 2006.   However, Dr. Sparrowe informed the PAWG in early 2007 that the Wildlife Monitoring Task Group was no longer functional due to a lack of participation by its members, all of whom concluded that BLM was ignoring the PAWG entirely.  It appears the Wildlife Monitoring Task Group is not the only non-functioning task group.   The last official minutes for the various task groups were dated as follows: Air Quality (Nov. 2004); Cultural-Historic Resources (May 2005); Reclamation (Nov. 2004); Socioeconomic (Feb. 2006); Transportation (Nov. 2004); Water Resources (Sept. 2007). Copies     of     these     minutes     may     be     found     at http://www.blm.gov/wy/st/en/field_offices/Pinedale/pawg/minutes.html (visited May 27, 2008).

69.    The Wildlife Monitoring Task Group has done nothing substantive since late 2005.    The Wildlife Task Group's last published minutes (Nov. 10, 2005) explain: "Operationally, it is our conclusion that neither the [Wildlife Task Group] nor PAWG are active players in mitigation negotiations and that there is no comprehensive plan to mitigate effects on wildlife."

70.    The Sporting Conservation Council ("SCC"), an advisory committee charted under the Federal Advisory Committee Act ("FACA") and whose special expertise was recently acknowledged by President Bush in Executive Order ("EO") 13443: Facilitation of Hunting Heritage and Wildlife Conservation (Aug. 16, 2007) recently called to Defendant Kempthorne's attention the demise of the PAWG and the problem presented for wildlife in the PAPA.  One of the SCC's specific duties, as reflected in its FACA charter, is "Recommending policies or programs to fully incorporate the conservation of wildlife and other natural resources into energy development."

71.    In a letter dated December 4, 2007, the SCC transmitted a list of "Improvements Needed for Wildlife in Energy Development on the Pinedale Anticline." SCC noted, among other things:

- "Important requirements for wildlife-related actions from the Resource Management Plan [RMP] Record of Decision [ROD] and Pinedale Anticline Project Area [PAPA]  Exploration and Development ROD have not been implemented."

- "The impacts of some development are sufficiently great to justify the need to mitigate for the losses. …  BLM apparently has no process to trigger mitigation, qualitative or quantitative, for resources damages resulting from energy development."

- "It appears that there is no AEM process in place.  It also appears that the best use of available data is not being made to drive an AEM process and therefore BLM decisions are not consistently being made using available data."

72.     As an example of this last point, SCC explained: "1) Modifications in operations are not being made based on available data for mule deer that show adverse impacts unless individual companies voluntarily agree to changes[,] 2) Sage grouse data also show effects on breeding behavior and abandonment of habitats and it is not clear that those data are being used, 3) BLM field offices have resisted implementation of AEM and proposed demonstration projects."

73.     BLM is currently soliciting nominations for individuals to serve on the PAWG. http://www.blm.gov/wy/st/en/info/news_room/2008/05/20pfo-pawg.html.    On information and belief, the PAWG lacks the following required representatives: 1) a representative from Sublette County, 2) a representative from the Town of Pinedale, 3) a representative from the oil and gas operators, 4) a representative from the environmental community, 5) a representative from the livestock operators, and 6) a representative from the adjacent landowners are needed.    In short, nearly all of the PAWG seats are vacant.

74.     Under its federally approved charter, the PAWG cannot take any official action at this time, because it currently lacks a quorum (six of its nine seats).

75.     At this time, there is no entity overseeing monitoring, evaluation or adjustment of oil and gas drilling procedures to protect wildlife as promised under the ROD and EIS.

76.     Recently the Department of the Interior issued Technical Guide on Adaptive Management, which explains: "The accumulation of understanding and subsequent adaptation of management strategy depends on feeding monitoring and assessment results back into the decision making process."    Adaptive Management Technical Guide at 53 (copy available at http://www.doi.gov/initiatives/AdaptiveManagement/documents.html) (visited May 29, 2008). As the Department explained: "Success in adaptive management ultimately depends on

effectively linking monitoring and assessment to objective-driven decision making." *Id.* These key linkages simply are not occurring in the PAPA today.

### Proposed Expansion of Development in the PAPA

77.    Since 2000, most natural gas development in the PAPA has been along the Anticline Crest, which is approximately 2 to 3 miles wide, 25 to 30 miles long, and centered along the length of the PAPA. As of November 2006, there were at least 642 producing wells on 340 well pads in the PAPA.

78.    In December 2007, BLM issued a "revised draft" Supplemental Environmental Impact Statement ("SEIS") analyzing expanded, year-round drilling throughout the PAPA. *Revised Draft Supplemental Environmental Impact Statement Pinedale Anticline Oil And Gas Exploration And Development Project, Sublette County, Wyoming* (December 2007).    The proposal includes year-round development of 4,399 additional natural gas wells within the PAPA.    SEIS at iii (Executive Summary).    In addition to year-round development, BLM identified the need for additional pipeline corridors to transport hydrocarbon products from the PAPA to processing plants in southwestern Wyoming. *Id.*

79.    As part of year-round development (construction, drilling, completion, and production), BLM is considering granting a permanent exception from seasonal development restrictions within big game (mule deer and pronghorn) crucial winter habitats and greater sage grouse seasonal habitats. *Id.*  Indeed, as explained in the SEIS: "In the years since the PAPA ROD was issued, the most frequently requested exception is one where the operator/leaseholder seeks to continue working past the onset of big game timing restrictions." BLM has granted (or partially granted) requests for exceptions from wildlife-based development restrictions approximately 90% of the time. SEIS, Appx. 1, Table 3.

80.    Development under the proposed plan would exceed thresholds authorized in the ROD. Analysis thresholds with respect to air quality already have been exceeded, with multiple ozone warnings issued this past winter. BLM has determined that the latest proposal "could cause significant impacts to the human and natural environments." *Id.*

81.    BLM's "Preferred Alternative" in the SEIS includes the same project components, including up to 4,399 additional wells on up to 12,885 acres of disturbance, but limits development in some areas. An adaptive management approach and compensatory mitigation fund are additional elements of the BLM preferred alternative. The PAWG, however, will have a reduced role, and there will be a new "wildlife monitoring group" limited to BLM, State representatives and the Operators (i.e., no public representatives will participate).

82.    Regardless of the alternative BLM selects, BLM has explained "Decreased hunting opportunities are expected in the PAPA with decreased abundance of big game and upland game birds as density of wellfield development increases. Impacts to Recreation Resources would include increased traffic and human presence in the PAPA, increased noise, and changes to the visual landscape, making it a less desirable place to recreate." SEIS at vii (Executive Summary).

83.    With respect to wildlife, BLM has explained: "Implementation of any Alternative is likely to create additional barriers to wildlife movements with increased fragmentation by creation of edges and patches within former contiguous habitats." SEIS at viii (Executive Summary). Moreover: "Big game would continue to be adversely affected by well field development that causes direct loss of crucial winter range, other seasonally-used habitats, and decreased habitat function near roads and well pads due to human activity. Similarly, decreased

habitat function is expected at greater sage-grouse leks by surface disturbance and potential human presence within 2 miles of nesting and brood-rearing habitats." *Id.*

84.     The SEIS "incorporates by reference and tiers to the environmental documents prepared for the PAPA EIS." SEIS 1-5 (Introduction).

85.     BLM has explained that, once the SEIS is finalized, a new ROD will be prepared that "will supersede the PAPA ROD." SEIS at 1-14 (Executive Summary).

86.     The SEIS ignores the decline in mule deer populations documented by recent studies. BLM's preferred alternative under the SEIS would "reset" the "environmental baseline" with respect to mule deer populations, incorporating the 46% decline into a new baseline.    All impacts to mule deer would be measured against mule deer populations in the PAPA not as they existed when development began under the ROD, but rather, as they existed in May 2006. SEIS, Appendix 10 (Wildlife and Monitoring Mitigation Matrix).  This is specifically contrary to the governing Resource Management Plan.  Moreover, the preferred alternative would allow another 15% decline (or a total decline of 61% since 2000) in mule deer before any additional mitigation would be required. *Id.*

87.     Similarly, BLM's preferred alternative would allow another 30% decline in active sage grouse leks within the PAPA and a 30% decline in male lek attendance over two years. SEIS, Appendix 10 (Wildlife and Monitoring Mitigation Matrix).

88.     In sum, BLM has failed to apply whatever monitoring data it has collected, as it committed to do in the ROD.  The new development being contemplated in the SEIS is specifically contrary to earlier recommendations of the Wildlife Monitoring Task Group. Sparrowe Declaration ¶¶ 46-51.  But, because the PAWG cannot function without a quorum, there is no mechanism in place to address the impact of proposals being considered in the SEIS.

## CLAIMS FOR RELIEF

### Count One – NEPA Violation

89.     The Partnership incorporates each of the foregoing paragraphs.

90.     "Mitigation ... and other conditions established in the [EIS] ... and committed as part of the decision shall be implemented by the lead agency or other appropriate consenting agency." 40 C.F.R. § 1505.3. "A monitoring and enforcement program shall be adopted and summarized where applicable for any mitigation." 40 C.F.R. § 1505.2.

91.     BLM determined that AEM was critical to the success of the Project and specifically incorporated AEM, both as a means of mitigation, and as a means of monitoring and enforcement of the terms of the ROD.

92.     The AEM requirements in the ROD are not being implemented. The PAWG is not functioning substantively. BLM is not monitoring, evaluating and revising operations as required by the ROD as a condition of developing the PAPA. Development is proceeding in a manner that ignores the best available science and data concerning wildlife needs.

93.     By failing to implement AEM, BLM failed to ensure compliance with mitigation and monitoring mechanisms in the ROD and EIS and to enforce the same. Accordingly, BLM has violated NEPA and its implementing regulations and has acted in a manner that is "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law;" 5 U.S.C. § 706(2)(a), and that is "without observance of procedure required by law;" 5 U.S.C. § 706(2)(d).

94.     Alternatively, BLM's failure to implement AEM constitutes "agency action unlawfully withheld or unreasonably delayed" under  5 U.S.C. § 706(1).

### Count Two – FLPMA Violation

95.     The Partnership incorporates each of the foregoing paragraphs.

96.     FLPMA directs the Secretary and BLM to manage public lands "under principles of multiple use and sustained yield" and requires "[i]n managing the public lands the Secretary shall, by regulation or otherwise, take any action necessary to prevent unnecessary or undue degradation of the lands." 43 U.S.C. § 1732(a); 43 U.S.C. § 1701(a)(8); 43 U.S.C. § 1732(b).

97.     BLM determined that AEM was critical to the success of the Project and specifically incorporated AEM, both as a means of ensuring that oil and gas development authorized under the ROD would not violate the principles of multiple use and sustained yield and would not result in unnecessary or undue degradation.

98.     The AEM requirements in the ROD are not being implemented. The PAWG is not functioning substantively. BLM is not monitoring, evaluating and revising operations as required by the ROD as a condition of developing the PAPA. Development is proceeding in a manner that ignores the best available science and data concerning wildlife needs.

99.     By failing to implement AEM, BLM has failed to meet its multiple use and sustained yield mandates and has failed to ensure against unnecessary and undue degradation of the public lands in the PAPA. Accordingly, BLM has violated FLPMA and BLM's onshore oil and gas regulations and has acted in a manner that is "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law;" 5 U.S.C. § 706(2)(a), and that is "without observance of procedure required by law;" 5 U.S.C. § 706(2)(d).

100.    Alternatively, BLM's failure to implement AEM constitutes "agency action unlawfully withheld or unreasonably delayed" under 5 U.S.C. § 706(1).

## PRAYER FOR RELIEF

For the foregoing reasons, TRCP prays that this Court:

A)      Adjudge and declare that BLM has violated both NEPA and FLPMA by failing to implement the AEM requirements and conditions established and mandated by the ROD;

B)    Affirmatively enjoin BLM from authorizing any further development in the PAPA until BLM has complied with the requirements of the ROD and implemented a plan to mitigate wildlife losses already suffered due to BLM's violations;

C)    Award Plaintiff TRCP its reasonable costs and attorneys' fees, including as applicable, under the Equal Access to Justice Act, 28 U.S.C. § 2412(d); and

D)    Order such other relief as the Court may deem necessary, just or proper.

Respectfully submitted this 18th day of June, 2008.

_____
Donald D. Blankenau
D.C. Bar No. ND0003

HUSCH BLACKWELL SANDERS LLP
206 South 13th Street, Suite 1400
Lincoln, NE 68508
T: (402) 458-1500
F: (402) 458-1510
don.blankenau@huschblackwell.com

*Counsel for the Theodore Roosevelt*
*Conservation Partnership*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THEODORE ROOSEVELT          )
CONSERVATION PARTNERSHIP     )
555 Eleventh St. N.W., 6th Floor     )
Washington, DC 20004         )
(202) 654-4600,              )
                             )
                 Plaintiff,  )          CASE NO.
                             )
        v.                   )
                             )
DIRK KEMPTHORNE, in his official     )
capacity as the Secretary of the United     )
States Department of the Interior     )
1849 C Street, N.W.          )
Washington, DC 20240         )
(202) 208-3100,              )
                             )
        and                  )
                             )
UNITED STATES BUREAU OF LAND     )
MANAGEMENT                   )
1849 C Street, Room 406-LS   )
Washington, DC 20240         )
(202) 452-5125,              )
                             )
                 Defendants. )

---

## DECLARATION OF DR. ROLLIN D. SPARROWE

I, Dr. Rollin D. Sparrowe, state and declare as follows:

1.     I am a resident of Daniel, Wyoming, over eighteen years of age, with personal knowledge of the facts set forth herein.   The purpose of my declaration is twofold: First to explain my personal connection to the Pinedale Anticline and the wildlife resources there; and second to explain my personal experience with the adaptive management program employed by the Bureau of Land Management ("BLM") at the Pinedale Anticline Oil and Gas Development Project ("Project") in western Wyoming.

2.     I am employed by the Theodore Roosevelt Conservation Partnership ("TRCP" or the "Partnership") as an Energy Policy consultant. I also serve as Co-Chair of TRCP's Fish, Wildlife and Energy Working Group, which is dedicated to ensuring that energy development is conducted in a responsible manner that minimizes adverse impacts on fish, wildlife and the hunting opportunities they afford.   I also am a founding board member of TRCP and former Chair of TRCP's Policy Council. I also am a member of the organization.

3.     TRCP is a non-profit organization supported by a nationwide network of over 90,000 individual sportsmen and women and more than 1,400 affiliated clubs and organizations dedicated to the pursuit of hunting, fishing and outdoor recreation.   These clubs and organizations themselves represent some 9,000,000 American outdoor enthusiasts. The mission of TRCP is to preserve the traditions of hunting and fishing by: A) Expanding access to places to hunt and fish; B) conserving fish and wildlife and the habitats necessary to sustain them; and C) increasing funding for conservation and management.

4.     Species observed and/or hunted by TRCP members include, but are not limited to, mule deer, pronghorn, elk, and sage grouse. TRCP members, including me, are frequent visitors to the Pinedale Anticline Project Area ("PAPA"), where they enjoy wildlife viewing, hunting

2

and fishing.  Among the species TRCP members enjoy viewing and/or hunting there are sage grouse, elk, mule deer and pronghorn.

5.    On behalf of TRCP, and consistent with its stated mission, I have provided numerous comments to BLM with respect to the Project's impacts on TRCP's interests.  In short, functional habitats for mule deer, elk, pronghorn, sage grouse and other species are being significantly diminished.  These species are being adversely impacted as a result of the Project because, since 2000, when the Project was approved, BLM has failed to implement the primary mechanism by which BLM intended to protect these resources.  This, in turn, is resulting in fewer hunting and wildlife viewing opportunities for TRCP's members, including me.

6.    I believe, as do TRCP and its members, there are important cultural and aesthetic values associated with the careful management of the PAPA.  These cultural and aesthetic values are being adversely affected by the Project.  According to BLM, diminished recreational opportunities resulting from the Project, like hunting and wildlife viewing, are likely to continue for several decades, further magnifying the impacts to existing and future members of TRCP. Development of the Project without adequate protection for wildlife, hunting and recreational resources is in direct conflict with the goals, objectives and mission of TRCP and its members, including me.

### PERSONAL AND PROFESSIONAL BACKGROUND

7.    I possess more than 40 years of professional experience with state and federal wildlife management in North America.  My *curriculum vitae* is attached hereto as Exhibit A.

8.    I hold three degrees in wildlife biology and management:  A Bachelor's of Science in Game Management from Humboldt State University; a Master's Degree in Wildlife Management from South Dakota State University; and a Ph.D. in Wildlife Ecology from

Michigan State University. I also am a Certified Wildlife Biologist through The Wildlife Society, the international professional society for wildlife biologists.

9.    I spent approximately 22 years working for the United States Fish and Wildlife Service ("FWS"). While with FWS, I supervised the Cooperative Fish and Wildlife Research Unit Program at more than 40 state land grant universities from 1969 into 1983. During 1983 and into 1984, I was the national Chief of the Division of Wildlife Research overseeing research programs and laboratories with a budget exceeding $18 million and a staff of approximately 400 employees.

10.    From the latter part of 1984 and into 1989, I was the Chief of the FWS Office of Migratory Bird Management, where I was principally responsible for the management of migratory birds under the Migratory Bird Treaty Act. From 1989 and into 1991, I was the Deputy Assistant Director for Refuges and Wildlife where I oversaw FWS' Division of Refuges, Office of Migratory Bird Management, Division of Law Enforcement, Division of Realty and Duck Stamp Office.

11.    I received the Superior Service Award from the Department of the Interior in 1978, and in June 1991, I received the Department's Meritorious Service Award.

12.    In late 1991, I left federal employment and became the President of The Wildlife Management Institute, a non-profit organization dedicated to sound management and wise use of wildlife and their habitats in North America. I held that position through 2004.

13.    While at The Wildlife Management Institute, I served on various National Research Council committees, including the Committee on Scientific Issues in the Endangered Species Act (1993) and the Committee on a Biological Survey for the Nation (1994).

14.    In 2002, I received the Aldo Leopold Memorial Award from The Wildlife Society for my 35-year record of distinguished federal and nongovernmental service to wildlife conservation.

15.    As reflected in my *curriculum vitae*, I have published scientific papers on a variety of wildlife topics, including species-specific biology, species-habitat relationships and the impact of various land-use practices on species and their habitats.

16.    Throughout my career I gained extensive and varied field experience. I served on a team negotiating the North American Waterfowl Management Plan with Canada and was involved in implementation of the North American Wetlands Conservation Act. From 1972 through 1974, I was specially detailed to serve in the Office of Endangered Species to assist in constructing a priority system for decision-making under the Endangered Species Act. In addition to my work in Canada, my international experience extends to Spain and the Soviet Union. I also helped initiate Partners in Flight, a cooperative effort among local, state and federal wildlife management agencies, professional organizations, philanthropic foundations, industry, the academic community and private individuals dedicated to combining resources to conserve bird populations throughout the western hemisphere.

17.    I have been directly involved at various levels in the planning and design of research objectives related to mule deer, sage grouse, and pronghorn antelope through the Wyoming Cooperative Fish and Wildlife Research Unit, a cooperative research and training program among the University of Wyoming, the state wildlife agency, the Department of the Interior, and the Wildlife Management Institute. One purpose of that effort was to establish pre-development baseline data on habitat use by wildlife to improve our ability to predict actual responses of wildlife to future development. These studies, published in peer-reviewed journals,

provided strong insights into what we might expect in the way of wildlife impacts, especially under intensive energy development in the Intermountain West.

18.    I also have extensive experience designing and implementing adaptive management programs. I assisted in negotiating amendments to the Migratory Bird Treaty with Canada, and implementing the Adaptive Harvest Management ("AHM") program, a science-based adaptive management process for regulating hunting seasons and harvests of ducks.

19.    From 1995 into 1996, I served on two working groups established by the Director of the FWS (1995 – 2000) and the International Association of Fish and Wildlife Agencies (2001 – 2006) to supplement and periodically evaluate the AHM.

20.    In addition to this general experience, I have a personal interest in preserving the wildlife species in the PAPA, where I have enjoyed wildlife viewing and hunting for over a decade. I personally hunt sage grouse and mule deer in the PAPA. I also am an avid big game hunter and have hunted throughout most of the State of Wyoming, mainly taking pronghorn antelope, elk and mule deer. I intend to continue to hunt sage grouse and big game in the PAPA, provided these species remain viable enough that the Wyoming Game & Fish Department continues to allow such hunting.

21.    For approximately three years, I served as the Chair of the Wildlife Monitoring Task Group operating under the Pinedale Anticline Working Group ("PAWG"). The PAWG was created by BLM, and ultimately chartered under the Federal Advisory Committee Act ("FACA"), to monitor and evaluate, and suggest additional mitigation as necessary to offset, the impact of oil and gas development activities under the Project approved by BLM in 2000. The PAWG has not performed its intended function, and as a result, oil and gas development in the

PAPA is continuing to evolve without the monitoring, evaluation - and most importantly - the mitigation required by BLM when it approved the Project.

## FAILURE OF THE PINEDALE ANTICLINE ADAPTIVE ENVIRONMENTAL MANAGEMENT PROCESS

22.     By way of background, the PAPA comprises nearly 200,000 acres of Federal, state and private land in western Wyoming. BLM's Record of Decision approving the Project ("PAPA ROD") authorized the development of 700 oil and gas wells over 10 to 15 years as proposed and currently being conducted by various industry representatives (collectively, the "Operators").

23.     In developing the PAPA ROD and its supporting environmental documentation under the National Environmental Policy Act ("NEPA"), BLM committed itself and the Operators to a process of Adaptive Environmental Management ("AEM"), which BLM concluded was both necessary and fundamental to ensuring development of the PAPA in an environmentally sensitive manner that complied with BLM's obligations under NEPA, the Federal Land Policy and Management Act ("FLPMA") and related oil and gas operations authorities.

24.     The PAPA ROD included AEM as an innovative public process that would monitor and evaluate the impact of oil and gas development on water, air, wildlife, and other resources in the PAPA. This innovative process was needed for mainly two reasons: First there was great uncertainty about how development would affect other resources in the PAPA; and second BLM desired more local support from stakeholders.

25.     The PAPA ROD identified the PAWG as the entity that would implement the AEM process by receiving input directly from a series of topical Task Groups focused on key resources (e.g., wildlife, transportation, air).

26.     During the PAWG's first year, it was challenged by Yates Petroleum Corporation – one of the primary Operators – as violating FACA.  In response, BLM shut down the PAWG until it could be chartered under the FACA and reconvened.

27.     Intensive drilling and development continued for the next 2-1/2 years while the Department of the Interior reconstructed the PAWG under a FACA charter.  Internal vetting and approval of the new members of the PAWG took an additional year to complete.  Finally, in August 2004, the PAWG had its first meeting – four years after oil and gas drilling began in the PAPA.  I was asked and agreed to chair the Wildlife Monitoring Task Group at that time.

28.     In the meantime, drilling was ongoing.  *See* FINDING OF NO SIGNIFICANT IMPACT, DECISION RECORD AND ENVIRONMENTAL ASSESSMENT FOR THE QUESTAR YEAR-ROUND DRILLING PROPOSAL, SUBLETTE COUNTY, WYOMING (November 2004) ("Questar Plan").  One of the key operators in the PAPA, Questar, had proposed in early 2004 to conduct year-round drilling in mule deer crucial winter range and greater sage grouse breeding, nesting, and wintering habitats and to construct a 107-mile long, 6-inch diameter pipeline in Sweetwater County.

29.     The PAPA ROD and related environmental impact statement ("PAPA EIS") had not evaluated impacts to mule deer or sage grouse from year-round drilling on winter ranges or in breeding, nesting, and winter habitats. Nor did the PAPA ROD or PAPA EIS evaluate Questar's proposed pipeline.

30.     Fortunately, despite the troubles experienced in getting the PAWG started, some research had been conducted on mule deer and sage grouse in the intervening period.  That research, however, documented significant negative impacts resulting from oil and gas development. *See, e.g.*, Sawyer, H., R. Nielson, D. Strickland, and L. McDonald, *Sublette Mule*

*Deer Study (phase II): Long term Monitoring Plan to Assess Potential Impacts of Energy Development on Mule Deer in the Pinedale Anticline Project Area* (2004 and 2005 Annual Reports); Holloran, M.J., *Greater Sage-Grouse (Centrocercus urophasianus) Population Response to Natural Gas Field Development in Western Wyoming*, Ph.D. Dissertation, University of Wyoming (2005). I attended and sponsored several public presentations and discussions of these research findings from 2003 through 2005.

31.     Despite the fact that the PAWG had not functioned for four years, BLM explained its NEPA documentation for the Questar Plan would be "tiered" off of the PAPA ROD and PAPA EIS and that the impacts of the Questar Plan would be subjected to PAWG review and analysis. The problem with this approach was that due to the FACA litigation and the consequent suspension of the PAWG, with limited exception, baseline data had not been collected and reviewed during the prior four years of development. Thus, the newly chartered PAWG lacked quality information against which to compare and identify the impact of the Questar Plan.

32.     Nevertheless, over 75 individuals from a wide array of backgrounds in business, biology, sociology, agriculture, environmental and hunting interests and certain of the Operators, volunteered to serve on seven different task groups under the newly chartered PAWG, including the Wildlife Monitoring Task Group. The task groups conducted analytical work and made recommendations to the PAWG, who decided what to pass along to BLM. These task groups began by evaluating the EIS and PAPA ROD requirements for managing development, including mitigation and monitoring for wildlife. In general, the task groups found that key provisions of the PAPA EIS and PAPA ROD had never been implemented.

33.    Foremost among the neglected requirements of the PAPA ROD and EIS was the AEM process itself, by which BLM was to review wildlife data on impacts of development, and to make changes in field operations as necessary to lessen those impacts. While some minimal wildlife monitoring had been conducted, that monitoring data had not been reviewed, and no management changes had been implemented during the first four years of oil and gas development under the PAPA ROD. This is true despite the fact that I heard several high level officials at the Department of the Interior speak about it in various public appearances as if it were in practice and a model of how adaptive management should be performed.

34.    Accordingly, one of the first tasks I undertook as Chair of the Wildlife Monitoring Task Group was to recommend that BLM outline the parameters of a functional AEM process. That effort, dated February 18, 2005, is attached hereto as Exhibit B. Unfortunately, as earlier noted, the Wildlife Monitoring Task Group (and the PAWG more generally) had no meaningful baseline inventories to which monitoring results might be compared. Further, BLM had not analyzed the data it did possess. Consequently, a wildlife monitoring plan could not be cleanly developed. Since development and comparison of baseline data is absolutely critical to successful adaptive management efforts, the program already was severely compromised.

35.    The Wildlife Monitoring Task Group identified several tasks in significant detail that BLM could immediately perform to help reinvigorate its AEM process. Six other task groups made similar recommendations. Unfortunately, BLM felt these recommendations were simply too detailed and constraining of development. Thus, BLM reformatted the Wildlife Monitoring Task Group's recommendations (and all the others') in April 2005. A copy of those reformatted recommendations is attached hereto as Exhibit C.

36.    Finally, in July 2005, BLM responded to the Wildlife Monitoring Task Group's recommendations indicating what BLM would and would not require of the operators within the PAPA. A copy of that response is attached as Exhibit D.    Many of our recommendations were simply discarded.

37.    Overall, I chaired the Wildlife Monitoring Task Group for over two years, evaluating on-going monitoring and research and making a variety of recommendations for changes in development to lessen impacts to wildlife from drilling activity as originally contemplated by the PAPA ROD and PAPA EIS.    Most were ignored by BLM and the Operators.

38.    The dialog among the PAWG, its Task Groups and BLM grew extremely strained during 2005 when the PAWG openly criticized the AEM process for its lack of structure, which was inhibiting our ability to work with BLM and obtain orderly responses on PAWG recommendations.    BLM called a special meeting at which the Field Manager reinterpreted the PAWG's charge, narrowing it to only "post-decisional issues" and clarifying that each participant could exercise its right to comment through NEPA processes prior to site-specific project decisions.

39.    Because many PAWG members felt BLM's newfound interpretation of the PAWG's role was not consistent with the PAPA ROD or PAPA EIS, many members of the task groups ceased participating.    Meetings of both the task groups and the PAWG became increasingly infrequent, and meetings with quorums present were rare.

40.    In November 2005, however, the Wildlife Monitoring Task Group transmitted through the PAWG to BLM eleven very specific recommendations regarding mule deer management in the PAPA.    A copy of those recommendations is attached as Exhibit E. They

11

stated, among other things: "Goals suggested by this [Task Group] to PAWG for mule deer are: a) maintain current numbers – specifically, no further decline in wintering deer numbers, and b) maintain current remaining, undisturbed habitats useful to deer in winter." Notably, if the AEM process had been functioning properly from the beginning, this recommendation would have been inconsistent with the Questar Plan. Because the AEM program was so dysfunctional, this key recommendation could not be made until after BLM had approved the Questar Plan, which in retrospect was extremely detrimental to mule deer.

41.     Approximately 6 months later, BLM responded to the Wildlife Monitoring Task Group's eleven recommendations by indicating simply that BLM would work with the Operators and the State of Wyoming to address the recommendations. A copy of that response is attached hereto as Exhibit F. No plan, however, was put in place at that time, and I do not believe that these recommendations have been acted upon to this date.

42.     In the spring of 2006, the appointments of the PAWG members were allowed to expire without notice and without any guidance as to PAWG management in the interim. A period of several months followed during which the PAWG again fell dormant while drilling continued without any AEM program in place. Indeed, the PAWG did not meet officially at all in 2006.

43.     In response to complaints that monitoring data were being ignored and the AEM process was broken, BLM hired an independent consultant to review its monitoring data and AEM program. BLM's consultant, Environment Resources Group, evaluated the AEM monitoring program and analyzed the limited data gathered from 2000 – 2004. Notably, BLM's consultant arrived at many of the same conclusions the Wildlife Monitoring Task Group had – virtually no data evaluation had occurred and no management recommendations had been made

during the life of the Project.   A copy of Environment Resources Group's report (August 2006) is attached as Exhibit G.  To my knowledge, BLM has done nothing substantive in response to that report.

44.    The PAWG was re-chartered in the fall of 2006.  I was asked by PAWG to consider staying on as Chair of the Wildlife Task Group. However, three public meetings with the new PAWG confirmed to me that the PAWG would remain largely impotent, and that BLM would continue to ignore the Task Group's admonition concerning the failure of the AEM process.

45.    As the Chair of the Wildlife Monitoring Task Group, I informed the PAWG in early 2007 that the Wildlife Monitoring Task Group was no longer functional due to a lack of participation by its members, the result of a general consensus among those members that our recommendations had been ignored by BLM.  I terminated my service as the Chair of the Wildlife Monitoring Task Group in March 2007.  I understand that after one year, the Wildlife Task Group finally met again in March 2008, but to my knowledge, it has taken no substantive action.

46.    In sum, BLM's AEM process established by the PAPA ROD has collapsed.  The PAWG is not functioning as intended and committed in the PAPA ROD, except perhaps in name.  BLM is not revising operations based on AEM principles as foreseen in 2000 and, in fact, promised by the PAPA ROD.   Oil and gas development is proceeding in a manner that specifically ignores the best available science and data concerning wildlife needs.

47.    For example, mule deer populations using the Pinedale Mesa on the PAPA have decreased by 46% since 2000.  *See* Sawyer, H. et al., 2006 ANNUAL REPORT. SUBLETTE MULE DEER STUDY (PHASE II): LONG-TERM MONITORING PLAN TO ASSESS POTENTIAL IMPACTS OF

13

ENERGY DEVELOPMENT ON MULE DEER IN THE PINEDALE ANTICLINE PROJECT, Cheyenne, Wyoming, USA (2006); Sawyer, H. et al., 2006. WINTER HABITAT SELECTION OF MULE DEER BEFORE AND DURING DEVELOPMENT OF A NATURAL GAS FIELD, Journal of Wildlife Management 70:396-403 (2006). Earlier annual reports indicated this decline, but those data were ignored by BLM and the Operators. Moreover, BLM approved the Questar Plan specifically allowing year-round drilling in mule deer winter crucial winter range. Not surprisingly, in the wake of that approval, all the Operators now want a similar deal, and BLM is poised to authorize additional development to the detriment of mule deer habitats. *See Revised Draft Supplemental Environmental Impact Statement Pinedale Anticline Oil And Gas Exploration And Development Project, Sublette County, Wyoming* (December 2007).

48.    With two-thirds of its seats vacant, the PAWG cannot field a quorum and, thus, can take no formal action at this time. The PAWG charter has expired, so all appointments must be renewed. I understand that a target for renewal and reappointment is fall of 2008. Thus, oil and gas development will continue without a meaningful AEM program at least through the fall of this year – assuming renewal and reappointment occurs as scheduled and the PAWG actually functions for the first time in its history.

49.    The utter failure of the AEM process has led to a significant decline in wildlife in the PAPA. Mule deer were immediately displaced from favored winter ranges critical to their survival, and by 2006 showed signs of reduced reproductive success as their wintering numbers fell from almost 6,000 to about 2,800 (*see* Sawyer *supra*). Sage grouse leks (the customary measure of population status) progressively declined in use by breeding males, and by 2007, all leks near intensive development were severely reduced or eliminated. At least one researcher studying those leks (Holloran) predicted eventual extirpation of sage grouse from the PAPA.

50.     Now, BLM proposes to add within the PAPA 4,399 new wells and over 12,000 acres of new surface disturbance, set aside most winter protections for mule deer, and continue to implement the same ineffective sage grouse protections it has relied on since 2000. BLM has conducted no analysis of the overall impact of winter drilling on wildlife. All that is known is that mule deer and sage grouse populations have declined severely.

51.     In my professional opinion, the pending development proposal will result in further significant declines of sage grouse, mule deer, and possibly other wildlife. In fact, I believe hunting and wildlife-related recreation will be eliminated from the PAWG altogether if further development occurs without significant mitigation for past losses and the implementation of an effective AEM process as originally promised in the PAPA ROD.

I declare under penalty of perjury that the foregoing is true and correct.


June 11, 2008
Date

Rollin D. Sparrowe

Exhibit A

November, 2005

**ROLLIN D. SPARROWE**
10 Nighthawk Lane
P.O. Box 415
Daniel, Wyoming 83115
307-859-8606

## PERSONAL BACKGROUND

Born January 12, 1941, in Oakland, California.  Married.

## EDUCATION

B.S. in Game Management, 1964, Humboldt State University.  Coursework emphasis: wildlife management with range management option.

M.S. in Wildlife Management, 1966, South Dakota State University.  Coursework emphasis: zoology, wildlife management.  Thesis title: Population distribution and mobility of deer in eastern South Dakota.

Ph.D. in Wildlife Ecology, 1969, Michigan State University.  Coursework emphasis: animal behavior, ornithology, quantitative biology, physiology.  Thesis title: Prey-catching behavior in the American kestrel (Falco sparverius).

## AWARDS RECEIVED

Graduate Research Fellowship at South Dakota Cooperative Wildlife Research Unit, February 1964-1966.  Graduate Research Assistantship at Fisheries and Wildlife Department, Michigan State University, September 1966-June 1969.  National Wildlife Federation Fellowship in Conservation Education, 19681969.  Society of Sigma Xi Grant-in-aid of Research, 1969.

Received the Award for Outstanding Professional Contribution to the Wildlife Field, 1972, from the University of Missouri Wildlife Club.

Received a Quality Performance Award with merit pay increase from Fish and Wildlife Service, 1975.

Received the Superior Service Award from the Department of the Interior, 1978.

Received Distinguished Alumnus Award in 1981 from the Department of Wildlife and Fisheries Sciences, South Dakota State University.

Received Distinguished Alumnus Award in 1985 from the College of Natural Resources, Humboldt State University. Recognized a second time as Distinguished Alumnus in 2003 by the Humboldt State University Alumni Club.

Received Outstanding Performance Ratings from Fish and Wildlife Service in 1981, 1982, 1983, 1986, 1988, 1989, and 1990.

Received a Quality Performance Award with pay bonus as Outstanding Manager from Fish and Wildlife Service in 1988.

Meritorious Service Award from Secretary of the Interior, June, 1991.

Received the Aldo Leopold Memorial Award from The Wildlife Society for 2002, the most prestigious award granted in the wildlife profession, for leadership in the translation of science into policy in wildlife management.

Received 2003 Award for Public Policy Accomplishment for leadership of a diverse coalition over eight years to improve funding for National Wildlife Refuges, from The Natural Resources Council of America, composed of groups representing membership of 23 million.

Received the 2003 Outdoor Life Conservation Award for leadership on the North American Waterfowl Management Plan and in waterfowl conservation, which "has given new stature to wildlife professionals by translating science into policy".

**PROFESSIONAL EXPERIENCE:**

1991-2004 WILDLIFE MANAGEMENT INSTITUTE.    President.    A private, nonprofit, scientific and educational organization dedicated to the restoration, sound management and wise use of wildlife and their Present habitats in North America.  The Institute was supported by the American sporting arms and ammunition industry and private donors.  Its mission is to work alone, or with other organizations, to improve state and federal wildlife management programs, and provide public information and education services to promote effective wildlife management.

Activities include the biweekly Outdoor News Bulletin, the annual North American Wildlife and Natural Resources Conference, publishing pamphlets and scholarly books on wildlife and its management, and a wide array of supportive actions to enhance budgets and programs which benefit wildlife.  Administrative reviews of state, provincial, and federal wildlife agencies are done to help strengthen programs that benefit wildlife.  Work on research, legislation, and implementation of public programs are primary modes of operation.

1989 - 1991 FISH AND WILDLIFE SERVICE. Deputy Assistant Director - Refuges and Wildlife.  Responsible to for Divisions and Offices as follows: Division of Refuges, Office of Migratory Bird Management, Division of Law Enforcement, Division of Realty, Duck Stamp Office.

Responsible for daily oversight and guidance of staff functions with the Assistant Director for Refuges and Wildlife in support of the Director, and in the conduct of operational programs in some law enforcement programs, duck stamp sales, and migratory bird surveys, analysis, and establishing hunting regulations.  Developed and recommended national policy for management of national wildlife refuges, migratory bird management, land acquisition, and law enforcement.

Had a lead role in implementation of the North American Waterfowl Management Plan and the North American Wetlands Conservation Act.  Also involved extensively in development of a national plan (EIS) for management of National Wildlife Refuges, review of law enforcement

functions, development of a strong nongame migratory bird leadership role for the Service, regular contact with Canada and Mexico concerning migratory bird and wetland management, and development of a broader duck stamp program to benefit wetland conservation. Concentrated on budget development in support of Service operational programs and future initiatives.

1984 - 1989 FISH AND WILDLIFE SERVICE. <u>Chief, Office of Migratory Bird Management</u> . Responsible for to management of migratory birds under the Migratory Bird Treaty Act and other basic authorities of the Service. Conducted operational activities nationally and internationally.

Developed policies, set population objectives, developed and managed species plans, provided leadership in habitat and population management for migratory birds in the Service, and conducted major operational programs to gather basic data on migratory birds. Had primary responsibility for cooperative work with Canada and states and provinces in conduct of waterfowl and migratory upland gamebird population, habitat, and harvest surveys used annually to set harvest regulations at the National level in Canada and the U.S. Ultimately responsible for annual Federal migratory bird hunting regulations. Office budget of $6.1 million and 120 employees. Programs also included North American Bird Banding Laboratory, and development of Service strategies for management of nongame migratory birds. Had a major role in writing and implementing the North American Waterfowl Management Plan in cooperation with Canada.

Other accomplishments included completion and publication of a major study of waterfowl harvest in cooperation with Canada; major revisions in Federal policy toward harvest regulations; completed programmatic EIS's on Use of Lead Shot for Hunting Migratory Birds and Establishing Migratory Bird Hunting Regulations; implemented the use of steel shot for waterfowl hunting nationwide; developed strong public outreach to explain the plight of waterfowl and shrinking habitats to the public through verbal, written, and video mechanisms; presented a series of policy papers at conferences to support regulatory policies.

1983 - 1984 FISH AND WILDLIFE SERVICE. <u>Chief, Division of Wildlife</u> Research. Line manager of wildlife research programs, including supervision of Directors of Patuxent, Denver, and Northern Prairie Wildlife Research Centers and National Wildlife Health Research Center.

Responsible for oversight of laboratories with a budget of $18 million and almost 400 employees. Developed budgets, tracked progress, evaluated research output of the laboratories. Led development of Research Review Panel to evaluate performance of agency research scientists for promotion. Provided coordination with agency functional programs and Regional Office to assure relevance of research activities to agency needs.

Major research program areas supervised included endangered species, animal damage control, environmental contaminants, and migratory birds.

Accomplishments included revision of Divisional structure and solving acute personnel problems; continued strong role in developing methods and procedures to evaluate research

laboratories and scientists; developed improved relationship with Endangered Species Program staff and managers. I was in this position one year and three months.

1979 - 1983 FISH AND WILDLIFE SERVICE. <u>Chief, Division of Cooperative Research Units</u>. Responsible for both programmatic, budgetary and line functions of Wildlife, Fishery, and Fish and Wildlife Research Units. Provided direction, coordination, leadership for 20 Wildlife Units, 25 Fishery Units, and 4 Fish and Wildlife Units. Identified goals, outputs, and strategies to achieve them, promoted broad joint research efforts oriented to expressed needs of cooperating agencies. Interpreted, developed guidelines and policies to enable functioning of Cooperative Units in the Department of the Interior, and also within the framework of the cooperating universities and state agencies.

The primary contact between the cooperating staffs of 31 universities, state agencies, and other cooperators. Participated in more than 100 Unit Coordinating Meetings at both Wildlife and Fishery Units. Responsible for evaluating programs at all 49 Units, and held accountable for organizational accomplishments of the Units on behalf of the Fish and Wildlife Service and the other cooperators. Annual budgets were approximately $4.4 million in federal funds, $2.5 million in university and state agency support, and $7.0 million handled through research at the individual Units. Position had responsibility to maintain, through the cooperating universities, high quality academic training to provide qualified resource managers who go to work in state and federal conservation agencies.

During the period 1981-83 the Units were not in the Administration's budget. I provided leadership to Unit scientists to increase quantitative measures of output as the strongest response to the uncertain situation. Developed a computer-based tracking system, and a major new approach to contracting which gave the agency access to university cooperating faculty to conduct needed studies. Developed and marketed combined cooperative fish and wildlife units which served as the current model for the program. Played a strong personal role in development of research-wide procedures for evaluating laboratory programs and research output of scientists. Made several specific EEO advances in training individuals who have gone on to successful careers.

1976 - 1979 FISH AND WILDLIFE SERVICE. Supervisor, Cooperative Wildlife Research Units. Responsible for administration and supervision of 20 Cooperative Wildlife Research Units.

Served as official representative of the U.S. Fish and Wildlife Service at each Unit Coordinating Committee meeting, requiring extensive travel. Often represented the Service at these same meetings for the Cooperative Fishery Research Units. Responsible for supervision of Cooperative Wildlife Research Unit Leaders and reviewing their supervision of the Assistant Unit Leaders. Coordinated seeking out and evaluating qualified applicants for vacant or new Unit positions, and negotiating with cooperators during final selection. Responsible for evaluation of research and training activities of all the Units, annual budgets, contracting for research, and reporting on accomplishments of the program. Also carried out extensive staff assignments from the Directorate or Research Division of FWS.

Special projects with the Unit Program Included development of guidelines for evaluation of each Unit's program (in conjunction with other staff from Units), and negotiation and development of now Units. Assumed fisheries supervision and ran both sets of units during a transition to a new office.

1969 - 1976 FISH AND WILDLIFE SERVICE. Assistant Leader, Missouri Cooperative Wildlife Research Unit. Primary duties included wildlife research and training of graduate students, teaching graduate wildlife courses, and cooperative work with state and federal agencies regarding wildlife in the State of Missouri. Teaching experience at the University of Missouri as Assistant Professor included Wildlife Ecology, General Ecology, and Basic Environmental Studies. Research interests included population dynamics, behavior, effects of land-use practices on wildlife, and biological and socioeconomic aspects of water resource projects.

Acting Leader, Missouri Cooperative Wildlife Research Unit, March through June 1973. Above duties plus administration of all Unit programs.

1966 - 1969 MICHIGAN STATE UNIVERSITY. Research Assistant assigned to prey-catching behavior of sparrow hawks. Included field observations, trapping, and training experimental animals, testing behavior in controlled laboratory system. Assisted in teaching laboratory courses.

5/66 - 9/66 NATIONAL PARK SERVICE, Yellowstone, Wyoming. Ranger-Naturalist. Primary job interpretation of park features for the public. Half time spent giving talks in visitor center. Half time spent on trails contacting public. One 45-minute illustrated talk on wildlife ecology each week. Spoke to groups of more than 600 people.

1964 - 1966 SOUTH DAKOTA COOPERATIVE WILDLIFE RESEARCH UNIT, Brookings. Research Assistant. Field study of white-tailed deer movements included trapping, color marking, and observation of deer; also construction and use of radio-transmitters. Considerable time spent assisting on raccoon telemetry study, banding waterfowl, and other projects.

2/63 - 6/63 CALIFORNIA FISH AND GAME. Sacramento. Seasonal Aide-Experimental. Conducted experiment on seed persistence of selected waterfowl foods. Written final report. Worked about 10 hours per week.

6/62 - 9/62 CALIFORNIA FISH AND GAME. Seasonal Aide. Worked on joint project with Game Department and U.S. Soil Conservation Service on developing waterfowl food plants. Included farming, recording growth data on plantings.

6/61 - 9/61 CALIFORNIA FISH AND GAME, Sacramento. Seasonal Aide. Same as the above.

## SPECIAL ASSIGNMENTS

1972 - 1974 Detailed part-time to the Office of Endangered Species to construct a priority system for decision-making in the Endangered Species Program.

1972 - 1974 Assigned to work on appraisal of potentials for coordinated research on water resource problems through the Cooperative Fishery and Wildlife Research Units.

1973 - 1974 Detailed in 1973 to work in the Office of the Assistant Secretary for Fish, Wildlife and Parks to assist in planning research in the Atchafalaya River Basin, Louisiana. Assigned by the Associate Director for Environment and Research to review progress of the Atchafalaya Basin Land and Water Management Study.

1974 - 1979 Maintained continuing liaison between Research in FWS and Ecological Services Program in to developing methodologies (HEP) for evaluating habitats. Participated in evaluating emerging methodologies, planned and initiated cooperative research programs through the Cooperative Units and other Research entities in FWS.

1976 - 1979 Served as Team Leader on interagency team cooperating with the Government of Spain in to planning for the Coto Donana National Park. Included three trips to Spain to work in the field, with university and other scientists, and with the major natural resources agency.

1977 Member of Task Force assigned to evaluate procedures for conducting endangered species research in the FWS.

1979 Member of Task Force assigned to evaluate the scientific validity, implementation, needs for development, and other potential applications of the Habitat Evaluation Procedures (HEP) being developed for evaluating effects of water resource projects.

1980 - 1981 Alternate delegate for Interior Department to the CITES Commission, which reviewed international trade in endangered species.

1982 Member of Merit Pay Task Force assigned to evaluate the first year performance of Merit Pay in the Service, and recommend improvements.

1979 - 1984 Provided leadership in development and implementation of review process for FWS Research Laboratories and scientists.

1984 - 1986 Served on writing team to draft the North American Waterfowl Management Plan, signed by the U.S. and Canada in May 1986. Provided primary biological input from Office of Migratory Bird Management for the Service.

1987 Dec. Lead biologist in U.S. delegation to Soviet Union to review accomplishments under US-USSR Convention on Migratory Birds.

1985 - 1988 Lead responsibility for two programmatic EIS for the Service on Lead Shot for Hunting Migratory Birds (1986), and Sport Hunting of Migratory Birds (1988).

1986 - 1989 Served as Coordinator for the U.S. Section of the North American Waterfowl Management Plan to Committee, providing staff support regarding waterfowl population biology in relation to implementation of the Plan.

1989 Participated in major migratory bird symposium in Soviet Union as a U.S. delegate to the International Waterfowl and Wetlands Research Bureau.

1989 - 1991 One of two members of North American Waterfowl Management Plan Committee representing to the Service in implementing the Plan.

1990 - 1991 Served in a lead role for FWS participation in the "Partners in Flight" program for research and to management of Neotropical Migratory Birds.

1991-1997 Chaired the U.S. Implementation Board for the North American Waterfowl Management Plan (20 member organization).

1993 Appointed to National Research Council's Committee on Scientific issues in the Endangered Species Act.

1994 Appointed to the National Research Council's Committee on a Biological Survey for the Nation.

1995 Served on a Fish and Wildlife Service Director's Task Force to recommend how to implement Adaptive Harvest Management for U.S. duck harvest management.

1996 Lead organization of the Cooperative Alliance for Refuge Enhancement , resulting in formation of an alliance of 21 member groups that ranged from environmental groups to hunting groups, and worked with Congress to add over $250 million to the permanent budget to operate and maintain the National Wildlife Refuges.

1999 Initiated and Chaired an international task force to consider how to respond to overpopulation of midcontinent snow geese to ameliorate their adverse impact on northern coastal habitats.

2000 Lead organization with the help of the Boone and Crockett Club, of the 37 member American Wildlife Conservation Partners, a partnership of hunter/conservationists dedicated to ensuring the continued success of wildlife management in America-at a time of unprecedented polarization over management of land and wildlife.

## MISCELLANEOUS EXPERIENCE

1960 - 1966 Taught field ecology in Science Camp (part-time). Worked one summer in redwood mill, one to summer in redwood logging. Earned 50 percent of living expenses as pizza cook while an undergraduate. Five months as mail clerk for engineering firm.

1979 - 2004 Game Manager. Served as game manager, Island Creek Gun Club, Centerville, Maryland. Responsible for regulation of hunting, trapping, and habitat management on a privately owned 200-acre marshland. (Co-owner of Club).

## PUBLICATIONS

Sparrowe, R.D. and R.C. Drewien. 1966. Nesting and production of the mourning dove in eastern South Dakota, 1965. South Dakota Bird Notes 18(2): 33-44.

Sparrowe, R.D. 1968. Sexual behavior of grizzly bears. American Midland Naturalist 80(2):570-572.

Sparrowe, R.D. and P.F. Springer. 1970. Seasonal activity patterns in white-tailed deer in Eastern South Dakota. Journal of Wildlife Management 34(2): 420-431.

Sparrowe, R.D. 1972. Prey-catching behavior in the sparrow hawk. Journal of Wildlife Management 36(2):297308.

Sparrowe, R.D. and H.M. Wight. 1975. A priority system for decision-making in the endangered species program. Trans. North American Wildlife and Natural Resources Conference 40:140-154.

Sparrowe, R. D. 1977. Harry S. Truman Dam and Reservoir - a case history of problems in fish and wildlife coordination. Trans. North American Wildlife and Natural Resources Conference 42:42-55.

Flood, B.S., M.E. Sangster, R.D. Sparrowe and T.S. Baskett. 1977. A handbook for Habitat Evaluation Procedures. USDI-Fish and Wildlife Service, Resource Publication 132. 77 pages.

Wollard, L.L., R.D. Sparrowe and G.D. Chambers. 1977. Evaluation of a Korean Pheasant Introduction in Missouri. Journal of Wildlife Management 41(4): 616-623.

Drobney, R.D. and R.D. Sparrowe. 1977. Land-use relationships and management of Greater Prairie Chickens in Missouri. Trans. Missouri Academy of Sciences, Volumes 10 and 11: 146-160.

Sparrowe, R.D. and B.F. Sparrowe. 1978. Use of critical parameters for evaluating wildlife habitat Pages 385405 in Classification, inventory and analysis of fish and wildlife habitat: the proceedings of a national symposium, 1977, Phoenix, Arizona. The Fish and Wildlife Service, Office of Biological Services, Washington, D.C. 604 pages.

Sanderson, R.C., E.D. Able, R.D. Sparrowe, J.G. Grieb, L.D. Harris, and A.N. Moen. 1979. Research needs in wildlife. Trans. North American Wildlife and Natural Resources Conference 44:166-175.

Zwank, P.J., R.D. Sparrowe, W.R. Porath, and 0. Torgerson. 1979. Utilization of threatened bottomland habitats by white-tailed deer. Wildlife Society Bulletin 7(4):226-232.

Griffin, C.R., T.S. Baskett, and R.D. Sparrowe. 1980. Bald eagles and the management program at Swan Lake National Wildlife Refuge. Trans. North American Wildlife and Natural Resources Conference 45:252-262.

Griffin, C.R., T.S. Baskett, and R.D. Sparrowe. 1982. Ecology of bald eagles wintering near a waterfowl concentration. USDI-Fish and Wildlife Service, Special Scientific Report - Wildlife No. 247.12 pages.

Sparrowe, R.D. 1982. Influence of cooperative wildlife and fishery units on graduate education and professional employment. Trans. North American Wildlife and Natural Resources Conference 47:219-230.

Sparrowe, R.D. Threats to paddlefish habitat. In: The Paddlefish: Status, Management and Propagation. North-Central Section, American Fisheries Society, Special Publication No. 7:36-45.

Sparrowe_ R.D. and J.H. Patterson. 1987. Conclusions and recommendations from stabilized duck hunting regulations: management implications and future directions. Trans. North American Wildlife and Natural Resources Conference 52:320-326.

Sparrowe, R.D., T.J. Dwyer, P.G. Poulos, L.R. Jahn, D.M. Smith and R.J. Misso. 1989. Biopolitical strategies for waterfowl habitat preservation and enhancement. Pages 531-560 in L.M. Smith, P.L .Pederson, and R.M. Kaminski, Eds. Habitat Management for Migratory and Wintering Waterfowl in North America, Texas Tech. University Press. 560 pages.

Sparrowe, R.D. 1989. Developing harvest regulations strategies for wood ducks. Pages 256-258 in L.H. Frederickson, G.V. Burger, S.P. Havera, D.A. Graber, R.E. King, and T.S. Taylor, Eds. Proceedings, 1988 North American Wood Duck Symposium, St. Louis, Missouri.

Sparrowe, R.D. and K.M. Babcock. 1989. A turning point for duck harvest management. Trans. North American Wildlife and Natural Resources Conference 54: 493-495.

Sparrowe, R.D. and K.M. Babcock. 1989. Balancing expectations with reality in duck harvest management. Trans. North American Wildlife and Natural Resources Conference 54: 594-599.

Sparrowe, R.D. 1989. Future directions for reducing illegal waterfowl harvest. Trans. Sixth International Waterfowl Symposium. Ducks Unlimited: pages 261-265.

Sparrowe, R.D. 1990. Cooperative approaches to managing hunting of waterfowl in North America. Pages 155158 in G.V.T. Matthews, Ed. managing waterfowl populations. Proceedings of an IWRB Symposium, 2-5 October 1989, Astrakhan, USSR. IWRB Special Publication No. 12, 1990.

Sparrowe, R.D. 1991. Responses of migratory waterfowl to harvest in North America. Gibier Faune Sauvage 8:319-333.

1992 - 2005. Wrote Capitol Comments, a quarterly article analyzing national wildlife and land management issues in Fair Chase, the magazine of the Boone and Crockett Club.

## PROFESSIONAL ACTIVITIES

### Society Memberships

Certified Wildlife Biologist. The Wildlife Society. Actively support numerous conservation organizations. Life Member of Izaak Walton League of America, Rocky Mountain Elk Foundation, National Wild Turkey Federation, National Rifle Association of America, Mule Deer Foundation, and Ducks Unlimited. An active Professional Member of the Boone and Crockett Club, co-chair of the policy committee.

### Activities

Active in the North-Central Section of The Wildlife Society from 1979-76. Secretary (1971), Vice President (1972), President (1973), Missouri Chapter of The Wildlife Society. Served three terms as Chairman, Environmental Affairs Committee, The Wildlife Society. Chairman, Resolutions and Public Statements Committee, National Capitol Chapter of The Wildlife Society, 1982. Member of Future Directions Committee, The Wildlife Society, 1983-1988. Elected Vice President, The Wildlife Society and swerved on Council 1993-1996. In 1995 served as President.

Have organized and participated in numerous state, regional and national conferences on wildlife and natural resources. Extensive public speaking experience to varied groups. Have chaired sessions and presented papers on wildlife management topics and on water resources at local, regional, and national meetings.

Served 2 years (1971-72) as Chairman, Chancellor's Faculty-Student Committee on Environment, University of Missouri-Columbia. Was active as an advisor to student groups on campus, and pursued regular contact with the public through presentations on wildlife and assorted topics. Regular speaker before agriculture groups at the state and regional level in Missouri.

Extensive experience in the development of environmental impact assessments under the National Environmental Policy Act during 1970-75. Reviewed EIS's for The Wildlife Society, both the Missouri Chapter and parent society, and for the Kansas City Area Office of the Fish and Wildlife Service. Had significant input into EIS on the Harry S. Truman Dam and Reservoir Project, through interaction with the Environmental Defense Fund.

Served on 6-person steering committee 1974-75, for the initiative petition drive by the Citizens Committee for Conservation in Missouri to enact Amendment 1 to the Missouri Constitution which implemented the Design for Conservation. This action more than doubled the funding base of the Missouri Department of Conservation and lead to the most comprehensive wildlife conservation program in America.

### At The Wildlife Management Institute

Since 1991, assuming the position of President of the Wildlife Management Institute, extensively worked to build active coalitions to address resource management issues. Examples include the Wildlife Partners Network, a group of 10 wildlife organizations that track legislation and agency

rulemakings, and leads to action on issues by the organizations alone or in groups. The Cooperative Alliance for Refuge Enhancement, more than 20 diverse organizations working to improve funding and staffing for the National Wildlife Refuges. The American Wildlife Conservation Partners, 37 hunter/conservation organizations working together to strengthen modern, proactive management of wildlife and habitats on both public and private lands.

Legislative involvement has included the National Wildlife Refuge Improvement Act of 1997, the 1996 and 2002 Farm Bills, North American Wetlands Act, and a wide variety of other bills affecting wildlife. Served on the negotiating team that successfully amended the Migratory Bird Treaty with Canada to allow managed harvest by native people in the U.S. and Canada.

### Since Retirement in 2004

Founding Board Member, Theodore Roosevelt Conservation Partnership-and Currently Chair of the TRCP Policy Council.

Board Member, North American Grouse Partnership.

Chair, Wildlife Monitoring Task Group, under the Pinedale Anticline Working Group-FACA Chartered by Secretary of Interior Gale Norton.

Member, Tom Thorne Sage Grouse Fund Advisory Committee, Wyoming Community Foundation.

Member. International Association of Wildlife Agencies Task Group on Implementation of Adaptive Harvest Management.

**Pinedale Anticline Working Group**
**Wildlife Monitoring Task Group**
**Proposed Monitoring Plan, February 18, 2005**

**Introduction**

The Record of Decision (ROD) for the Pinedale Anticline Oil and Gas Exploration and Development Project published by the Bureau of Land Management (BLM) on July 27, 2000 incorporated Adaptive Environmental Management (AEM). The AEM process was included in Appendix F of the Draft Environmental Impact Statement (DEIS) for the Pinedale Anticline Oil and Gas Exploration and Development Project because the extent, location, and pace of natural gas development on the Pinedale Anticline Project Area (PAPA) could not be predicted at the time. Because of those uncertainties, predictions of impacts to various resources on the PAPA were based on multiple assumptions that may or may not have been known. In addition, the AEM process was directed to evaluating and modifying, if necessary, mitigation measures contained in the ROD. The process of implementing AEM planning on the PAPA was included as Appendix C in the ROD and calls for monitoring plans to be prepared for several resources, including wildlife.

The purpose of monitoring is to detect change in some attribute of a resource over time (Morrison 2002). In general, monitoring efforts are preceded by a baseline inventory (Green 1979, Jones 1986). A baseline wildlife inventory assesses the status of the resource (and attributes such as abundance, distribution, and diversity of species and habitats) at one point in time and in a specific location(s). In impact analysis, monitoring is used to detect impact as a departure from the resources' status determined during the baseline inventory process and assumes that no impact occurred prior to the inventory and the location and time of the impact are unknown (Green 1979). An impact study-design decision scheme, representing the 5 major categories or main sequences of impact studies, is reproduced from Green (1979) in Figure 1, below.

**Figure 1. General scheme of environmental impact study designs (Green 1979) that provide a framework for the Draft Wildlife Monitoring Plan.**



Since the PAPA ROD was approved in 2000, natural gas development has progressed over the past 4 years. With the exception of research projects initiated before 2001, there is now no or limited opportunity to conduct baseline inventories to which results of monitoring can be compared. Consequently, a wildlife monitoring plan, in the strict sense of measuring wildlife attributes over time for comparison to those attributes measured during an inventory before development began, may not be possible. In addition to natural gas developments, wildlife and habitats on the PAPA and vicinity were, and have continued to be, exposed to various human-related effects as well as environmental changes (for example, climate variation) for many years.

1

When the study-design decision scheme in Figure1 is applied to present and past natural gas development on the PAPA, distinctions between the categories of impact study become blurred. An answer to the first question, "Has the impact already occurred?" cannot be answered definitively "Yes" or "No" for all wildlife species. Certainly potential sources of impact to wildlife are present (surface disturbance, roads with traffic, drilling and production activities) but there are limited, definitive data available to state that impacts to the various wildlife species that inhabit the PAPA have occurred.

If one accepts that the process of development has impacted wildlife, then answering second question "Is 'when and where' known?" is problematic. The answer to "where" may be the full extent of the PAPA or may be restricted to sites of development per se. That range in impact location will likely vary for different wildlife species. Similarly, there is no answer available as to "when" impact occurred - if it has already occurred or when, in the future, it will occur.

Answering such questions about the effectiveness of specific mitigation measures to wildlife might be easier in cases where implementation of specific mitigation measures at specific locations is known or can be planned (vegetation restoration or enhancement measures, road closures, are examples). Inventories at those locations can be conducted prior to implementation, then monitored over time to detect changes in the wildlife species' attributes inventoried and monitored; a positive change or maintaining the current status of those attributes would be assumed if the mitigation measure is effective. In those situations, control areas on the PAPA – sites where mitigation has not been not applied - could be defined so that an optimal study design (category 1 in Figure 1, above) can be developed.

With other types of mitigation measures that are or have been applied across the PAPA (seasonal stipulations, spatial buffers are examples), monitoring the success or failure of those measures presents problems similar to monitoring for detection of impact. Further, restrictions on BLM's authority to require using off-PAPA sites as control areas limits the level of reliable information that can be obtained by repetitive observations only conducted within the PAPA.

There may be future opportunities to implement optimal study designs, the goals of which will be to advance understanding of some aspects of impact and mitigation to wildlife. However, the Wildlife Task Group recognizes that a monitoring plan, in the strict sense, cannot be implemented to achieve similar goals since there is no baseline inventory to which monitoring results can be compared. Instead, monitoring to determine trends in wildlife species' attributes must be conducted over sufficient time and the entire PAPA so that impact and mitigation success can be inferred from changes over time (category 2 in Figure 1) and/or from spatial changes within the PAPA (category 4 in Figure 1). Most likely, detection of positive or negative changes will only be useful as evidence that something may be occurring and will prompt rapid development and implementation of a specific study designed to provide cause-and-effect understanding of the observed change in trends.

**Impact and Mitigation**

Impact assessment, in its simplest form, is an estimate of the future state of a resource or system without a perturbing development compared to the expected future state as a result of that development. The difference between the two future scenarios is the estimate of effect (Baskerville 1986), an impact if the effect is negative; a benefit if the effect is positive. The focus of impact assessment for wildlife resources is on populations; whether populations can be sustained under specific management actions and/or with implementation of various proposed developments. Impacts to wildlife populations imply some negative effect to birth rate and/or survival rate (and to a lesser extent on immigration and emigration rates) that causes populations to decline.

Impact to wildlife may be direct or indirect. The Council on Environmental Quality (CEQ 1978, Section 1508.8) describes direct effects as those "caused by the action and occur at the same time and place." Mechanisms of direct effect (impact) to wildlife are relatively straightforward to understand. They may involve directly increasing mortality (vehicle collisions, increased energy expense during escape from disturbances or harassment, electrocutions, entrapment in open pits, are some examples) and/or directly decreasing births and recruitment of young to the population (as examples, disrupting reproductive behavior, causing nest abandonment, causing stress-related reproductive failure such as fetal adsorption, abortion, or neonatal abandonment).

On the other hand, CEQ (1978) describes indirect effects as those "which are caused by the action and are later in time or farther removed in distance, but are still reasonably foreseeable." Indirect impacts are related to but removed from an action by an intermediate step or process. For wildlife, indirect impacts are often associated with habitat alteration, elimination, or degradation. In terms of the Wyoming Game and Fish Commission Mitigation Policy (1998), such effects to habitats can diminish "habitat function" which is the "arrangement of habitat features, and the capability of those features, to sustain

2

species, populations, and diversity of wildlife over time" (Wyoming Game and Fish Department (WGFD) 2004). Habitats may provide a variety of functions including wildlife survival during winter, nesting or birthing, foraging, shelter, but if the effectiveness of those habitats becomes compromised, wildlife may not continue using that habitat area for the specific function it formerly provided (WGFD 2004). To be sure, habitat loss or alteration is a driving force in species' population declines as is, for example, the case in 85% of species listed as threatened or endangered under the Endangered Species Act (Boyce 2002).

Direct and indirect impacts may be short-term or long-term. Short-term effects, for example, would be activities (traffic, machinery, visual and auditory stimuli) associated with the well-drilling process. While drilling might last for one or several months, surface disturbances caused by the well pad, pipelines, and roads will persist over the long-term until successfully revegetated. Too, human presence on roads and well pads will last as long as a well produces gas and generate direct and indirect impact to wildlife over the long-term.

Cumulative impacts are the additive, synergistic, or countervailing interactions of various direct and indirect impacts expected to result from a proposed action (CEQ 1997) and the incremental impacts of "other past, present, and reasonably foreseeable future actions regardless of what agency (Federal or non-Federal) or person undertakes such other actions. Cumulative impacts can result from individually minor but collectively significant actions taking place over a period of time" (CEQ 1978). For example, an individual well site might not cause detectable impact to wildlife but full-field natural gas development could. And, full-field natural gas development, and multiple field development in the region, along with other resource uses and human developments that can affect wildlife contribute to cumulative impacts.

Mitigation measures, alternatively, are implemented to limit or reverse the effects of direct, indirect, and cumulative impacts. CEQ (1978, Section 1508.20) includes the following approaches to mitigation:

" (a) Avoiding the impact altogether by not taking a certain action or parts of an action.
(b) Minimizing impacts by limiting the degree or magnitude of the action and its implementation.
(c) Rectifying the impact by repairing, rehabilitating, or restoring the affected environment.
(d) Reducing or eliminating the impact over time by preservation and maintenance operations during the life of the action.
(e) Compensating for the impact by replacing or providing substitute resources or environments."

In the PAPA ROD, BLM required a variety of mitigation measures to offset predicted impacts to wildlife. Many of those are standard stipulations applied by BLM (see Table 1). Determining whether those impacts have or will occur and whether those mitigation measures (including standard stipulations) have been or will be successful, are objectives of the AEM process.

## Existing Information and Monitoring Projects

There are numerous existing and proposed wildlife investigations that have or will provide information about wildlife on the PAPA and vicinity. Some, principally conducted by the WGFD, focus on geographic areas that may include the PAPA but generally extend to a larger region but have been ongoing for many years. Others have been conducted on the PAPA with the goal of detecting impact to wildlife by natural gas developments. Still others include the PAPA but have not been designed to specifically detect impact.

Long-term wildlife data have been collected within the region that surrounds the PAPA. The various sources and general characteristics of those data, extent over space and time, use of the data by agencies are provided in Table 2. For the most part, those data provide past trends of population demographic parameters and/or indices of species' population abundance, but only within the region for which data have been compiled. Much of the data noted in Table 2 are expected to be collected as agencies' on-going responsibilities. Collection of these data was not designed for use in impact analyses or for addressing mitigation effectiveness. Rather, analyses of data trends can provide indications that impacts may be occurring but sources of those impacts cannot be identified. Consequently, relevance of data in Table 2 for use in the AEM process will most likely serve to alert wildlife managers, the Wildlife Task Group, and the PAWG that cumulative impacts may be occurring and that design and implementation of specific studies are warranted.

Alternatively, there have been and continue to be wildlife investigations that focus on natural gas developments on the PAPA. Those studies, included in Table 3, were specifically designed to assess direct and indirect impacts by those

3

developments to the target species. Indeed, some of the studies have been designed as optimal impact studies (category 1 in Figure 1, above) wherein data were collected before and after (also during) initiation of developments on the impact site as well as non-impacted control sites. There are other studies that have been proposed though are not included in Table 3.

**Table 1. Summary of standard wildlife stipulations applied to leases on the PAPA by BLM.**

| Species or Group | Habitat Component | Stipulation | Applicable Area | Applicable Period |
|---|---|---|---|---|
| Big Game | Winter Range | No surface disturbance | Identified winter ranges | Nov 15 – Apr 30 |
| | Parturition Area | No surface disturbance | Identified parturition areas | May 1 – Jun 30 |
| Raptors | Nests | No surface disturbance | 0.5 mile radius of active nest | Feb 1 – Jul 31 |
| | Nests | No surface occupancy | 825 feet from active nests | Year-round |
| Ferruginous Hawk | Nests | No surface disturbance | 1.0 mile radius of active nest | Feb 1 – Jul 31 |
| | Nests | No surface occupancy | 1,000 feet from active nests | Year round |
| Bald Eagle | Nests | No surface disturbance or human activities | 1.0 mile radius of active nest | Feb 15 – Aug 15 |
| | Nests | No surface occupancy | 2,600 feet from active nests | Year round |
| | Winter Use areas | No surface disturbance or human activities | 1.0 mile radius of winter use area | Nov 15 – Mar 15 |
| | Foraging Areas | Habitat alteration restriction | 2.5 miles of BE foraging area | Year round |
| Sage Grouse | Lek | No surface disturbance | 0.25 mile of occupied lek | Year round |
| | Lek | No surface occupancy | 0.25 mile of occupied lek | Year round |
| | Lek | Restricted surface use | 0.25 mile of active lek | 8am to 8 pm Mar 1 – May 15 |
| | Nesting/Early Brood rearing | Restricted surface use | 2.0 miles or more of occupied leks | Mar 15 – Jul 15 |
| | Winter Concentration Areas | No surface disturbance or activity | Identified winter concentration areas | Nov 15 – Mar 14 |
| Mountain Plover | Breeding habitat | Survey requirement | Identified breeding habitat | Apr 10 – Jul 10 |
| Black-footed Ferret | Prairie dog town | Block clearance or survey requirement | Prairie dog towns that meet criteria | Year round |
| Pygmy Rabbit | Potential habitat | Survey required | Potential PR habitat | Year-round |
| Prairie Dogs | PD towns | Avoidance or reduction of impact | Identified PD towns | Year round |

There are additional wildlife studies included in Table 3 that do not have a rigorous impact study design. Some studies (pygmy rabbits, for example) are being implemented to assess the species' presence and basic ecology in the area. Other investigations have been focused on the PAPA and conducted annually (raptor nest surveys, for example), but the data collected, if examined alone, cannot be used to determine if impact has occurred or if mitigation is successful. Such data must be used in combination with temporal and spatial surface development actions on the PAPA to determine if impact can be detected by spatial relationships (proximity of raptor nests to development sites) and/or if impact can be inferred from species' trends on the PAPA over time. As with the data compiled in Table 2, such inferences about possible impact based on spatial and/or temporal data trends may require a study specifically designed and implemented to provide an unambiguous understanding of the cause-and-effect that had been detected or inferred.

Table 2.  Summary of long-term wildlife information collected in the greater region surrounding the PAPA by various agencies.

| Species or Group | Responsible Agency | Data Collection Method | Data Collected | Area Extent of Data | Time Extent of Data | Use of Data by Agency | Use of Data In AEM Process |
|---|---|---|---|---|---|---|---|
| Mule Deer | WGFD | Harvest estimates based on field-checks and mail-in survey questionnaires | Number, sex, and age of animals harvested | Hunt Areas 138, 139 including the PAPA, other hunt areas in herd unit | Many years past and ongoing | Population model for Herd Unit | Temporal change may indicate socioeconomic impact |
| | | Aerial flights conducted post-harvest to classify sex and age categories | Number of fawns, yearling males, adult males, females | Hunt Areas 138, 139 including the PAPA, other hunt areas in herd unit | At least since 1978 and ongoing | Population model for Herd Unit, fawn production | Temporal change may indicate cumulative impact w/ need for study |
| | | Ground surveys conducted post-winter to classify age categories | Number of juveniles and adults surviving to post-winter | Hunt Areas 138, 139 including the PAPA, other hunt areas in herd unit | 1992-1993 and ongoing | Estimate winter mortality of fawns relative to adults | See below |
| | | Ground surveys for carcasses conducted post-winter to classify sex and age categories | Number of juvenile and adult carcasses | Core winter ranges including the PAPA | 1992-1993 and ongoing | Estimate over-winter mortality rates of fawns and adults | Temporal change may indicate cumulative impact w/ need for study |
| Pronghorn | WGFD | Harvest estimates based on field-checks and mail-in survey questionnaires | Number, sex, and age of animals harvested | Hunt Areas 87, 90 including the PAPA, other hunt areas in herd unit | Many years past and ongoing | Population model for Herd Unit | Temporal change may indicate socioeconomic impact |
| | | Aerial flights conducted pre-harvest to classify sex and age categories | Number of fawns, yearling males, adult males, females | Hunt Areas 87, 90 including the PAPA, other hunt areas in herd unit | At least since 1978 and ongoing | Population model for Herd Unit, fawn production | See below |
| | | Line transect aerial surveys stratified by habitat conducted pre-fawning | Number of animals by distance from transect | Sampling sub-units within herd unit | Since 1994 and ongoing | Population estimate | Temporal change may indicate cumulative impact w/ need for study |

**Table 2.** (continued).

| Species or Group | Responsible Agency | Data Collection Method | Data Collected | Area Extent of Data | Time Extent of Data | Use of Data by Agency | Use of Data In AEM Process |
|---|---|---|---|---|---|---|---|
| Sage Grouse | WGFD | Harvest estimates based on field-checks, mail-in survey questionnaires, wing-barrels | Number, sex, age harvested, hunters, hunter-days | SUGMA 3, 7 including the PAPA | Since 1982 and ongoing | Harvest, population, reproduction trends* | Temporal change may indicate socioeconomic impact |
| | | Low level aerial survey, ground observations during winter | Winter distribution of sage grouse | | Aerial surveys since 2004 and ongoing | Seasonal use maps | Spatial/temporal change may indicate impact |
| | | Monitor leks | Lek activity status and peak counts of males attending | WGFD District 1 including the PAPA | Years past with occasional lapses and ongoing | Trends in lek attendance, population trends | Spatial/temporal change may indicate impact |
| | | Brood count routes | Counts of chicks and hens | One permanent route in Upper GRB | | Reproduction trends | |
| Other Upland, Small Game | WGFD | Harvest estimates based on field-checks, mail-in survey questionnaires | Number harvested, hunters, hunter-days | SUGMA 3, 7 including the PAPA | Since 1982 and ongoing | Harvest, population trends | Temporal change may indicate cumulative impact |
| Bald Eagle | WGFD | Aerial surveys of nests during April, June | Number of active nests and young produced, fledged | | | Reproduction and population trends | Spatial/temporal change may indicate impact |
| Vegetation | WGFD BLM | Vegetation transects | Sagebrush production, age class, condition | 3 transects on north end of PAPA | 1994 compared with 2004 | Plant species list, sagebrush trends | Comparison by decade |
| Breeding Birds | NBS volunteer observers | Breeding Bird Surveys during May, June on fixed routes and at fixed intervals | Number and species of birds observed during breeding | Several BBS routes in Upper GRB | Early 1980's and ongoing | Bird population trends in region (count/route) | Temporal change may indicate cumulative impact |
| Big Game | WDOT | Big game highway mortality | Species, sex, age and location of mortality | Area main highways | | | Temporal change may indicate cumulative impact |
| All Wildlife | WGFD | Wildlife observations recorded on Wildlife Observation System | Species, numbers, behavior, locations by opportunistic sightings | WGFD District 1 including the PAPA | Years past with and ongoing | Species distributions | |

* recent late hunting season timing reduces the ability to detect reproductive performance

Table 3. Summary of recent wildlife investigations that focus on natural gas developments within the PAPA.

| Species Or Group | Study Cooperators | Funding Source | Study | Period of Study | Data Collected | Relevance to Study Design | Use of Data In AEM Process |
|---|---|---|---|---|---|---|---|
| Mule Deer | West, Inc. WGFD University of Wyoming | WGFD BLM NWF PAPA Operators | Sublette Mule Deer Study- Phase I | 1998 - 2000 | -Seasonal ranges -Migration route/time -Herd Unit boundary -Adult survival rates | Baseline for optimal impact study | Establish pre-impact patterns on impact and control sites |
| | | | Sublette Mule Deer Study- Phase II | 2001 - 2006 | -Surface development -Animal distribution as a function of development -Survival-productivity rates | Optimal impact study use impact/control- before/after design | Detection of indirect impact by analysis before/after and on impact/control sites |
| | | | Sublette Mule Deer Study- Phase III | 2005 - ? | -Animal distribution as a function of winter drilling -Winter activity levels | Pilot work in 2005 leading to full study design | Detection of mitigation success or failure |
| Antelope | Wildlife Conservation Society WGFD Utah State University | WCS GTNP Shell | Effects of energy development on Jackson Hole pronghorn | 2002 - 2005 | -Seasonal ranges -Survival-productivity rates in relation to predation | Control and experimental treatment areas | Detection of indirect impact by analysis before/after and on impact/control sites |
| | | | Competition between wolves and coyotes | 2002 - 2005 | -Fawn survival rates -Predation rates on fawns | | |
| | | | Landscape-level change effect on pronghorn habitat use | 2002 - 2009 | -Surface development -Animal distribution as a function of development -Snow depth | Control and experimental treatment areas | Detection of indirect impact by analysis before/after and on impact/control sites |
| | | | Human disturbance and over-winter survival | 2002 - 2006 | -Bioenergetics and population change as a function of gas field disturbance and abiotic factors | Long term data sets, modeling, empirical data | |
| | | | Migration routes, bottlenecks, corridors | 2003 - 2009 | -Animal movement to winter ranges | Empirical-descriptive | |
| Sage Grouse | University of Wyoming WGFD | Ultra Petroleum BLM DOE YTY Encana | Potential impacts of natural gas development- Phase I | 1998 - 2000 | -Disturbance to lek related to nesting success -Habitat selection by hens -Disturbance to lek related to cock attendance | Baseline for optimal impact study | Establish pre-impact patterns on impact and control sites |

Table 3. (continued).

| Species Or Group | Study Cooperators | Funding Source | Study | Period of Study | Data Collected | Relevance to Study Design | Use of Data In AEM Process |
|---|---|---|---|---|---|---|---|
| Sage Grouse | University of Wyoming WGFD | Ultra Petroleum BLM DOE YTY Encana | Potential impacts of natural gas development- Phase II | 2000 - 2004 | -Disturbance to lek related to sage grouse behavior -Road-related disturbance | Optimal impact study use impact/control- before/after design | Detection of indirect impact by analysis before/after and on impact/control sites |
| | University of Wyoming WGFD | BLM DOE WGFD | Potential impacts of natural gas development- Phase III | 2004 - 2006 | -Disturbance to yearling males and effects on lek selection/attendance | Same as above | Assess mitigation effectiveness |
| Pygmy Rabbit | University of Wyoming | BLM WGFD University of Wyoming | Pygmy rabbit research | 2004 - 2005 | -Distribution -Habitat characteristics at occupied sites -Reproductive rates, juvenile survival rates | Baseline inventory and species ecology | Assess data for additional study needs |
| | Wyoming Wildlife Consultants | PAPA Operators | Pygmy rabbit observations | 2004 - 2005 | Pygmy rabbit observations | Baseline inventory | |
| Migratory Sagebrush-obligate Birds | University of Wyoming | USFWS WGFD Audubon | Effects of natural gas development on sagebrush steppe passerines | 1999 - 2000 | -Road effects on nesting bird densities by species -Distribution and habitat use by breeding birds | Baseline study of effects prior to start of development on PAPA | Establish pre-impact patterns on PAPA |
| | Point Reyes Consultants | USFWS WGFD BLM | Demographic monitoring of shrub-steppe songbirds western Wyoming | 2002 - 2006 | -Population trends, recruitment, survival -Effect of habitat fragmentation | Comparative study in and out of energy development areas | Spatial/temporal change may indicate impact |
| Raptors | TRC-Mariah | PAPA Operators | Annual nesting surveys | 2001 and ongoing | -Nest locations -Nest activity by species | Could be analyzed with disturbances over time and space | Spatial/temporal change may indicate impact |
| Sage Grouse | TRC-Mariah | PAPA Operators | Annual lek surveys | 2001 and ongoing | -Lek locations -Lek activity | Could be analyzed with disturbances over time and space | Spatial/temporal change may indicate impact |
| Prairie Dog Colonies, Associated species | TRC-Mariah Wyoming Wildlife Consultants | PAPA Operators | Surveys for prairie dog associates: -black-footed ferrets -mountain plovers -burrowing owls | 2001 and ongoing | Number, locations of species observed | Species present | |

**Monitoring and Related Requirements – PAPA ROD**

At several meetings with PAWG Task Group Leaders and BLM, the ROD for the Pinedale Anticline has been identified as the principle guidance document for 1) identifying monitoring needs; 2) evaluating implementation of ROD-related mitigation; and 3) recommending changes in mitigation or operations as a result of monitoring results. Therefore, a review of the status of actions taken to monitor and ensure compliance with the ROD is presented as Table 4. This table identifies subject, where in the ROD it is identified, responsible entity, and whether or not the action has been accomplished. This table is based on information known to the Task Group and may not reflect all actions that have been taken.  Several apparent key gaps in implementation of ROD requirements affecting monitoring and mitigation are reflected in Task Group recommendations to PAWG as a part of this document.

**Table 4. Monitoring and Related Requirements in PAPA ROD**

| Monitoring Subject | Where In Rod (Pages) | Responsibility | Has It Been Accomplished? |
|---|---|---|---|
| Develop and Implement Adaptive Environmental Management Process | 1, 14, 15, C-1, C-4, A-33 | BLM and PAWG | Not developed |
| Annual AEM Review Report to Public on Results | C-4, 40, A-33 | BLM, PAWG and Cooperating Agencies | Not developed |
| Monitor Species Identified in ROD | C-2 | Operators, BLM, other agencies | By contractor, no analysis |
| Develop Monitoring Plans Through "Technical Agency Groups" | 15 | BLM | Not consistently done |
| GIS Mapping of Wildlife Habitat Data | A-33, C-2 | BLM | Not completed, work now underway |
| Maintenance of Species Impact Models to Track Habitat Values | A-33, C-2 | BLM | Species' research in progress |
| Traffic Monitoring of Well-field Access Roads, Manage Access | A-32, A-33, B-9 | BLM, Operators, WYDOT, WGFD, Other Agencies | Not completed, access management plan needed |
| Funding of all Monitoring (except NOx emissions) Will be From Operators and Agencies | 15, A-33, C-4, C-5 | Operators, other agencies | Accomplished on per project basis |
| Monitor Level of Development to Assure Wildlife Impacts Within Scope of EIS | A-33, 46, A-41, C-2 | BLM | Need to address cumulative impact assessment |
| Environmental Compliance Coordinators Reporting for Each Company | 23 | BLM, Operators | Ongoing by operators but not coordinated |
| Allowable Well Pad Density by Management Area – Environmental Analysis | 26 | BLM | Ongoing and goals currently met |

9

**Monitoring Recommendations**

Given the short timeframe, wide array of complex topics, and relatively large amount of ongoing wildlife monitoring on PAPA, the Task Group has focused primarily on clarifying the following in developing its recommendations:

1) Existing and recent past studies on PAPA wildlife;
2) The applicability of those studies and their results to needs of the AEM process;
3) Ability to conduct a science-based monitoring program, versus apply science to areas already under development with lesser power to discern cause and effect;
4) Which PAPA ROD requirements have been accomplished, including implementation of processes such as AEM, specific monitoring proscribed in the ROD; regular reporting of monitoring results, analysis and use of monitoring data supplied by PAPA operators; and immediate monitoring needs either required by the ROD and not accomplished or considered important as gaps in knowledge.

The Task Group recognizes that the continued pace and scope of development will present monitoring challenges as it proceeds. Significant issues, such as the Questar exception to winter drilling restrictions, will develop over time and performance dates and needs for monitoring in the ROD are months or years away. On the other hand, important monitoring or related tasks need prompt implementation to lessen wildlife impacts. It appears to the Task Group that the following may be more important to effective wildlife stewardship than newly-funded biological studies at this time:

1) Using monitoring data currently available for BLM decisions about ongoing or needed mitigation and future monitoring;
2) Implementing monitoring called for in the ROD, but not yet under way;
3) Clarifying resource impact questions that may or may not be addressed by existing or expanding studies; and
4) Fully implementing the AEM process with a BLM-led role as described in the ROD, including engaging PAWG agencies, operators, and other partners with schedules for action.

The ROD (page 15, 1st paragraph) states clearly that "The AEM process will involve the participation of technical agency personnel (for example., U.S. Fish and Wildlife Service, USDA-Forest Service, Wyoming Game and Fish Department) and goes on to list several more state and federal agencies, the public, operators, environmental groups, etc. Then the ROD continues "The technical agency group will draft the various monitoring plans and other management documents. The public group will review the plans for adequacy and recommend where additional monitoring may be necessary before any of the plans are implemented." We see our task primarily as identifying monitoring needs and providing a rationale for the need rather than designing monitoring itself. That seems the intended and appropriate role for the technical personnel from the cooperating agencies.

## RECOMMENDATION PRIORITY 1 - Need for prompt analysis of PAPA monitoring data required under ROD

BLM has required energy companies to monitor raptors, sage grouse, and other resources under the Pinedale Anticline ROD. A large amount of data exists for the first four years that has not been generally available for public review as called for in the ROD. No formal analysis has been done of the implications of these data for management decisions in the AEM Process.

The charge to our Task Group is to evaluate the need for, and recommend new or continued, monitoring as needed. To facilitate the AEM process and allow new monitoring considerations, an appraisal of these data is needed as soon as possible. Since these data are the result of a BLM regulatory requirement, BLM should be responsible for regular analysis of submitted data. Given the high workload and limited staff at the Pinedale BLM office, the Task Group recommends that BLM contract with a third party to conduct the analysis.

Monitoring data have been contracted for by operators for four years under a 2001 Monitoring Plan. The ROD (Appendix C) suggests that such a plan be constructed annually. An annual monitoring plan should be written after a review by BLM and PAWG of 1) analysis and evaluation of past monitoring results; 2) an annual drilling/operator briefing by operators as proscribed in the ROD; 3) evaluation of resource protection and mitigation effectiveness; and 4) consideration of resource concerns and adequacy of monitoring and mitigation under the level of development that has occurred on the PAPA (Appendix C, C-1, C-2).

The charge to the third party reviewer should include the above concepts, stated here as questions.

10

1) Does analysis of monitoring data show trends in monitored resources that reflect change?
2) What do the data indicate about effectiveness of mitigation requirements?
3) Does the level of development that has occurred change monitoring needs or the approach to mitigation?
4) Should monitoring or mitigation be changed to assure achieving a resource management objective?

A report deadline of September 30 should be required.

## RECOMMENDATION PRIORITY 2 – Support for Ongoing Monitoring and Studies

The Task Group strongly recommends that agency and operator investments in ongoing wildlife studies be continued for 2005. Some require commitment beyond 2005 to be effective. Further, agency-monitoring data, such as WGFD population composition surveys, must be maintained to facilitate detection of species' trends over time and the region surrounding the PAPA. This endorsement covers:

1) Mule deer;
2) Pronghorn;
3) Sage grouse;
4) Songbirds; and
5) Miscellaneous observations for species distribution.

The finding of more pygmy rabbits than expected on parts of the PAPA suggest the value of expanding surveys of distribution, abundance, and habitat use of pygmy rabbits as a basis for future impact studies.

A separate recommendation is included in this report dealing with operator-funded data collection on raptors and other species.

We did not identify additional data needs for prairie dogs or associated birds or mammals. Those needs may periodically be influenced by regulatory considerations, but appear to be covered at this time.

## RECOMMENDATION PRIORITY 3 – Implementation of AEM Process

For various reasons, including, but not limited to legal challenge, BLM has not implemented the AEM process. Four years of development on PAPA have proceeded at a pace and scale larger than anticipated in the PAPA EIS and ROD; the AEM process was identified in the ROD (pages 1, 14, 15, C-1, C-4, and A-33) as the approach that would be used to consciously adjust to the uncertainties of actual development on PAPA. A significant adjustment in a major part of operational development has been made by BLM in the winter drilling exception.

Monitoring data required during the four years of development have not been fully analyzed or fully used in management decisions presumably because there was no visible process to incorporate findings into management decisions. We have provided a recommendation for the analysis, but there should also be a visible process for the use of that analysis.

For these reasons, full implementation of an AEM process is vital for orderly and systematic monitoring of wildlife, evaluation of impacts of development, and consideration by BLM of changes in mitigation or operations to lessen those impacts. Data management is essential to these processes as is environmental compliance by operators as called for in the ROD.

We recommend that PAWG request that BLM clarify the AEM process and identify and reaffirm actions, meetings, evaluations, responsible entities, data management, and decision points on an annual calendar, as clearly intended in the description of the AEM process in the ROD (Appendix C). That would engender open discussion of issues of timing, expectations, and responsibility for management action. Without a clear statement of the AEM process with action dates and identified responsibilities, it is not clear, for example, that monitoring results have a clear pathway to be used in operational decisions.

11

**RECOMMENDATION PRIORITY 4 – Habitat Quality Assessment**

Sagebrush habitat quality is an important measure of the ability of the habitat to support wildlife. This includes understory, known to be essential to sage grouse reproductive success, songbirds and other wildlife . Not all sagebrush habitat is equal in value to specific wildlife, so spatial analysis of habitat quality can partition habitat based on its value to wildlife, and thus provide priority for protection or mitigation. The WGFD (WGFD 2004) goal of sustaining "habitat function" is a useful benchmark for evaluating change. An assessment of habitat quality would support that goal.

The Task Group recommends that an assessment of habitat quality be done on PAPA and associated sagebrush habitats. Adjacent areas are important to the wildlife using the PAPA and may factor in mitigation actions. Such a project should first construct a set of measures of habitat quality to aid in systematic characterization of habitats, and second provide GIS maps that delineate habitat differences.

The Task Group suggests that the need extends beyond the PAPA if wildlife values are to be anticipated and adaptively managed as development expands. It would provide a heretofore-unavailable baseline of habitat values useful to BLM, operators, WGFD, and others involved in the AEM process. A collaborative approach between agencies and operators, led by BLM, should be established to plan and prioritize assessment activites.

**RECOMMENDATION PRIORITY 5 - Activity Levels on PAPA Given Scale of Development**

The ROD (page 46, A-44, A-41, C-2) suggests that the level of development (and associated activity) be monitored regarding wildlife impacts. Further, it suggests (A-33) that traffic monitoring be done and remedial action taken if needed to protect wildlife resource values. Currently there is increased activity on public lands and roads on PAPA, confusion among local authorities about closures and enforcement, enforcement problems with habitat closures for mule deer, and significant winter operations changes by Quester. All of this will likely increase. Of particular concern are the extent of project-related traffic and activities compared to extent due to other sources.

The Task Group recommends that PAWG request that BLM coordinate monitoring of activity, especially on the Mesa and any other critical winter wildlife habitats in PAPA. Such monitoring should be coordinated with BLM and involve WYDOT, Sublette County law enforcement, WGFD, and operators. Operators can logically provide data on activity levels on roads and lands under lease to each company. To monitor effectively and provide usable data on which to decide controversial topics like road closure, contact with people will be needed to evaluate reasons for travel and other activity on PAPA. These data would provide a basis for mitigation or change in operations policies to be enforced by operators and local law enforcement authorities.

**RECOMMENDATION PRIORITY 6 – Monitoring Impact of Winter Drilling Activity**

The recent decision to allow Questar to change its operations to include winter drilling activity is accompanied by its own Decision Record (DR) with requirements that will be implemented gradually as winter activity is increased (Questar DR, pages 1-3). The new DR incorporates all of the previous PAPA ROD requirements for monitoring and mitigation, except those specifically changed by the new DR. Since this project is a significant exception to one of the strongest wildlife protection measures, appropriate attention is essential to monitoring, mitigation, and determining resource impact, if it occurs.

Many mitigation measures must be implemented by November 15, 2005. Unspecified habitat improvement in non-producing areas of Questar leases will occur. Well-siting consultation with BLM and WGFD will occur and was a key reason Alternative 3 that would protect Big game mitigation routes was not considered by BLM. A pipeline will be constructed to transport condensate off the PAPA, resulting in a major reduction in vehicle traffic. Questar will have compliance monitoring and reporting requirements.

PAWG and its Task Groups are expected to review and recommend to BLM on specific issues, such as expanded mule deer research, applicant-committed mitigation, all requirements in the original PAPA ROD and all the various conditions set in Appendix A for as requirements for the winter drilling project to proceed (Questar DR, pages 2-3). There are also requirements for Questar to monitor and report on compliance with these DR requirements. All of this applies to the AEM process.

We recommend that PAWG request that BLM include a PAWG representative in discussions between BLM and Questar about how to proceed. If PAWG and its Task Groups are to be responsible for the monitoring and evaluation tasks outlined in the PAPA ROD, we should be a part of those discussions for the AEM process to work.

The Task Group suggests that one of the key questions to be answered by monitoring the winter drilling program is "Does the "lesser foot print" of the Questar approach result in better wildlife habitat than would have occurred with winter activity restrictions?" The concept of "retaining habitat function" for key wildlife advanced by WGFD, is a useful goal. A second key question to be answered by long-term studies is "What has happened to Sage Grouse and other wildlife displaced by past, and now increased, levels of development activity?" This must be answered in terms of reproduction, survival, and recruitment within the affected populations. The expanded mule deer studies by West, Inc. that Questar has agreed to support is an important step toward long-term study to answer that question for displaced mule deer. Ongoing sage grouse research through the Wyoming Cooperative Fish and Wildlife Research Unit and expanded pronghorn research by the Wildlife Conservation Society will provide useful data. Details are not available on all these studies and they may need to be modified or added to as they evolve in order to address the two direct questions above.

The Task Group and PAWG should track these studies, obtain firm information on their design, and identify gaps in data or project approach necessary to answer the questions of resource impact.

The Task Group notes that several other recommendations can help ensure that some of the monitoring and reporting requirements in the Questar DR are met, such as traffic and human activity issues that affect wildlife.

### RECOMMENDATION PRIORITY 7 – Making Studies Useful for Cause-and-Effect Determination

Decisions about direction and expansion of several high profile studies, such as pronghorn and mule deer, are being made independent of the AEM process. As noted in our assessment of ongoing studies, it is not clear that even the expanded studies will allow determination of population impacts. Such determinations will be key to evaluating management effectiveness of conditions of approval or application of standard stipulations.

With population impact a strong focus of monitoring development impacts on wildlife, the Task Group suggests this topic as a project for PAWG in cooperation with BLM, WGFD, operators, and other interested parties. As with the review of operator-funded monitoring data, this task should be completed before the 2006-round of operational decisions on the PAPA.

Convening one or more work sessions to be coordinated by this Task Group to focus sharply on findings and conclusions to date, study design, and applicability of data to answering cause and effect questions would clear the air on expectations and help focus future investment on answering real management questions. A Research Guidance Committee would be one product in addition to a better approach to research design.

### RECOMMENDATION PRIORITY 8 - Predator Management

Predation as a potential influence on PAPA wildlife may complicate detecting whether managers are meeting resource objectives as development proceeds. Current mule deer, pronghorn, and sage grouse studies encounter predation and evaluate it as a part of their studies, but it is not a main focus. Predators could influence prey distributions on the PAPA. Also, road plowing in winter could make access to the PAPA easier for predator access and prey that might be displaced by development could become more vulnerable to predation. Research in Alaska is demonstrating that oil and gas infrastructure and human food wastes have increased Raven use of harsh climates. Ravens are a significant presence on the PAPA and are nest predators of sage grouse.

An additional dimension of predation could be greater predation pressure on wildlife displaced from favored habitats, including to areas off the PAPA. Such indirect effects warrant consideration as development proceeds. The Task Group recommends that predation issues be:

1) Tracked as development and monitoring proceeds;
2) Routinely included in other wildlife studies;
3) Considered as roads and access are managed; and

4) If predators increase as development proceeds, detailed studies would be conducted to determine solutions, including possible direct control. Initial tracking should be done by BLM and WGFD with information from operators in the field.

**Conclusions**

This is a consensus report from the Task Group. In the short time available, the Task Group has focused on review of ongoing monitoring activities and studies, evaluation of ROD requirements, and what has or has not been implemented. Important concepts needing further work include: 1) assuring that monitoring studies are conducted in a scientifically sound manner, 2) that expectations of the applicability of results are realistic, 3) that monitoring is systematically planned and reviewed annually for its focus on supporting management decisions, 4) that results are reviewed annually and evaluated for demonstration of need for changes in management of development. We propose to develop further the need for issues such as habitat quality assessment, predation, and the need for research planning to address long-term impact questions. An index of habitat quality, for example, can be as important to have before development as species baseline data so that measures of change can occur through monitoring during development.

We believe that implementing AEM and other specific ROD requirements should be high priority as we have recommended. Much remains to be done in evaluating four years of monitoring data and study results for mule deer, sage grouse, and antelope. While results have been prepared each year and presented in various briefings, no direct management action has been taken by BLM to change monitoring, mitigation or operations in response to monitoring data. Implementation of AEM will provide the process to enable use of monitoring data to adjust activities to help wildlife.

Procedurally, with implementation of AEM should come actions, reports, and consultations on a regular basis. For example, since mule deer studies already reported to PAWG and its members appear to demonstrate displacement of deer from favored habitats as development has proceeded, and sage grouse studies on the PAPA and in the adjacent Jonah Field have revealed a steady reduction in use of leks, particularly leks near roads and drilling activity, the AEM process calls for action in response. Under AEM, PAWG, BLM, and operators should consult on the meaning of these results, make a judgment on whether current mitigation is working, and consider appropriate actions. The AEM process would suggest that this should be done before all the operational plans are approved for the coming year.

This is the kind of regular consultation envisioned in the AEM process and should occur regularly (at least annually) to guide annual decisions about monitoring, mitigation effectiveness, and possible changes in operations to reduce impacts.

The Task Group will watch the decisions by PAWG and BLM with interest. We anticipate further discussion of the future role of the Task Group in implementation of the various recommendations, and especially the AEM process.

**Wildlife Monitoring Task Group**

> Task Group Members
> > Dean Clause – WGFD, Pinedale
> > Aimee Davison – Shell
> > Mike Deland – Hoback Junction
> > Kathleen Erwin – U.S. Fish and Wildlife Service
> > Tony Gosar – Pinedale
> > Ron Hogan – Questar
> > Michelle Hosler – Pinedale
> > Jim Jensen – rancher, Boulder
> > Dan Lamoreux – Theodore Roosevelt Conservation Partnership, Jackson
> > Archie Reeve – Laramie
> > Rollin Sparrowe – Chair, Daniel

> BLM Liaison
> > Steve Belinda – Pinedale

> Correspondents (communicated by e-mail)
> > Kenny Becker – Pinedale

14

Lynda Earley – Cheyenne
Jeremy Johnston – Powell
Craig Thompson – Rock Springs
Harold Asire - Pinedale

Typing

Bettina Sparrowe - Daniel

## References

Baskerville, G. 1986.  Some scientific issues in cumulative environmental impact assessment.  Pages 9-14 in Proceeding of the workshop on cumulative environmental effects: a binational perspective.  The Canadian Environmental Assessment Research Council, Ottawa, Ontario and The United States National Research Council, Washington, D.C.

Boyce, M.S. 2002. Reconciling the small-population and declining-population paradigms. Pages 41-49 in S.R. Beissinger and D.R. McCullough (editors). Population Viability Analysis.  The University of Chicago Press, Chicago, IL.

Council on Environmental Quality. 1978. Regulations for implementing the Procedural Provisions of the National Environmental Quality Act.  Executive Office of the President, Washington, D.C.

Council on Environmental Quality. 1997. Considering cumulative effects under the National Environmental Quality Act. Executive Office of the President, Washington, D.C.

Green, R.H. 1979.  Sampling design and statistical methods for environmental biologists. John Wiley and Sons, New York.

Jones, K.B.  1986. The inventory and monitoring process. Pages 1–10 in A.Y. Cooperrider, R.J. Boyd, and H.R. Stuart (editors). Inventory and monitoring of wildlife habitat.  USDI-Bureau of Land Management Service Center, Denver, Colorado.

Morrison, M.L. 2002. Wildlife restoration: techniques for habitat analysis and animal monitoring. Island Press, Washington, D.C.

Sawyer, H. 2004. 2004 Annual Report, Sublette Mule Deer Study (Phase III): Long-term monitoring plan to assess potential impacts of energy development on mule deer in the Pinedale Anticline Project Area. Western Ecosystems Technology, Inc. Cheyenne, Wyoming.

U.S. Bureau of Land Management. May 2000. Final Environmental Impact Statement for the Pinedale Anticline Oil and Gas Exploration and Development Project, Sublette County, Wyoming.

U.S. Bureau of Land Management. July 2000. Record of Decision for the Pinedale Anticline Oil and Gas Exploration and Development Project Environmental Impact Statement, Sublette County, Wyoming.

U.S. Bureau of Land Management. November 2004. Finding of No Significant Impact, Decision Record and Environmental Assessment  for the Questar Year-Round Drilling Proposal, Sublette County, Wyoming.

Wyoming Game and Fish Commission. 1998. Mitigation Policy. Pages E3-E13 in Policy Manual. Wyoming Game and Fish Department, Cheyenne, WY.

Wyoming Game and Fish Department. 2004. Minimum recommendations for development of oil and gas resources within crucial and important wildlife habitats on BLM lands. Wyoming Game and Fish Department, Cheyenne, WY.

# Exhibit C

Wildlife Monitoring Task Group Report to PAWG (due April 12, 2005)

(Reformatted monitoring recommendations from Task Group Report of February 18, 2005, limited to table format and not including all information concerning monitoring needs.)

Wildlife Monitoring Task Group Members:
    Task Group Members
        Dean Clause – WGFD, Pinedale
        Aimee Davison – Shell
        Mike Deland – Hoback Junction
        Kathleen Erwin – U.S. Fish and Wildlife Service
        Tony Gosar – Pinedale
        Ron Hogan – Questar
        Michelle Hosler – Pinedale
        Jim Jensen – rancher, Boulder
        Dan Lamoreux – Theodore Roosevelt Conservation Partnership, Jackson
        Archie Reeve – Laramie
        Rollin Sparrowe – Chair, Daniel

    BLM Liaison
        Steve Belinda – Pinedale

    Correspondents (communicated by e-mail)
        Kenny Becker – Pinedale
        Lynda Earley – Cheyenne
        Jeremy Johnston – Powell
        Craig Thompson – Rock Springs
        Harold Asire - Pinedale

    Typing
        Bettina Sparrowe – Daniel

2

| MONITORING ELEMENT | PRIORITY | PARTNERS | PURPOSE & NEED | MONITORING TECHNIQUE |
|---|---|---|---|---|
| **2.0 WILDLIFE** | | | | |
| 2.1 Analysis of Operator-Supported Monitoring Data | High | BLM Operators | Formal analysis of four years of contractor-provided monitoring data on raptors, T & E, sage grouse, other to determine whether data indicate need for changes in monitoring or mitigation. | Analysis should pose the following questions: 1) Does analysis of monitoring data show trends in monitored resources that reflect change? 2) What do the data indicate about effectiveness of mitigation requirements? 3) Does the level of development that has occurred change monitoring needs or the approach to mitigation? 4) Should monitoring or mitigation be changed to assure achieving a resource management objective? Report deadline of September 30, 2005. |
| 2.2 Continue Support for Ongoing Monitoring and Studies | High | Multiple as listed on following Tables 2 and 3 from the Task Group February 18, 2005, report. | Both long-term population monitoring conducted for other reasons, but useful to monitoring the development process -- such as Wyoming Game and Fish surveys, and intensive monitoring and surveys focused primarily on development impacts form the core of wildlife monitoring on the PAPA and should continue. Tables 2 and 3 from the Task Group February 18, 2005, report follow this table. | *Pygmy Rabbit (new) The Task Group recommends development of pygmy rabbit surveys after completion of initial distribution and habitat surveys continuing in 2005 with operator funding and a University of Wyoming graduate study. |
| 2.3 Implementation of AEM Process. | High | BLM PAWG | Adaptive Environmental Management Process is identified in the PAPA ROD to systematically use monitoring data to evaluate mitigation, monitor effects of development on wildlife, and use these data to adjust operations where appropriate. It is also key to adjusting monitoring itself. A clear pathway for activities should be articulated to provide for monitoring plans and performance schedules, responsive entities, data management, meetings and consultations, and necessary management actions. | BLM and PAWG should jointly draft an annual schedule of activities with action points to implement a visible process for AEM. Table 4, Monitoring and Related Requirements in PAPA ROD, is attached as a road map for monitoring topics and schedules as a basis for implementing ROD requirements for monitoring, evaluation, and use of data and results. |

## 4.0 WILDLIFE

| | | | | |
|---|---|---|---|---|
| 2.4 Habitat Quality Assessment | High | BLM Operators WG&F PAWG | Sagebrush habitat quality is an important measure of the ability of the habitat to support wildlife. This includes understory forbs, grasses and other native plants, known to be essential to sage grouse reproductive success, songbirds and other wildlife. Not all sagebrush habitat is equal in value to specific wildlife, and so spatial analysis of habitat quality can partition habitat based on its value to wildlife, and thus provide priority for protection or mitigation. Existing vegetative mapping of sage habitats is not intensive enough, nor supported with field data to support the difficult tradeoffs in offsite mitigation which seems likely in the future.

The WGFD (WGFD 2004) goal of sustaining "habitat function" is a useful benchmark for evaluating change and a clear goal for restoration. Local capability to restore native habitats will be enhanced by experimentation with field trials in separate projects. An assessment of habitat quality would support the goal of applying restoration skills so gained.

Various mapping and GIS projects are underway in the Rock Springs District and in Pinedale. GIS mapping was required in the PAPA ROD and is only recently underway. It is apparent that the nature of development on Jonah and PAPA (infill expected) will lead to off-site mitigation. A consolidated effort not limited to PAPA should be undertaken.

Mapping the wide differences in sage habitats can yield a tool of significant importance to weighing habitat management and mitigation needs and opportunities. Mapping products can be used to develop habitat conservation strategies for important wildlife, enhancing ability to work effectively with all stakeholders. | Conduct an inventory of Upper Green River Basin sagebrush habitats and develop a set of measures of habitat quality. Collect field data to increase the accuracy of mapping products. Other habitats within the sage may be appropriately included. Resources going to the several GIS mapping projects by BLM, and cooperation with similar projects through Wyoming Game and Fish may be incorporated for efficiency of product. GIS maps that delineate habitat differences are the end product.

Implementation is expected to take two summer field seasons for data collection, six months for compilation, GIS analysis, and .mapping. Approximate costs are $100k/year for two years, $50k for the last year of data analysis and mapping.

Partners include BLM, energy companies, Wyoming Game and Fish Department, matching grants, local consultants, and conservation organizations. |
| 2.5 Activity Levels on PAPA | High | BLM WG&F Operators Sublette County DOT | This recommendation overlaps one from the Transportation Task Group.
The ROD (page 46, A-44, A-41, C-2) suggests that the level of development (and associated activity) be monitored regarding wildlife impacts. Further, it suggests (A-33) that traffic monitoring be done and remedial action taken if needed to protect wildlife resource values. Currently there is increased activity on public lands and roads on PAPA, confusion among local authorities about closures and enforcement, enforcement problems with habitat closures for mule deer, and significant winter operations changes by Questar. All of this will likely increase. Of particular | The Task Group has seen a draft of the Transportation Task Group monitoring recommendation. It focuses mainly on specific main roads. The Task Group recommends that PAWG request that BLM coordinate monitoring of activity, especially on the Mesa and any other critical winter wildlife habitats in PAPA. Such monitoring should be coordinated with BLM and involve WYDOT, Sublette County law enforcement, WGFD, and operators. Operators can logically provide data on activity levels on roads and lands under lease to each company. To monitor effectively and provide usable data on which to decide controversial topics like road closure, contact with people will be needed to evaluate reasons for travel and other activity on PAPA. These data |

| MONITORING ELEMENT | PRIORITY | PARTNERS | PURPOSE & NEED | MONITORING TECHNIQUE |
|---|---|---|---|---|
| **2.0 WILDLIFE** | | | | |
| 2.6 Monitor the Impact of Winter Drilling Activity | Medium | BLM PAWG Wyoming Game & FishNGO's | The recent decision to allow Questar to change its operations to include winter drilling activity is accompanied by its own Decision Record (DR) with requirements that will be implemented gradually as winter activity is increased (Questar DR, pages 1-3). The new DR incorporates all of the previous PAPA ROD requirements for monitoring and mitigation, except those specifically changed by the new DR. Since this project is a significant exception to one of the strongest wildlife protection measures, appropriate attention is essential to monitoring, mitigation, and determining resource impact, if it occurs.<br><br>Many mitigation measures must be implemented by November 15, 2005. Unspecified habitat improvement in non-producing areas of Questar leases will occur. Well-siting consultation with BLM and WGFD will occur and was a key reason Alternative 3 that would protect Big game mitigation routes was not considered by BLM. A pipeline will be constructed to transport condensate off the PAPA, resulting in a major reduction in vehicle traffic. Questar will have compliance monitoring and reporting requirements.<br><br>PAWG and its Task Groups are expected to review and recommend to BLM on specific issues, such as expanded mule deer research, applicant-committed mitigation, all requirements in the original PAPA ROD and all the various conditions set in Appendix A for as requirements for the winter drilling project to proceed (Questar DR, pages 2-3). There are also requirements for Questar to monitor and report on compliance with these DR requirements. All of this applies to the AEM process. | We recommend that PAWG request that BLM include a PAWG representative in discussions between BLM and Questar about how to proceed. If PAWG and its Task Groups are to be responsible for the monitoring and evaluation tasks outlined in the PAPA ROD, we should be part of those discussions for the AEM process to work.<br><br>The Task Group suggests that one of the key questions to be answered by monitoring the winter drilling program is "Does the "lesser foot print" of the Questar approach result in better wildlife habitat than would have occurred with winter activity restrictions?" The concept of "retaining habitat function" for key wildlife advanced by WGFD, is a useful goal. A second key question to be answered by long term studies is "What has happened to Sage Grouse and other wildlife displaced by past, and now increased, levels of development activity?" This must be answered in terms of reproduction, survival, and recruitment within the affected populations. The expanded mule deer studies by West, Inc. that Questar has agreed to support is an important step toward long-term study to answer that question for displaced mule deer. Ongoing sage grouse research through the Wyoming Cooperative Fish and Wildlife Research Unit and expanded pronghorn research by the Wildlife Conservation Society will provide useful data. Details are not available on all these studies and they may need to be modified or added to as they evolve in order to address the two direct questions above.<br><br>The Task Group and PAWG should track these studies, obtain firm information on their design, and identify gaps i data or project approach necessary to answer the questions of resource impact.<br><br>The Task Group notes that several other recommendations can help ensure that some of the monitoring and reporting requirements in the Questar DR are met, such as traffic and human activity issues that affect wildlife. Questar has already worked with BLM to fence their entrance roads to control activity. |

| MONITORING ELEMENT | PRIORITY | PARTNERS | PURPOSE & NEED | MONITORING TECHNIQUE |
|---|---|---|---|---|
| **2.0 WILDLIFE** | | | | |
| 2.7 Making Studies Useful for Cause and Effect Determinations | Medium | BLM<br>WG&F<br>Operators<br>NGO's | Decisions about direction and expansion of several high profile studies, such as pronghorn and mule deer, are being made independent of the AEM process. As noted in our assessment of ongoing studies, it is not clear that even the expanded studies will allow determination of population impacts. Such determinations will be key to evaluating management effectiveness of conditions of approval or application of standard stipulations. | With population impact a strong focus of monitoring development impacts on wildlife, the Task Group suggests this topic as a project for PAWG in cooperation with BLM, WGFD, operators, and other interested parties. As with the review of operator-funded monitoring data, this task should be completed before the 2006-round of operational decisions on the PAPA.<br><br>Convening one or more work sessions to be coordinated by this Task Group to focus sharply on findings and conclusions to date, study design, and applicability of data to answering cause and effect questions would clear the air on expectations and help focus future investment on answering real management questions. A Research Guidance Committee would be one product in addition to a better approach to research design. |
| 2.8 Predator Management | Low | BLM<br>WG&F<br>Operators<br>Researchers | Predation as a potential influence on PAPA wildlife may complicate detecting whether managers are meeting resource objectives as development proceeds. Current mule deer, pronghorn, and sage grouse studies encounter predation and evaluate it as a part of their studies, but it is not a main focus. Predators could influence prey distributions on the PAPA. Also, road plowing in winter could make access to the PAPA easier for predator access and prey that might be displaced by development could become more vulnerable to predation. Research in Alaska is demonstrating that oil and gas infrastructure and human food wastes have increased Raven use of harsh climates. Ravens are a significant presence on the PAPA and are nest predators of sage grouse. | The Task Group recommends that predation issues be:<br>1) Tracked as development and monitoring proceeds;<br>2) Routinely included in other wildlife studies;<br>3) Considered as roads and access are managed; and<br>If predators increase as development proceeds, detailed studies would be conducted to determine solutions, including possible direct control. Initial tracking should be done by BLM and WGFD with information from operators in the field. |

Additional Recommendations Concerning Mitigation Effectiveness

Mule Deer – Four years of studies measured against documentation before development show that mule deer on significant parts of PAPA have moved from previously-favored habitats to less-favored habitats on the Mesa, likely in response to development activity. The 2004 Annual Report, Sublette Mule Deer Study (Phase III), lays out the evidence of this change. PAWG, BLM, Operators, and the public have been briefed on these results and can access the report at www.West-Inc.com or can obtain a copy from the Task Group Chair. These results show impacts on PAPA mule deer and review of mitigation of these effects appears warranted.

**Recommendation:** The Task Group recommends that PAWG meet with BLM, Operators, and principal investigators and discuss the implications of these results to current and future mitigation. We have been told informally that an Infill proposal is likely which may significantly increase the level of disturbance to PAPA mule deer. The Task Group notes that its Recommendation 5 and a recommendation from the Transportation Task Group might address some issues of activity level control. Monitoring strategies and research directions should be reconsidered to seek further options.

Sage Grouse – Four years of monitoring lek attendance by male sage grouse compared to data before development has shown a steady decline in use of leks associated with energy development. There has been a long-standing controversy over effective distance from leks required to buffer sage grouse behavioral responses. Experience on the Jonah field and parts of adjacent PAPA suggest that the half-mile buffer being used is not mitigating effects on sage grouse. There are other parts of two studies yet to be fully analyzed concerning effects on sage grouse nesting and reproduction, which are longer-term questions not addressed here. Operators, BLM, the Task Group Chair and other members of the TG were briefed on these results on February 18, 2005. A recently presented paper on the topic is attached.

**Recommendation:** With the high profile of the sage grouse and the recent decision not to list it under the Endangered Species Act, the Task Group concludes that BLM, Operators, and PAWG should review these results and consider possible changes in mitigation as warranted. With an Infill and more dense development activity likely on PAPA, the reported results suggest that a new mitigation strategy should be developed. If, as has been noted, developed areas like Jonah and other parts of the PAPA already exceed the appropriate density, more overt attention to off-site mitigation may offer options. Given the U.S. Fish and Wildlife Service explanation of why it chose not to list the sage grouse at this time, continued use of a failed mitigation requirement does not seem good business for anyone. Monitoring strategies and research directions should be reconsidered to seek further options.

OTHER ISSUES: The Task Group suggests that its Report of February 18 contains background information and specific recommendations that can accomplish conservation of wildlife that do not carry a specific price tag as a new monitoring activity, and should be a part of the discussion with
BLM of action priorities.

7

Table 2 (from February 18, 2005 Wildlife Task Group Report to PAWG).  Summary of long-term wildlife information collected in the greater region surrounding the PAPA by various agencies.

| Species or Group | Responsible Agency | Data Collection Method | Data Collected | Area Extent of Data | Time Extent of Data | Use of Data by Agency | Use of Data In AEM Process |
|---|---|---|---|---|---|---|---|
| Mule Deer | WGFD | Harvest estimates based on field-checks and mail-in survey questionnaires | Number, sex, and age of animals harvested | Hunt Areas 138, 139 including the PAPA, other hunt areas in herd unit | Many years past and ongoing | Population model for Herd Unit | Temporal change may indicate socioeconomic impact |
| | | Aerial flights conducted post-harvest to classify sex and age categories | Number of fawns, yearling males, adult males, females | Hunt Areas 138, 139 including the PAPA, other hunt areas in herd unit | At least since 1978 and ongoing | Population model for Herd Unit, fawn production | Temporal change may indicate cumulative impact w/ need for study |
| | | Ground surveys conducted post-winter to classify age categories | Number of juveniles and adults surviving to post-winter | Hunt Areas 138, 139 including the PAPA, other hunt areas in herd unit | 1992-1993 and ongoing | Estimate winter mortality of fawns relative to adults | See below |
| | | Ground surveys for carcasses conducted post-winter to classify sex and age categories | Number of juvenile and adult carcasses | Core winter ranges including the PAPA | 1992-1993 and ongoing | Estimate over-winter mortality rates of fawns and adults | Temporal change may indicate cumulative impact w/ need for study |
| Pronghorn | WGFD | Harvest estimates based on field-checks and mail-in survey questionnaires | Number, sex, and age of animals harvested | Hunt Areas 87, 90 including the PAPA, other hunt areas in herd unit | Many years past and ongoing | Population model for Herd Unit | Temporal change may indicate socioeconomic impact |
| | | Aerial flights conducted pre-harvest to classify sex and age categories | Number of fawns, yearling males, adult males, females | Hunt Areas 87, 90 including the PAPA, other hunt areas in herd unit | At least since 1978 and ongoing | Population model for Herd Unit, fawn production | See below |
| | | Line transect aerial surveys stratified by habitat conducted pre-fawning | Number of animals by distance from transect | Sampling sub-units within herd unit | Since 1994 and ongoing | Population estimate | Temporal change may indicate cumulative impact w/ need for study |

Table 2. (continued).

| Species Or Group | Responsible Agency | Data Collection Method | Data Collected | Area Extent of Data | Time Extent of Data | Use of Data by Agency | Use of Data In AEM Process |
|---|---|---|---|---|---|---|---|
| Sage Grouse | WGFD | Harvest estimates based on field-checks, mail-in survey questionnaires, wing-barrels | Number, sex, age harvested, hunters, hunter-days | SUGMA 3, 7 including the PAPA | Since 1982 and ongoing | Harvest, population, reproduction trends* | Temporal change may indicate socioeconomic impact |
| | | Low level aerial survey, ground observations during winter | Winter distribution of sage grouse | | Aerial surveys since 2004 and ongoing | Seasonal use maps | Spatial/temporal change may indicate impact |
| | | Monitor leks | Lek activity status and peak counts of males attending | WGFD District 1 including the PAPA | Years past with occasional lapses and ongoing | Trends in lek attendance, population trends | Spatial/temporal change may indicate impact |
| | | Brood count routes | Counts of chicks and hens | One permanent route in Upper GRB | | Reproduction trends | |
| Other Upland, Small Game | WGFD | Harvest estimates based on field-checks, mail-in survey questionnaires | Number harvested, hunters, hunter-days | SUGMA 3, 7 including the PAPA | Since 1982 and ongoing | Harvest, population trends | Temporal change may indicate cumulative impact |
| Bald Eagle | WGFD | Aerial surveys of nests during April, June | Number of active nests and young produced, fledged | | | Reproduction and population trends | Spatial/temporal change may indicate impact |
| Vegetation | WGFD BLM | Vegetation transects | Sagebrush production, age class, condition | 3 transects on north end of PAPA | 1994 compared with 2004 | Plant species list, sagebrush trends | Comparison by decade |
| Breeding Birds | NBS volunteer observers | Breeding Bird Surveys during May, June on fixed routes and at fixed intervals | Number and species of birds observed during breeding | Several BBS routes in Upper GRB | Early 1980's and ongoing | Bird population trends in region (count/route) | Temporal change may indicate cumulative impact |
| Big Game | WDOT | Big game highway mortality | Species, sex, age and location of mortality | Area main highways | | | Temporal change may indicate cumulative impact |
| All Wildlife | WGFD | Wildlife observations recorded on Wildlife Observation System | Species, numbers, behavior, locations by opportunistic sightings | WGFD District 1 including the PAPA | Years past with and ongoing | Species distributions | |

* recent late hunting season timing reduces the ability to detect reproductive performance

9

Table 3 (from February 18, 2005 Wildlife Task Group Report to PAWG).  Summary of recent wildlife investigations that focus on natural gas developments within the PAPA.

| Species Or Group | Study Cooperators | Funding Source | Study | Period of Study | Data Collected | Relevance to Study Design | Use of Data In AEM Process |
|---|---|---|---|---|---|---|---|
| Mule Deer | West, Inc. WGFD University of Wyoming | WGFD BLM NWF PAPA Operators | Sublette Mule Deer Study- Phase I | 1998 - 2000 | -Seasonal ranges -Migration route/time -Herd Unit boundary -Adult survival rates | Baseline for optimal impact study | Establish pre-impact patterns on impact and control sites |
| | | | Sublette Mule Deer Study- Phase II | 2001 - 2006 | -Surface development -Animal distribution as a function of development -Survival-productivity rates | Optimal impact study use impact/control-before/after design | Detection of indirect impact by analysis before/after and on impact/control sites |
| | | | Sublette Mule Deer Study- Phase III | 2005 - ? | -Animal distribution as a function of winter drilling -Winter activity levels | Pilot work in 2005 leading to full study design | Detection of mitigation success or failure |
| Antelope | Wildlife Conservation Society WGFD Utah State University | WCS GTNP Shell | Effects of energy development on Jackson Hole pronghorn | 2002 - 2005 | -Seasonal ranges -Survival-productivity rates in relation to predation | Control and experimental treatment areas | Detection of indirect impact by analysis before/after and on impact/control sites |
| | | | Competition between wolves and coyotes | 2002 – 2005 | -Fawn survival rates -Predation rates on fawns | | |
| | | | Landscape-level change effect on pronghorn habitat use | 2002 - 2009 | -Surface development -Animal distribution as a function of development -Snow depth | Control and experimental treatment areas | Detection of indirect impact by analysis before/after and on impact/control sites |
| | | | Human disturbance and over-winter survival | 2002 - 2006 | -Bioenergetics and population change as a function of gas field disturbance and abiotic factors | Long term data sets, modeling, empirical data | |
| | | | Migration routes, bottlenecks, corridors | 2003 - 2009 | -Animal movement to winter ranges | Empirical-descriptive | |
| Sage Grouse | University of Wyoming WGFD | Ultra Petroleum BLM DOE YTY Encana | Potential impacts of natural gas development- Phase I | 1998 - 2000 | -Disturbance to lek related to nesting success -Habitat selection by hens -Disturbance to lek related to cock attendance | Baseline for optimal impact study | Establish pre-impact patterns on impact and control sites |

10

Table 3. (continued).

| Species Or Group | Study Cooperators | Funding Source | Study | Period of Study | Data Collected | Relevance to Study Design | Use of Data In AEM Process |
|---|---|---|---|---|---|---|---|
| Sage Grouse | University of Wyoming WGFD | Ultra Petroleum BLM DOE YTY Encana | Potential impacts of natural gas development- Phase II | 2000 - 2004 | -Disturbance to lek related to sage grouse behavior -Road-related disturbance | Optimal impact study use impact/control-before/after design | Detection of indirect impact by analysis before/after and on impact/control sites |
| | | BLM DOE WGFD | Potential impacts of natural gas development- Phase III | 2004 - 2006 | -Disturbance to yearling males and effects on lek selection/attendance | Same as above | Assess mitigation effectiveness |
| Pygmy Rabbit | University of Wyoming | BLM WGFD University of Wyoming | Pygmy rabbit research | 2004 – 2005 | -Distribution -Habitat characteristics at occupied sites -Reproductive rates, juvenile survival rates | Baseline inventory and species ecology | Assess data for additional study needs |
| | Wyoming Wildlife Consultants | PAPA Operators | Pygmy rabbit observations | 2004 - 2005 | Pygmy rabbit observations | Baseline inventory | |
| Migratory Sagebrush-obligate Birds | University of Wyoming | USFWS WGFD Audubon | Effects of natural gas development on sagebrush steppe passerines | 1999 - 2000 | -Road effects on nesting bird densities by species -Distribution and habitat use by breeding birds | Baseline study of effects prior to start of development on PAPA | Establish pre-impact patterns on PAPA |
| | Point Reyes Consultants | USFWS WGFD BLM | Demographic monitoring of shrub-steppe songbirds western Wyoming | 2002 – 2006 | -Population trends, recruitment, survival -Effect of habitat fragmentation | Comparative study in and out of energy development areas | Spatial/temporal change may indicate impact |
| Raptors | TRC-Mariah | PAPA Operators | Annual nesting surveys | 2001 and ongoing | -Nest locations -Nest activity by species | Could be analyzed with disturbances over time and space | Spatial/temporal change may indicate impact |
| Sage Grouse | TRC-Mariah | PAPA Operators | Annual lek surveys | 2001 and ongoing | -Lek locations -Lek activity | Could be analyzed with disturbances over time and space | Spatial/temporal change may indicate impact |
| Prairie Dog Colonies, Associated species | TRC-Mariah Wyoming Wildlife Consultants | PAPA Operators | Surveys for prairie dog associates: -black-footed ferrets -mountain plovers -burrowing owls | 2001 and ongoing | Number, locations of species observed | Species present | |

11

Table 4 (from February 18, 2005 Wildlife Task Group Report to PAWG), Monitoring and Related Requirements in PAPA ROD

| Monitoring Subject | Where In Rod (Pages) | Responsibility | Has It Been Accomplished? |
|---|---|---|---|
| Develop and Implement Adaptive Environmental Management Process | 1, 14, 15, C-1, C-4, A-33 | BLM and PAWG | Not developed |
| Annual AEM Review Report to Public on Results | C-4, 40, A-33 | BLM, PAWG and Cooperating Agencies | Not developed |
| Monitor Species Identified in ROD | C-2 | Operators, BLM, other agencies | By contractor, no analysis |
| Develop Monitoring Plans Through "Technical Agency Groups" | 15 | BLM | Not consistently done |
| GIS Mapping of Wildlife Habitat Data | A-33, C-2 | BLM | Not completed, work now underway |
| Maintenance of Species Impact Models to Track Habitat Values | A-33, C-2 | BLM | Species' research in progress |
| Traffic Monitoring of Well-field Access Roads, Manage Access | A-32, A-33, B-9 | BLM, Operators, WYDOT, WGFD, Other Agencies | Not completed, access management plan needed |
| Funding of all Monitoring (except NOx emissions) Will be From Operators and Agencies | 15, A-33, C-4, C-5 | Operators, other agencies | Accomplished on per project basis |
| Monitor Level of Development to Assure Wildlife Impacts Within Scope of EIS | A-33, 46, A-41, C-2 | BLM | Need to address cumulative impact assessment |
| Environmental Compliance Coordinators Reporting for Each Company | 23 | BLM, Operators | Ongoing by operators but not coordinated |
| Allowable Well Pad Density by Management Area – Environmental Analysis | 26 | BLM | Ongoing and goals currently met |

12

Exhibit D

As of: 7/8/2005

## BLM (PFO) Monitoring Proposals

| Item | Project | REF# | FY05 Est Cost | FY05 Priority | FY05 BLM Funding | Other Funding | Cooperator | Comments |
|---|---|---|---|---|---|---|---|---|
| **Cultural-Historic Task Group** | | | | | | | | |
| 1 | Monitoring important archeological and historical sites | 036296 | $ 2,000 | 8 | $ 2,000 | | BLM, SHPO, OCTA, Sublette Co. | |
| 2 | Lander Trail viewshed monitoring | 036314 | $ 18,000 | 8 | $ 18,000 | | BLM, SHPO, OCTA | |
| 3 | Geomorphology and soil studies | 036295 | $100,000 | 1 | $100,000 | | BLM, NRCS, O&Gops | |
| 4 | Database analysis | | | | | | BLM, O&Gops | |
| 5 | Public education and awareness and artifact collecting rules | 036298 | $ 21,000 | 4 | $ 21,000 | | BLM, SHPO, BOCES, O&Gops | |
| 6 | Appendix E Programmatic Agreement | | | | | | BLM, SHPO, O&Gops | |
| **Socio-Economic Task Group** | | | | | | | | |
| 7 | Full-time socio-economic coordinator position in Sublette Co. | | | | | | BLM, St of WY, Sublette Co, towns, O&Gops | |
| **Wildlife Task Group** | | | | | | | | |
| 8 | Analysis of operator-supported (existing) monitoring data | 036308 | $ 25,000 | 3 | $ 25,000 | | BLM, O&Gops | |
| 9 | Continue support for ongoing monitoring & studies | 036312 | $ 20,000 | 5 | $ 20,000 | | BLM, PAWG | |
| 10 | Implementation of AM process | see #2,15 | | | | | BLM, O&Gops, WGFD | |
| 11 | Habitat quality assessment | see #11 | | | | | BLM, WGFD, O&Gops, Sublette Co Road & Bridge | |
| 12 | Monitor activity levels on PAPA | | | 7 | | | | |
| **Air Quality Task Group** | | | | | | | | |
| 13 | South Pass NADP site - share costs to continue for FY06 | | | | | | BLM, FS, O&Gops | |
| 14 | Pinedale NADP site - continue existing funding (BLM) | | | | | | | |
| 15 | Gypsum Creek NADP site - share costs to continue for FY06 | | | | | | BLM, FS, O&Gops | |
| 16 | Bulk deposition sampling - share costs to continue for FY06 | | | | | | BLM, FS, O&Gops | |
| 17 | IMPROVE transmissometer - share costs to continue for FY06 | | | | | | BLM, FS, O&Gops | |
| 18 | IMPROVE aerosol monitor - continue existing funding (FS) | | | | | | | |
| 19 | Long-term lake sampling in B-T/Shoshone NFs -continue funding (FS) | | | | | | | |

**BLM (PFO) Monitoring Proposals**

As of: 7/8/2005

| ID # | Proposal | BPS # | Est. Cost | PFO Priority/Ranking | BLM Funding | Other Funding | Cooperator | Remarks |
|---|---|---|---|---|---|---|---|---|
| 20 | Public health – Jonah monitoring – continue funding by EnCana | | | | | | | |
| 21 | Public health – Boulder monitoring – continue funding by Shell | | | | | | | |
| 22 | Public health – Daniel monitoring – continue funding by WyDEQ | | | | | | | |
| 23 | PM2.5 monitoring in Pinedale – continue WyDEQ funding | | | | | | | |
| 24 | WARMS monitoring – continue BLM funding | | | | | | | |
| 25 | CASTNet monitoring – continue EPA funding | | | | | | | |
| 26 | NOx tracking report | | | | | | | |
| 27 | Initiate activity tracking program | | | | | | | |
| 28 | Resolve funding issues | | | | | | | |
| | **Transportation Task Group** | | | | | | | |
| 29 | Monitor road traffic (1 test site of eventual proposed 7 sites) | 036301 | $ 17,000 | 7 | $ 17,000 | | WGFD | |
| 30 | Road and pipeline mapping/naming/signing | 036304, #3, #15 | $ 2,500 | 2 | $ 2,500 | | BLM, WyDOT, O&Gops, Sublette Co | |
| | **Water Resources Task Group** | | | | | | | |
| 31 | Continue existing surface water monitoring | | | | | | O&Gops | |
| 32 | Continue existing ground water monitoring | | | | | | O&Gops | |
| | **Reclamation Task Group** | | | | | | | |
| 33 | Inventory and evaluate producing sites per APD/ROD/DR | 036292 | $ 60,000 | 2 | $ 60,000 | | BLM, WGFD, NRCS, WyDEQ, O&Gops | |
| 34 | Monitor use of weed-free materials, seed mix/methods, invasive weed mapping/monitoring, establish transects | 036293, #15 | $ 10,000 | 6 | $ 10,000 | | BLM, O&Gops, Sublette Co Weed & Pest | |
| 35 | Soil/vegetation/habitat evaluation on undisturbed sites | see #2 | | 1 | | | BLM, WGFD, NRCS, Gov Wdlf Fund, O&Gops | |
| | **Recreation/Visual Resources** | | | | | | | |
| 36 | Monitoring of Key Observation Points (KOPs) | see #2 | | | | | No Task Group(s) considered recreation/visual resource monitoring | |

# BLM (PFO) Monitoring Proposals

As of: 7/8/2005

## Medium and Low Priority Subgroup Recommendations

| Item # | Proposal | BLM Coop? | PAPA Oper? | PFO Priority? | BLM Funding? | Other Funding? | Cooperators | Remarks |
|---|---|---|---|---|---|---|---|---|
| | **Cultural Resources Subgroup** | | | | | | | |
| 1 | Lander Trail Monitoring (annual 1/4 mile photo points) | | | | | | SHPO, BLM | |
| 2 | Analyze existing archaeological data (Class II) | | | | | | | |
| 3 | Complete Programmatic Agreement for Pinedale Anticline Project | | | | | | SHPO, BLM | |
| 4 | Enhance awareness about artifact collecting rules | | | | | | | |
| 5 | Encourage scientific investigation of identified archaeological sites (Promote scientific use of identified cultural sites) | | | | | | | |
| 6 | Increase heavy equipment operator awareness of cultural resource sites | | | | | | | |
| | **Socio/Economic Resources Subgroup** | | | | | | | |
| | None | | | | | | | |
| | **Wildlife Resources Subgroup** | | | | | | | |
| 7 | Support ongoing Monitoring Projects | | | | | | | |
| 7a | Mule deer population model and mortality data | | | | | | WGFD | |
| 7b | Pronghorn population model data | | | | | | WGFD | |
| 7c | Sage Grouse population, reproduction, and use data | | | | | | WGFD | |
| 7d | Upland game harvest and population data | | | | | | WGFD | |
| 7e | Bald Eagle reproduction and population data | | | | | | WGFD | |
| 7f | Sagebrush vegetation transects (production, age class, and condition) | | | | | | WGFD, BLM | |
| 7g | Breeding bird population surveys | | | | | | NBS volunteers | |
| 7h | Wildlife Observation System | | | | | | WGFD | |
| 7i | Sublette Mule Deer Study Phase III | | | | | | All | |
| 7j | USU/WCS/WGFD Antelope Study | | | | | | | |
| 7k | UW Sage Grouse energy development impact study | | | | | | WGFD | |
| 7l | UW Pygmy Rabbit baseline inventory | | | | | | WGFD, BLM | |
| 7m | UW Sagebrush-obligate birds baseline inventory and energy development effects | | | | | | USFWS, WGFD | |

# BLM (PFO) Monitoring Proposals

As of: 7/8/2005

| ID# | Proposal | FBS? | Est. Cost | PFO Priority | BLM Funding | Other Funding | Cooperators | Remarks |
|---|---|---|---|---|---|---|---|---|
| 7n | Raptor nesting surveys | | | | | | operators | |
| 7o | Sage Grouse lek surveys | | | | | | operators | |
| 7p | Prairie Dog Colony surveys | | | | | | operators | |
| 8 | Implement AEM Process (items identified on Table 4) | | | | | | BLM | |
| 9 | Traffic monitoring | | | | | | | Overlaps with Transportation #30 |
| 10 | Monitor winter drilling activity | | | | | | All | |
| 11 | Coordination of Wildlife Monitoring studies | | | | | | WGFD, BLM | |
| 12 | Monitor Predator (mammals and birds) Populations | | | | | | | |
| | **Air Resources SubGroup** | | | | | | | |
| 13 | Continue funding for Pinedale NAPD Site | | | | | | BLM | |
| 14 | Continue funding for IMPROVE Aerosol Monitor at White Pine Ski Area | | | | | | FS | |
| 15 | Continue funding for lake chemistry sampling in Bridger-Teton and Shoshone NFs | | | | | | FS | |
| 16 | Fund visibility camera in Bridger Wilderness | | | | | | FS, BLM | |
| 17 | Continue funding for Jonah Ambient Air Quality Monitor | | | | | | WDEQ | |
| 18 | Continue funding for Boulder Ambient Air Quality Monitor | | | | | | WDEQ | |
| 19 | Fund Daniel Ambient Air Quality Monitor | | | | | | WDEQ | |
| 20 | Fund PM2.5 Pinedale Monitor | | | | | | WDEQ | |
| 21 | Fund SO$_2$ Monitor | | | | | | WDEQ | |
| 22 | Continue funding WARMS Station | | | | | | BLM | |
| 23 | Continue funding CASTNet Station | | | | | | EPA | |
| 24 | Fund BP Meterological Station | | | | | | operator | |
| 25 | Update NOx tracking data | | | | | | BLM | |
| 26 | Realease Annual Air Quality Report | | | | | | BLM, WDEQ, EPA | |
| 27 | Track emission activity | | | | | | BLM, WDEQ | |

As of: 7/8/2005

## BLM (PFO) Monitoring Proposals

| ID # | Proposal | BPS # | Est. Cost | PFO Priority | BLM Funding | Other Funding | Promotion | Remarks |
|------|----------|-------|-----------|--------------|-------------|---------------|-----------|---------|
| | **Transportation Resources Subgroup** | | | | | | | |
| 28 | Establish Road identifier system | | | | | | | |
| 29 | Sign major roads and errect speed signs | | | | | | DOTs | |
| 30 | Traffic monitoring (determine non-energy traffic component | | | | | | BLM, DOTs | Overlaps with wildlife #9 |
| | **Water Resources Subgroup** | | | | | | | |
| 31 | Monitor leakage from pits | | | | | | WDEQ, WOGCC, BLM | |
| 32 | Monitor sedimentation in New Fork River | | | | | | WDEQ, BLM | |
| 33 | Monitor water and condensate pipeline controls | | | | | | WDEQ | |
| | **Reclamation Subgroup** | | | | | | | |
| 34 | Evaluate effectiveness of seed mixes and seeding methods | | | | | | BLM | |
| 35 | Accelerate reclamation at abandoned sites | | | | | | BLM | |
| 36 | Monitor adequately reclaimed sites for long term success | | | | | | BLM | |
| **Total Request** | | | $ 275,500 | | $275,500 | | | |

# Exhibit E

Wildlife Monitoring Task Group Minutes and Report to PAWG
Meeting at BLM – Pinedale
November 10, 2005

Attendees:
Tony Gosar – citizen
Craig Cling – TRC
Ron Hogan – Questar
Aimee Davison – Shell
Steve Belinda – BLM
Rollin Sparrowe –Task Group Chair
Michelle Hosler – citizen

Rollin Sparrowe summarized the October 25, 2005 meeting of the Pinedale Anticline Working Group (PAWG). In discussing the need for measurable thresholds in response to declines in mule deer and other wildlife, PAWG requested the Wildlife Monitoring Task Group (TG) meet as soon as possible to develop recommendations for what to do about these issues. This meeting is for that purpose.

Steve Belinda thanked Aimee Davison and Shell for aggressive work to implement the TG's recommendations for signage, public outreach, and gates to control access to the Mesa. Further work on outreach has involved the Transportation TG, signs and posters, and a press release targeting January 15, 2006, road closures.

The contract to review the backlog of operator-sponsored monitoring data has been let and BLM has met with contractors and is refining a scope of work. Since the contractors will have 180 days to perform their review, it will not be available in time to plan the revised Monitoring Work Plan for 2006. BLM will revise that plan. The TG will have input into the main questions to be discussed.

The TG discussed a wide array of ongoing and potential mitigation actions. One of the new issues is the possibility of winter completions and their impact on wildlife. The TG has supported expanded mule deer research, access management on the Mesa, public outreach, and continuing the sage grouse monitoring under way as part of research. Operationally, it is our conclusion that neither the TG nor PAWG are active players in mitigation negotiations and that there is no comprehensive plan to mitigate effects on wildlife. .

Thresholds of wildlife impact requiring management response was discussed. This was a wide-ranging discussion that referred back to the TG recommendations in February that documented EIS and ROD statements about intent to change operations if wildlife impacts were demonstrated. These actions were not taken even though wildlife data have shown impacts to mule deer and sage grouse.

A main conclusion of the TG was that thresholds, such as a selected percent decline in populations or in the amount of undisturbed habitat needed to sustain a certain population, should have been set before development started. Such thresholds are not very useful after declines have been seen. For example, declines in mule deer of 15% would have likely been a starting threshold for a high profile herd with high cultural and economic values..

The TG generally agreed that:
1) Thresholds are hard to apply after changes have already exceeded them, and are not useful without commitment to management actions in response to reaching the threshold.

2) Given the actual situation where ownership rights have been transferred by BLM to lessees and that extremely rich gas deposits have been proven, many value judgments come into any numerical threshold.

3) While no thresholds were set in the past, the TG and PAWG itself have expressed concern over significant, impacts documented for both mule deer and sage grouse. Research reports have been available to all participants.

4) Energy impacts are not the only contributor to the 46% decline of mule deer on the Mesa; other impacts are either not under any control (climate) or are not being addressed (housing development).

5) The real issue for mule deer is whether the herd can rebound this time given the new knowledge about the impacts of disturbance on their limited winter range. Other declines such as from severe winter weather have occurred in the past and they have recovered, but the disturbance was absent.

6) A new issue of concern is timing. This unique deer herd comes to the Mesa to winter in a unique behavioral tradition. Each step that increases the length of time for development disturbance, such as additional downhole density, casts doubt on whether the behavioral tradition will continue.

7) All agree that conserving target wildlife populations will require expansion of attention beyond the crest of the Anticline, such as to other winter and summer ranges now heading toward development and to the effects of changes like housing growth.

8) Among the long-term issues not being dealt with are BLM management of habitats through various treatments for other resources, such as grazing, water resources, etc.

9) Goals suggested by this TG to PAWG for mule deer are: a) maintain current numbers – specifically, no further decline in wintering deer numbers, and b) maintain current remaining, undisturbed habitats useful to deer in winter. If such goals are recommended by PAWG and accepted by BLM, an implementation plan can address the "how to do it" question. Concepts such as retaining as undisturbed winter habitat in all undeveloped parts of the Mesa off the Anticline Crest and tighter management of future development of critical winter range off the Anticline would be possible tools.

10) Once more is known about development scenarios and in order to restore wildlife populations as gas fields mature, a recovery sequence must address remaining habitat quality, activity levels, and population objectives wherever they affect the resource in question.

11) This TG recommended a GIS-based Habitat Quality Assessment as a baseline for a broader attempt to manage wildlife in the face of development. We are here suggesting that turning the declines around will be complicated and must be part of a larger planning and implementation effort than the PAWG has itself shown interest in, and certainly broader than BLM has shown a willingness to lead.

Note: While this discussion occurred, BLM and several companies were moving toward decisions to allow additional winter drilling with winter completions. The BLM decision document said it would likely result in further decline of mule deer. This may change the assessment of monitoring, research, and mitigation needs. Such a moving target provides a strong argument for a broader GIS-based plan for the Upper Green and for more open exchange of information.

Submitted by Rollin Sparrowe, Chair

11/18/05

# Exhibit F



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Pinedale Field Office
P.O. Box 768
Pinedale, Wyoming 82941-0768



In Reply Refer
1784 (100)

May 3, 2006

Linda Baker
Pinedale Anticline Working Group Chair
PO Box 994
Pinedale, WY 82941

Re: Please find enclosed my response to the PAWG's recommendation for mule deer on the Mesa.

## PAWG's Recommendation:

"PAWG recommends to BLM the development of an implementation plan to achieve the following goals on the PAPA, especially the Mesa:
a) Maintain current numbers - specifically, no further decline in wintering deer numbers, and
b) Maintain current remaining, undisturbed habitats useful to deer in winter."

## BLM's Response

1.) BLM will work with the oil and gas industry and the Wyoming Game and Fish Department to maintain and enhance winter habitat for mule deer populations to help foster a viable mule deer herd unit.

2.) BLM will work with the oil and gas industry and the Wyoming Game and Fish Department to promote sustainable and functional big game migration corridors within the Pinedale Anticline Project Area (PAPA).

3.) BLM will work with the oil and gas industry and the Wyoming Game and Fish Department to manage existing, functional winter habitat for mule deer on the PAPA through an appropriate program of habitat management and mitigation (i.e., avoidance, on-site, and off-site [compensation]).

Thank you for participation on the PAWG as a member and as the Chair.

Sincerely,

Dennis Stenger
Field Manager

Cc:    Nylla Kunard
        Paul Hagenstein
        Susan Kramer
        Bob Barrett
        Betty Fear
        Steve Duerr
        Rollin Sparowe
        Bill Wichers
        Vern Stelter
        Dave Roberts
        Jeff Edlestein
        Mary Flandurka
        Robin Smith

Exhibit G



**Ecosystem Research Group**

**PINEDALE ANTICLINE PROJECT AREA**
**WILDLIFE MONITORING DATA TREND ANALYSIS**
**FINAL REPORT**

**Prepared for**

**Bureau of Land Management**
**Pinedale Field Office**

**August 2006**

Ecosystem Research Group
121 Hickory Street
Missoula, MT 59801
(406) 721-9420
www.ecosystemrg.com

# TABLE OF CONTENTS

1. INTRODUCTION ................................................................................................................ 1

2. PROJECT BACKGROUND ............................................................................................... 2

    2.1    Sage Grouse ............................................................................................................ 3
    2.2    Mountain Plover ...................................................................................................... 3
    2.3    Prairie Dogs ............................................................................................................ 3
    2.4    Bald Eagle .............................................................................................................. 4
    2.5    Golden Eagle .......................................................................................................... 4
    2.6    Ferruginous Hawk .................................................................................................. 4
    2.7    Short-eared Owl ..................................................................................................... 4
    2.8    Burrowing Owl ....................................................................................................... 5
    2.9    Other Raptors ......................................................................................................... 5

3. REVIEW OF AVAILABLE DATA ................................................................................... 6

    3.1    Energy Development Data ...................................................................................... 6
        3.1.1    Well Locations ............................................................................................ 7
            3.1.1.1    Wells on Federal Lands .............................................................. 7
            3.1.1.2    Wells on Non-federal Lands ...................................................... 8
            3.1.1.3    Final Layer Containing All Wells in Project Area ..................... 8
        3.1.2    Roads ........................................................................................................ 12
        3.1.3    Other Data ................................................................................................ 12
    3.2    Wildlife Data ........................................................................................................ 12
        3.2.1    Sage Grouse ............................................................................................. 13
        3.2.2    Mountain Plover ...................................................................................... 14
        3.2.3    Prairie Dogs ............................................................................................. 14
        3.2.4    Bald Eagle ................................................................................................ 15
        3.2.5    Golden Eagle ............................................................................................ 15
        3.2.6    Ferruginous Hawk .................................................................................... 15
        3.2.7    Short-eared Owl ....................................................................................... 16
        3.2.8    Burrowing Owl ........................................................................................ 16
        3.2.9    Other Raptors ........................................................................................... 16

4. ANALYSIS TECHNIQUES .............................................................................................. 17

    4.1    Wildlife Features Within a 2-Mile Buffer of Wells ............................................ 18
    4.2    Wells Within a 2-Mile Buffer of Wildlife Features ............................................ 19
    4.3    NN Distance from Wildlife Observations to Wells ............................................. 19
    4.4    Changes in Habitat Availability ........................................................................... 20
    4.5    Population Size Changes and Trends .................................................................... 21
    4.6    Other Analysis Performed .................................................................................... 22

      4.6.1    Relationship of Sage Grouse Abundance to Well Location ...........................................22
      4.6.2    Directional Distribution of Population.....................................................................................22
  4.7     Other Analysis Not Performed ........................................................................................................22
      4.7.1    Mean Center of Population Distribution.................................................................................23
      4.7.2    Standard Distance ..............................................................................................................23
      4.7.3    Animal Occurrence Density .................................................................................................24
5. RESULTS ....................................................................................................................................................25
  5.1     Sage Grouse.....................................................................................................................................25
      5.1.1    Leks within a 2-Mile Buffer of Wells.....................................................................................25
      5.1.2    Wells within a 2-Mile Buffer of Leks.....................................................................................25
      5.1.3    NN Distance to Wells ..........................................................................................................25
      5.1.4    Changes in Habitat Availability.............................................................................................26
      5.1.5    Relationship of Sage Grouse Abundance to Well Location ...........................................28
      5.1.6    Directional Distribution of Population.....................................................................................30
      5.1.7    Population Size Estimate .....................................................................................................31
  5.2     Mountain Plover ..............................................................................................................................33
      5.2.1    Observations within a 2-Mile Buffer of Wells.......................................................................33
      5.2.2    Wells within a 2-Mile Buffer of Observations .......................................................................33
      5.2.3    NN Distance to Wells ..........................................................................................................33
      5.2.4    Changes in Habitat Availability.............................................................................................34
      5.2.5    Population Size Estimate .....................................................................................................34
  5.3     Prairie Dogs.....................................................................................................................................34
      5.3.1    Wells within a 2-Mile Buffer of Prairie Dog Towns .........................................................34
      5.3.2    Changes in Habitat Availability.............................................................................................34
      5.3.3    Population Size Estimate .....................................................................................................35
  5.4     Bald Eagle .......................................................................................................................................36
      5.4.1    Nests within a 2-Mile Buffer of Wells...................................................................................36
      5.4.2    Wells within a 2-Mile Buffer of Nests...................................................................................36
      5.4.3    NN Distance to Wells ..........................................................................................................37
      5.4.4    Changes in Habitat Availability.............................................................................................37
      5.4.5    Population Size Estimate .....................................................................................................38
  5.5     Golden Eagle ...................................................................................................................................38
      5.5.1    Nests within a 2-Mile Buffer of Wells...................................................................................38
      5.5.2    Wells within a 2-Mile Buffer of Nests...................................................................................38
      5.5.3    NN Distance to Wells ..........................................................................................................38
      5.5.4    Changes in Habitat Availability.............................................................................................39
      5.5.5    Directional Distribution of Population.....................................................................................40
      5.5.6    Population Size Estimate .....................................................................................................40
  5.6     Ferruginous Hawk ...........................................................................................................................40
      5.6.1    Nests within a 2-Mile Buffer of Wells...................................................................................41
      5.6.2    Wells within a 2-Mile Buffer of Nests...................................................................................41
      5.6.3    NN Distance to Wells ..........................................................................................................41
      5.6.4    Changes in Habitat Availability.............................................................................................43

5.6.5    Directional Distribution of Population..........................................................43
5.6.6    Population Size Estimate ...............................................................................43
5.7    Short-eared Owl .........................................................................................................44
5.7.1    Nests within a 2-Mile Buffer of Wells.........................................................44
5.7.2    Wells within a 2-Mile Buffer of Nests.........................................................44
5.7.3    NN Distance to Wells ...................................................................................44
5.7.4    Changes in Habitat Availability....................................................................45
5.7.5    Population Size Estimate ...............................................................................45
5.8    Burrowing Owl............................................................................................................45
5.8.1    Nests within a 2-Mile Buffer of Wells.........................................................45
5.8.2    Wells within a 2-Mile Buffer of Nests.........................................................46
5.8.3    NN Distance to Wells ...................................................................................46
5.8.4    Changes in Habitat Availability....................................................................47
5.8.5    Population Size Estimate ...............................................................................47
5.9    Other Raptors .............................................................................................................47
5.9.1    Nests within a 2-Mile Buffer of Wells.........................................................47
5.9.2    Wells within a 2-Mile Buffer of Nests.........................................................48
5.9.3    NN Distance to Wells ...................................................................................49
5.9.4    Changes in Habitat Availability....................................................................50
5.9.5    Directional Distribution of Population..........................................................50
5.9.6    Population Size Estimate ...............................................................................50

6. DISCUSSION ............................................................................................................................51

6.1    Lack of an Adequate Baseline Study..........................................................................51
6.2    Effectiveness of 2001 Plan .........................................................................................52
6.2.1    Review of Guidelines....................................................................................53
6.2.2    Long-term Habitat Protection .......................................................................55
6.2.3    Further Considerations..................................................................................56
6.3    The Need for More and Better Data ............................................................................57
6.3.1    Roads ............................................................................................................57
6.3.2    Wells .............................................................................................................58
6.3.3    Wildlife Attributes ........................................................................................58
6.3.4    Other Layers ..................................................................................................58
6.4    Potential Applications of LIDAR Data .......................................................................58

7. REFERENCES ..........................................................................................................................60

## LIST OF TABLES

Table 3.1.1.3-1 Status of Records Removed from Analysis .........................................................9
Table 3.1.1.3-2 Status of RecordsRetainedforAnalysis ..............................................................9
Table 3.1.1.3-3 Status Codes for Wells Present in the Project Area............................................10
Table 3.1.1.3-4 Number of Existing Wells Included in Analysis by Spud Year ........................11

Table 3.2.1-1 Leks Excluded from Analysis Due to Insufficient Data for Trend Analysis ....................... 13
Table 3.2.1-2 Sage Grouse Files from BLM ............................................................................................... 14
Table 3.2.1-3 Sage Grouse Features Included in Analysis ........................................................................ 14
Table 3.2.2-1 Mountain Plover Features Included in Analysis .................................................................. 14
Table 3.2.4-1 Bald Eagle Features Included in Analysis ........................................................................... 15
Table 3.2.5-1 Golden Eagle Features Included in Analysis ....................................................................... 15
Table 3.2.6-1 Ferruginous Hawk Features Included in Analysis ............................................................... 15
Table 3.2.7-1 Short-eared Owl Features Included in Analysis .................................................................. 16
Table 3.2.8-1 Burrowing Owl Features Included in Analysis .................................................................... 16
Table 3.2.9-1 Other Raptor Features Included in Analysis ........................................................................ 16
Table 5.1.1-1 Number of Sage Grouse Leks within Buffer of Existing Wells by Year ............................ 25
Table 5.1.1-2 Number of Sage Grouse Leks within Buffer of 2005 Existing and Active Wells ............... 25
Table 5.1.2-1 Number of Existing Wells within Buffer of Sage Grouse Leks .......................................... 26
Table 5.1.3-1 NN Distance from Sage Grouse Leks to Existing Wells, Measured in Feet ....................... 26
Table 5.1.3-2 NN Distance to Wells from Leks with Different 2005 Trend Classifications ...................... 26
Table 5.1.3-3 NN Distance from Sage Grouse Sightings to Existing Wells, Measured in Feet ................ 27
Table 5.1.3-4 NN Distance from Sage Grouse Sign to Existing Wells, Measured in Feet ........................ 27
Table 5.1.3-5 NN Distance from Sage Grouse Mortalities to Existing Wells, Measured in Feet .............. 27
Table 5.1.6-1 Difference in Dispersal of 95% of Sage Grouse Features between Years ........................... 30
Table 5.2.1-1 Number of Mountain Plover Observations within Buffer of Existing Wells by Year .......... 33
Table 5.2.1-2 Number of Mountain Plover Observations within Buffer of 2005 Existing and Active Wells
.................................................................................................................................................................... 33
Table 5.2.2-1 Number of Existing Wells within Buffer of Mountain Plover Observations ....................... 33
Table 5.2.3-1 NN Distance from Mountain Plover Observations to Existing Wells, Measured in Feet .... 34
Table 5.3.1-1 Number of Existing Wells within Buffers of Prairie Dog Towns ....................................... 35
Table 5.3.2-1 Acres of Vegetation Types within Prairie Dog Towns ....................................................... 35
Table 5.4.1-1 Number of Bald Eagle Nests within Buffer of Existing Wells by Year .............................. 36
Table 5.4.1-2 Number of Bald Eagle Nests within Buffer of 2005 Existing and Active Wells ................ 36
Table 5.4.2-1 Number of Existing Wells within Buffer of Bald Eagle Nests ........................................... 37
Table 5.4.2-2 Wells within 2640-foot Buffer of 2005 Bald Eagle Nests .................................................. 37
Table 5.4.3-1 NN Distance from Active Bald Eagle Nests to Existing Wells, Measured in Feet ............. 37
Table 5.5.1-1 Number of Golden Eagle Nests within Buffer of Existing Wells by Year .......................... 38
Table 5.5.1-2 Number of Golden Eagle Nests within Buffer of 2005 Existing and Active Wells ............ 38
Table 5.5.2-1 Number of Existing Wells within Buffer of Golden Eagle Nests ....................................... 38
Table 5.5.3-1 NN Distance from Active Golden Eagle Nests to Existing Wells, Measured in Feet ......... 39
Table 5.6.1-1 Number of Ferruginous Hawk Nests within Buffer of Existing Wells by Year .................. 41
Table 5.6.1-2 Number of Ferruginous Hawk Nests within Buffer of 2005 Existing and Active Wells ..... 41
Table 5.6.2-1 Number of Existing Wells within Buffer of Ferruginous Hawk Nests ................................ 41
Table 5.6.2-2 Wells within 1000-foot Buffer of 2005 Ferruginous Hawks Nests ..................................... 42
Table 5.6.3-1 NN Distance from Active Ferruginous Hawk Nests to Existing Wells, Measured in Feet .. 42
Table 5.7.1-1 Number of Short-eared Owl Nests within Buffer of Existing Wells ................................... 44
Table 5.7.1-2 Number of Short-eared Owl Nests within Buffer of 2005 Existing and Active Wells ......... 44
Table 5.7.2-1 Number of Existing Wells within Buffer of Short-eared Owl Nests ................................... 44
Table 5.7.3-1 NN Distance from Active Short-eared Owl Nests to Existing Wells, Measured in Feet ..... 45
Table 5.8.1-1 Number of Burrowing Owl Nests within Buffer of Existing Wells ..................................... 45

Table 5.8.1-2 Number of Burrowing Owl Nests within Buffer of 2005 Existing and Active Wells .......... 46
Table 5.8.2-1 Number of Existing Wells within Buffer of Burrowing Owl Nests ..................................... 46
Table 5.8.2-2 Wells within 825-foot Buffer of 2005 Burrowing Owl Nests ............................................ 46
Table 5.8.3-1 NN Distance from Active Burrowing Owl Nests to Existing Wells, Measured in Feet....... 47
Table 5.9.1-1 Number of Other Raptor Nests within Buffer of Existing Wells ........................................ 47
Table 5.9.1-2 Number of Other Raptor Nests within Buffer of 2005 Existing and Active Wells .............. 48
Table 5.9.2-1 Number of Existing Wells within Buffer of Other Raptor Nests ........................................ 48
Table 5.9.2-2 Wells within 825-foot Buffer of 2005 Other Raptor Nests ................................................ 48
Table 5.9.3-1 NN Distance from Active Other Raptor Nests to Existing Wells, Measured in Feet........... 49
Table 6.2.1-1 Recommended Changes to NSO Buffers ........................................................................... 53

## LIST OF FIGURES

Figure ES-1 View from the PAPA toward the Wind River Range ............................................................ 1
Figure 1-1 Project area ......................................................................................................................... 1
Figure 2-1 A raptor soars over open sagebrush in the PAPA ................................................................. 2
Figure 3.1-1 Gas well development on the PAPA .................................................................................. 6
Figure 3.1.1-1 Disturbance from permanently abandoned gas wells 50 years later ................................. 8
Figure 3.1.1-2 Increase in number of wells on the PAPA, 2000-2005 ................................................... 11
Figure 4.1-1 Example of gas well buffers ............................................................................................. 18
Figure 4.3-1 Example of NN calculation .............................................................................................. 20
Figure 5.1.5-1 Map of leks coded by trend ........................................................................................... 29
Figure 5.1.5-2 Relationship of distance to nearest well versus lek count for 2005 .................................. 29
Figure 5.1.6-1 Difference in dispersal of 95% of sagegrouse sightings in 2001 and in 2005................... 30
Figure 5.1.6-2 Difference in dispersal of 95% of known sage grouse mortalities in 2001 and in 2005..... 31
Figure 5.1.7-1 Total of lek counts (males only) shows a stable population trend for sage grouse on the PAWSA ....................................................................................................................................... 32
Figure 5.5.5-1 Difference in dispersal of 95% of golden eagle population before 2001 and in 2005 ........ 40
Figure 5.6.5-1 Difference in dispersal of 95% of ferruginous hawk population before 2001 and in 2005. 43
Figure 5.9.5-1 Difference in dispersal of 95% of other raptors population before 2001 and in 2005 ........ 50
Figure 6.3.1-1 Many service routes, trails, and closed roads that cross the Anticline are not part of the GIS database ....................................................................................................................................... 57

## EXECUTIVE SUMMARY

Ecosystem Research Group (ERG) conducted an independent review of wildlife monitoring data to identify trends in population sizes and/or changes in activity/occupancy that may be related to energy development on the Pinedale Anticline Wildlife Study Area (PAWSA). The PAWSA is comprised of the Pinedale Anticline Project Area (PAPA) plus a 2-mile buffer. The data reviewed was collected during the last five years (2001 through 2005), along with supplemental records collected prior to 2001. This report presents the results of several analyses and recommends modifications to the 2001 Wildlife Monitoring/Protection Plan for the Pinedale Anticline Project Area (2001 Plan; TRC, 2001), including revision of non surface occupancy (NSO) buffers for most species studied.



**Figure ES-1 View from the PAPA toward the Wind River Range**

ERG collected and reviewed information from the BLM, TRC Mariah Associates Inc. (TRC), and the State of Wyoming Oil and Gas Conservation Commission (SWOGCC). This included GIS files of wildlife observations and well locations. ERG found it difficult to determine impacts to wildlife, given the limited number of observations and/or short time period for the data provided. This is in large part due to the lack of an adequate baseline for comparison, and the lack of raptor data for 1999–2002.

Examining the spatial distribution of wildlife locations in relation to developed well locations was the primary mode of trends analysis. Secondarily, information provided in TRC's 2005 Wildlife Studies report (TRC, 2006) was considered in the evaluation of population changes and trends. ERG analyzed the number of wildlife locations within 2 miles of well locations at 0.5-mile intervals, and the reverse—the number of wells within 2 miles of wildlife locations at 0.5-mile intervals, as requested by the BLM (Belinda, 2006). The additional nearest neighbor (NN) and standard deviational ellipse analyses were, data permitting, our best indicators of trend. Our estimate of the minimum population size for each species is presented, but no yearly population trends were evaluated. A simplistic analysis of change in the amount of available habitat for species was also run. A much more sophisticated habitat analysis, using model selection techniques to describe species-habitat relationships could allow the BLM to be proactive by protecting important non-occupied habitat in addition to responding to wildlife occurrences.

## KEY FINDINGS

Suggested changes to no surface occupancy (NSO) buffers (Table ES-1) are based on the best available data and, in some cases, very small sample sizes. ERG's suggested buffers reflect the minimum protection for each species, although better protection would more closely reflect the average values presented. After five full years of raptor data are available the minimum NSO buffers should be reevaluated. An explanation of recommendations for each species follows Table ES-1.

**Table ES-1 Recommended Changes to NSO Buffers**

| Species | Minimum NSO Buffer from 2001 Plan (feet) | Minimum NN Distance from Data (feet) | Average NN Distance from Data (feet) | ERG Recommended Buffer (feet) |
|---|---|---|---|---|
| Sage grouse (lek) | 1320 | 1353 | 8725 | 5280 |
| Mountain plover | 656 | 2589 | 7578 | No change |
| Prairie dog | Not specified | 0 | NA | 100 |
| Bald eagle | 2640 | 997 | 8024 | No change |
| Golden eagle | 825 | 895 | 7595 | 1000 |
| Ferruginous hawk | 1000 | 1303 | 5734 | 1400 |
| Short-eared owl | 825 | 3231 | 4720 | 1000 |
| Burrowing owl | 825 | 480 | 5754 | 1000 |
| Other raptors | 825 | 953 | 8986 | 1000 |
| All raptors combined | At least 825 | 895 | 8396 | 1000 |

*Minimum and average NN distance values are from 95% of the active population in years 2003–2005, i.e. with statistical outliers eliminated.

**Sage Grouse.** This recommendation is described in detail in Section 5.1.5. The data suggests that the restriction calling for NSO within 0.25 mile of a lek is not enough to avoid a declining trend, and would better protect the grouse if it were raised to 1 mile, the approximate distance at which leks are no longer in a declining trend, based on Figure 5.1.5-2. The findings of Holloran (2005) support an even larger buffer (3 kilometers [1.9 miles]).

**Mountain Plover.** Little data exists for mountain plover. For the few observations in the database none were located nearer than ~2600 feet from a well. Due to a lack of data ERG recommends no change to the NSO buffer. However, we also have concern for this Proposed species as it is difficult to tell whether they have been adequately and more intensively monitored as suggested in the ROD. The BLM may consider extending the NSO buffer since so little data is available to support the minimal 656-foot guideline in place.

**Prairie Dog.** Unless occupied by black-footed ferrets, mountain plovers, or burrowing owls, prairie dog colonies are provided no direct protection under the 2001 Plan. ERG recommends that the BLM and

operators make a better effort to avoid development directly within a colony. To facilitate this we believe a minimal 100-foot buffer should be in place to protect prairie dogs, and associated species, which can be difficult to detect, and, consequentially, may be impacted.

**Bald Eagle.** The bald eagle buffer appears to be effective for protecting this species. ERG suggests no change. The number of bald eagle nests did not decline over the period of 2003–2005, and several nesting attempts were made inside the 2640-foot buffer.

**Golden Eagle.** The data shows that golden eagles generally will not nest closer than ~900 feet to a well. This indicates that the current 825-foot buffer may protect only the most tolerant nesters. ERG recommends that the buffer be extended to 1000 feet (our suggested minimum NSO buffer for all raptors) to accommodate golden eagles, which on average are nesting ~7600 feet away from the nearest existing well.

**Ferruginous Hawk.** Ferruginous hawks generally will not nest closer than ~1300 feet to a well, based on the data for this study. This indicates that the current 1000-foot buffer may protect only the most tolerant nesters. ERG recommends that the buffer be extended to 1400 feet to accommodate ferruginous hawks, which on average are nesting ~5700 feet away from the nearest existing well.

**Short-eared Owl.** The calculations for short-eared owls are based on a very small sample size. The data shows that short-eared owls generally will not nest closer than ~3200 feet to a well and, therefore, the current 825-foot buffer is likely not enough to protect even the most tolerant nesters. ERG recommends extending the NSO buffer to 1000 feet to match our suggested minimum NSO buffer for all raptors.

**Burrowing Owl.** Burrowing owls generally will not nest closer than ~500 feet to a well. They often use vacated prairie dog burrows for nesting areas, and may be nesting closer to wells than other species simply because the prairie dog town habitat they commonly use is found there. Even though some will nest fairly close to development, the data shows that on average they are nesting ~5800 feet away from the nearest existing well. ERG recommends extending the NSO buffer to 1000 feet to match our suggested minimum NSO buffer for all raptors.

**Other Raptors.** Species classified as other raptors (American kestrel, merlin, osprey, great horned owl, northern harrier, prairie falcon, red-tailed hawk, Swainson's hawk, and unknown raptors) generally will not nest closer than ~1000 feet from the nearest existing well based on this study. ERG recommends extending the minimum NSO buffer to 1000 feet for all raptors.

We recommend this analysis be repeated again in 2008, following the release of the 2007 Wildlife Studies report, so that five full years of data will exist for raptor species. Afterward we feel it would be beneficial

to conduct trends analysis every five years. ERG further recommends: 1) the continued extensive monitoring that has taken place since 2001, and 2) a smaller and more intensive experimental study. Continued monitoring of the entire PAWSA will, over time, allow for broader inference as to wildlife trends in relation to energy development. A more intensive study over a smaller area would ideally create an experimental setting capable of identifying cause/effect relationships with greater certainty.

ERG found the 2001 Plan to be somewhat effective for protection of wildlife species, but suggests additional protection for most species based on analysis of the wildlife data collected over the last five years. Findings of this study are preliminary, and will be strengthened by subsequent monitoring and analysis. Overall the data revealed some trends but was inconclusive as to cause and effect determination, with the exception of sage grouse. Several actions are likely to improve wildlife protection under the 2001 Plan, including extension of the NSO buffers for most species, collection of more GIS information, reclamation of abandoned sites, and reduction of road networks and other disturbed ground.

## 1. INTRODUCTION

The Bureau of Land Management (BLM) Pinedale Field Office (PFO) hired Ecosystem Research Group (ERG) to independently review wildlife monitoring data collected during the last five years (2001 through 2005), along with supplemental records collected prior to 2001. The purpose of the review was to identify trends in population sizes and/or changes in activity/occupancy that may be related to energy development on the Pinedale Anticline Wildlife Study Area (PAWSA), comprised of the Pinedale Anticline Project Area (PAPA) plus a 2-mile buffer (see Figure 1-1). The wildlife species considered in this review include:



1. Sage grouse

2. Mountain plover

3. Prairie dog

4. Bald eagle

5. Golden eagle

6. Ferruginous hawk

7. Short-eared owl

8. Burrowing owl

**Figure 1-1 Project area**

9. Other raptors (including American kestrel, merlin, osprey, great horned owl, northern harrier, prairie falcon, red-tailed hawk, Swainson's hawk, and unknown raptors).

Section 2 presents a brief project background including a summary of the guidelines for developing near wildlife nests, leks, or burrows. Section 3 provides a detailed description of the monitoring data that was acquired, processing steps used to evaluate the data, and the specific data elements utilized in this review. Section 4 describes the methods used by ERG to evaluate the wildlife data. Section 5 contains the results of the study, and Section 6 discusses recommendations.

## 2. PROJECT BACKGROUND

This section briefly describes the project background, including specified guidelines for energy related development in wildlife habitat areas. In July of 2000, the BLM released the Record of Decision (ROD) on the Environmental Impact Statement (EIS) for the Pinedale Anticline Oil and Gas Exploration and Development Project. The ROD authorized 900 initial well pad locations that would provide for up to 700 producing wells. This was to be developed at a density of 8–16 well pads per square mile, or in sensitive areas 2–4 well pads per square mile with directional drilling of 8–16 wells from those pads.

The ROD included a number of guidelines for minimizing wildlife disturbance and mitigation strategies for surface disturbance. The Mitigation and Monitoring Opportunities (Section A-3 of the ROD) calls for a Wildlife Mitigation and Monitoring Plan. Per this requirement the 2001 Wildlife Monitoring/Protection Plan for the Pinedale Anticline Project (hereafter referred to as 2001 Plan) was written by TRC Mariah Associates, Inc. (TRC). The 2001 Plan calls for the Operators to prepare annual reports describing existing project features and



**Figure 2-1 A raptor soars over open sagebrush in the PAPA**

tentative proposed development, along with a report of the wildlife inventory and monitoring results conducted and described by a BLM-approved biologist. The Operators hired TRC to annually monitor wildlife populations and compile the annual reports. TRC's 2005 Wildlife Studies report (TRC, 2006) is referred to throughout this document.

The following guidelines were published by the BLM (USDI BLM, 2000) in order to minimize operator disturbance to wildlife species present on the PAPA. The guidelines discussed in this report are only those relevant to potential disturbances analyzed by ERG. The complete set of mitigated measures is found in the ROD (USDI BLM, 2000) and Table 4.1 in the Wildlife Studies report (TRC, 2006).

## 2.1   SAGE GROUSE

Sage grouse guidelines:

- To avoid disturbance of sage grouse leks and nesting areas, surface disturbance within 0.25 miles of a sage grouse lek are to be avoided.

- Construction activities will be restricted from March 1 through July 31 within a 2-mile radius of active sage grouse leks, in suitable sage grouse nesting habitat.

- Active nests will be buffered to prevent direct loss of nest and indirect impacts from human disturbance.

- Permanent (life of the project), high profile structures such as buildings and storage tanks will not be constructed within 0.25 miles of a lek.

- Surface disturbance activities will be delayed if active nesting or strutting is identified in a proposed area, (if outside the dates of March 1 through July 31), until nesting activity is completed (USDI BLM, 2000).

## 2.2   MOUNTAIN PLOVER

Mountain plover guidelines:

- Surveys determining presence/absence and density of nesting plovers will be conducted for surface disturbing activities.

- Visual observation of the area should be made within 200 meters (656 feet) of the proposed action to detect the presence of plovers.

- If an active nest is found in the survey area, the planned activity should be delayed 37 days, or one week post-hatching, and seven days for a brood of flightless chicks.

- For all breeding birds observed, additional surveys will be conducted immediately prior to construction activities.

- Active nests will be buffered to prevent direct loss of nest and indirect impacts from human disturbance (USDI BLM, 2000).

## 2.3   PRAIRIE DOGS

Management of prairie dog colonies falls under guidelines for managing black-footed ferrets. According to the ROD, proposed construction sites will be examined prior to surface-disturbing activities to confirm the presence or absence of prairie dog colonies (USDI BLM, 2000).

- If a prairie dog colony meets the USFWS criteria for black-footed ferrets, project components will be located to avoid direct, indirect and cumulative impacts to the colony/complex.

## 2.4  BALD EAGLE

Bald eagle guidelines:

- No surface-disturbing activities will be authorized between November 15 and March 15, within 1 mile of known bald eagle winter use areas.

- All surface-disturbing or human activity, including constructions of roads, pipelines, well pads, drilling, completion, or workover operations, will be seasonally restricted from February 15 through August 15 within 1 mile of all active eagle nests (defined as having been occupied once in the past three years) (USDI BLM, 2000).

- Well pads will be located at least 2600 feet from a bald eagle nest. If they must be located closer (but not allowed closer than 2000 feet) they will be out of the direct line of sight of the nest, and will have no human activity at the well site from February 15 through August 15, except in the case of an emergency (USDI BLM, 2000).

- No permanent (life of project), project related, high profile structures will be located within 2,600 feet of a bald eagle nest.

- New roads identified as having potential adverse impact to listed species will not be constructed, or BLM will initiate Section 7 Consultation. According to the USFWS, Section 7 Consultation ensures that their actions do not jeopardize listed species or destroy or adversely modify critical habitat (USFWS, 2006).

## 2.5  GOLDEN EAGLE

The ROD does not list specific management guidelines for golden eagles. See the other raptors Section 2.9 for guidelines for this species.

## 2.6  FERRUGINOUS HAWK

Ferruginous hawk guidelines:

- Surface-disturbing activity such as road, pipeline or well pad construction will be seasonally restricted from February 1 through July 31 within a 1-mile buffer of active ferruginous hawk nests.

- Permanent structures such as well locations, roads, buildings, storage tanks, and overhead power lines requiring human presence will not be constructed within 1000 feet of active ferruginous hawk nests (USDI BLM, 2000).

## 2.7  SHORT-EARED OWL

The ROD does not list specific management guidelines for short-eared owls. See the other raptors Section 2.9 for guidelines for this species.

## 2.8    BURROWING OWL

The ROD does not list specific management guidelines for burrowing owls, however the 2001 Plan reiterates the 825-foot no-surface-occupancy (NSO) buffer outlined in the ROD. Furthermore, the 2001 Plan states, "additional measures as approved by the BLM may be applied if burrowing owl productivity on the PAPA and vicinity is noted to be declining."

## 2.9    OTHER RAPTORS

Guidelines for other raptors:

- Well locations and associated road and pipeline routes will be selected and designed to avoid disturbances to areas of high wildlife value such as nest sites, and riparian areas.

- Surface-disturbing activity such as road, pipeline or well pad construction will be seasonally restricted from February 1 through July 31 within a 0.5-mile radius of all active nests.

- Permanent structures such as well locations, roads, buildings, storage tanks, and overhead power lines requiring repeated human presence will not be constructed within 825 feet of active raptor nests. Buffer distances may very depending on the species and other factors involved (USDI BLM, 2000).

## 3.  REVIEW OF AVAILABLE DATA

ERG collected information from the BLM, TRC, and the State of Wyoming Oil and Gas Conservation Commission (SWOGCC).  Datasets collected for the analysis of wildlife trends in relation to energy development include:

- PAWSA Project area (the PAPA buffered by 2 miles)
- Land ownership
- Well locations
- Roads
- Sage grouse lek locations and counts, and locations of sightings, mortalities, and sign
- Mountain plover observations
- Prairie dog town polygons
- Bald eagle nesting locations
- Golden eagle nesting locations
- Ferruginous hawk nesting locations
- Short-eared owl nesting locations
- Burrowing owl nesting locations
- Other raptor nesting locations.

ERG evaluated the attributes, level of detail, and data consistency for all datasets acquired.  Once data was evaluated and sorted, all datasets were clipped to the project area.  For each dataset records were

selected by year and exported into the following categories: pre-2001, 2001, 2002, 2003, 2004, and 2005.  The pre-2001 category was used as the baseline for comparison to later years. Records with no date associated were included in the pre-2001 category. Not all categories existed for all datasets, and virtually no raptor information is available for 2001 and 2002.

### 3.1  ENERGY DEVELOPMENT DATA



**Figure 3.1-1 Gas well development on the PAPA**

The 2-mile buffer incorporated into the PAWSA boundary in part overlaps the Jonah field, which has a very high density of wells in the overlap area.  All datasets were clipped to this boundary.  Figure 3.1-1 shows an area of gas development on the PAPA.

### 3.1.1    Well Locations

Well locations were provided by the BLM and downloaded from the SWOGCC website (2006). The construction of a single data file consisting of existing well locations with their associated spud date (by year) was very time consuming and required data acquisition in several iterations from the BLM and SWOGCC. Recommendations in Section 6 may remedy this in the future. Details of how the final files were created are described below.

#### 3.1.1.1  *Wells on Federal Lands*

ERG identified considerable difference between the BLM's file of wells and the locations acquired from the SWOGCC website for federal surface/federal mineral lands. The differences applied to both locations and to attributes. The SWOGCC file included many well locations that the BLM file did not; however, these locations largely represented wells that were permitted in some form but not actually started on the ground. The SWOGCC file appeared to have more updated, accurate attributes. During discussions about these inconsistencies Karen Rogers, Cartographic Technician for the BLM, suggested ERG use well locations from the BLM and attributes from the SWOGCC, as well as add locations to the database that the SWOGCC shows in addition to the BLM file (Rogers, 2006).

Using the BLM wells shapefile, ERG joined the table from the SWOGCC wells file, based on American Petroleum Institute (API) number. Wells locations in the SWOGCC layer that matched API numbers in the BLM layer were removed from the SWOGCC layer, thus retaining the BLM's locational record where a record existed in each file.

Next the SWOGCC file was merged with the BLM wells file and called AllFedWells_AllStatus. At that point all API numbers were submitted to the SWOGCC for updated status, status date, and spud date attributes. The updated file was joined to the AllFedWells_AllStatus file, and where information was present, the existing attributes were overwritten with the updated ones. Six new fields were added that would be used to combine attributes from the two datasets. The fields included API (unique identifier), STTextComb (text describing the status), STYearComb (year of the status change), STDateComb (date of the status change), CompanyComb (name of operator), SpudComb (year spudded), and Owner (land ownership underlying well location).

Attribute data from the BLM was updated with attributes from the SWOGCC for all six fields for records where the status date was equal to or more current than the one provided by the BLM. Where no other spud date was listed by the BLM or SWOGCC, the field was populated with the year from the well pad construction column of the BLM data (when present). Following this attribute transfer, 23 records with

the SP (well spudded) status remained that did not have a spud date attribute. The spud date for these records was populated using the status year from the SWOGCC.

### 3.1.1.2  *Wells on Non-federal Lands*

Well locations for non-federal lands were acquired from the SWOGCC website (2006). Records for the entire project area were downloaded by township and range. The data was downloaded in a tab delimited text format, converted to a single Excel workbook, and exported to a .dbf file. The .dbf file was imported to ArcGIS as an event theme with a Geographic Coordinate System of NAD 1927, then exported and reprojected to UTM Zone 12N NAD 1983 to match other datasets. All points were clipped to the non-federal minerals/non-federal surface lands polygons within the project area by selecting "SURFACE <> Bureau of Land Management and FEDMIN = None" from the land ownership layer and clipping the file to those boundaries.



**Figure 3.1.1-1 Disturbance from permanently abandoned gas wells 50 years later**

Twenty-eight wells were present in this file that had an API number matching records in the wells file sent by the BLM. To avoid having duplicate locations, these 28 records were deleted from the non-federal wells file.

Attributes for the remaining wells were used as-is from the SWOGCC website, with the addition of the spud date for each record, which was acquired by special request from the SWOGCC. This data arrived as a .dbf file and was joined to the shapefile using the API field.

### 3.1.1.3  *Final Layer Containing All Wells in Project Area*

The layer of federal wells and the layer of non-federal wells were merged into one final layer containing all well records for the PAWSA called AllWells_AllStatus.

The resulting master file included 1236 records on federal surface/federal mineral lands and 113 records occurring on non-federal lands, all between the years 1939 and 2005. Of the 1236 records on federal lands, 1074 locations came from the BLM wells file and 162 locations were from the SWOGCC. Thirty-five of the 1236 records having a spud date were removed from further study since their associated status reflected that no on-the-ground work had been conducted. These records were cross-referenced with the SWOGCC website to verify that no record of completion existed (SWOGCC, 2006). This reduced the total number of records to 1314.

Of the total number of records, 630 out of 1314 had no spud date associated. The majority of these records were for wells with status codes indicating that no actual ground work had been conducted. None of these records were included in analysis. Those records are summarized in Table 3.1.1.3-1. All other records, which were retained for analysis, are summarized in Table 3.1.1.3-2.

**Table 3.1.1.3-1 Status of Records Removed from Analysis**

| Status Description | Number of Records |
|---|---|
| Application for Permit to Drill | 15 |
| Approved Application for Permit to Drill | 69 |
| Denied or Cancelled | 21 |
| Expired Permit | 162 |
| Location Under Construction | 6 |
| Not Drilled | 1 |
| Notice of Intent to Abandon | 1 |
| Notice of Staking | 41 |
| Permanently Abandoned | 4 |
| Permit to Drill | 25 |
| Reclaimed Location | 1 |
| Subsequent Report of Abandonment | 1 |
| Withdrawn Application for Permit to Drill | 100 |
| Withdrawn Notice of Staking | 183 |

**Table 3.1.1.3-2 Status of Records Retained for Analysis**

| Status Description | Number of Records |
|---|---|
| Abandoned | 5 |
| Active Injector | 2 |
| Dormant | 1 |
| Drilling | 24 |
| Dry Hole | 2 |
| Flowing | 2 |
| Gas Shut-in | 4 |

BUREAU OF LAND MANAGEMENT
PAPA Wildlife Monitoring Data Trend Analysis
Final Report

| Status Description | Number of Records |
|---|---|
| Location Under Construction | 13 |
| Notice of Intent to Abandon | 2 |
| Permanently Abandoned | 25 |
| Plugged and Abandoned | 2 |
| Producing Gas Well | 527 |
| Producing Oil Well | 1 |
| Reclaimed Location | 1 |
| Shut-in | 6 |
| Subsequent Report of Abandonment | 6 |
| Temporarily Abandoned | 2 |
| Well Spudded | 59 |

Well records with spud dates were classified into six categories: pre-2001 (120 records), 2001 (187 records), 2002 (246 records), 2003 (358 records), 2004 (496 records), and 2005 (684 records). Each category contains the records for that year and all years prior. In essence, each category of wells contains all of the wells developed, producing, or abandoned at that point in time. See Table 3.1.1.3-3 for codes that were classified as existing wells and thus were included in analysis. Those existing wells included in analysis were further classified into active and inactive.

Table 3.1.1.3-3 Status Codes for Wells Present in the Project Area

| Agency | Status Code | Status Description | Existing | Active |
|---|---|---|---|---|
| BLM | AAPD | Approved application for permit to drill | | |
| | ABD | Abandoned | X | |
| | APD | Application for permit to drill | | |
| | DRG | Drilling | X | X |
| | DSI | Drilling shut-in | X | |
| | GSI | Gas shut-in | X | |
| | LOC | Location under construction | X | X |
| | NOS | Notice of staking | | |
| | P+A | Plugged and abandoned | X | |
| | PGW | Producing gas well | X | |
| | RLOC | Reclaimed location | X | |
| | TA | Temporarily abandoned | X | |
| | UAPD | Withdrawn application for permit to drill | | |
| | UNOS | Withdrawn notice of staking | | |
| WOGCC | AI | Active injector | X | X |
| | AP | Permit to drill | | |
| | DH | Dry hole | X | |
| | EP | Expired permit | | |
| | FL | Flowing | X | X |
| | ND | Not Drilled | | |
| | NI | Notice of intent to abandon | X | |

| Agency | Status Code | Status Description | Existing | Active |
|--------|-------------|--------------------|----------|--------|
| | NO | Denied or cancelled | | |
| | PA | Permanently abandoned | X | |
| | PG | Producing gas well | X | X |
| | PO | Producing oil well | X | X |
| | SI | Shut-in | X | |
| | SP | Well spudded | X | X |
| | SR | Subsequent report of abandonment | X | |
| | TA | Temporarily abandoned | X | |
| | WP | Waiting on approval | | |

The choice was made to include inactive wells, including abandoned and shut-in wells, for all other analysis because the bulk of the ground disturbance is not from the well itself but the size of the well pad. Each record for an abandoned well or shut-in represents a larger ground disturbance that remains after production. Evidence of lasting ground disturbance can be seen in the Wyoming 2001 color infrared (CIR) photos for the area around two wells abandoned in 1955, the oldest abandoned wells in the dataset (Figure 3.1.1-1).



**Figure 3.1.1-2 Increase in number of wells on the PAPA, 2000–2005**

Table 3.1.1.3-4 provides a summary of the well records included in the analysis. The data is also graphed in Figure 3.1.1-2.

**Table 3.1.1.3-4 Number of Existing Wells Included in Analysis by Spud Year**

| Dataset Description | Survey Dates | # Features Pre-2001 | # Features 2001 | # Features 2002 | # Features 2003 | # Features 2004 | # Features 2005 | Total # Features |
|---------------------|--------------|---------------------|-----------------|-----------------|-----------------|-----------------|-----------------|------------------|
| Existing Wells | 1939–2005 | 120 | 187 | 246 | 358 | 496 | 684 [56] | 684 |

*Number in brackets denotes the number of inactive wells in that year. Status information was not available for years other than 2005.

### 3.1.2    Roads

Roads data was provided by the BLM. The features lacked road construction dates, which significantly limited our ability to evaluate the influence of roads on wildlife. Without associated dates it was impossible to find whether a road existed in a given year or measure its distance from, or influence on, a given nest or burrow present in that year.

In an attempt to mitigate this problem the BLM requested and supplied data created by WEST, Inc., which showed roads developed by year for the area of the PAWSA north of the New Fork River. We chose not to use this data because it was incomplete across our project area as it did not cover the area south of the New Fork River, and because comparison to the Wyoming 2001 CIR photos revealed that many service roads and two-track roads existing in or prior to 2001 were not included at all.

Many of the roads that were visible on the CIR photos but were missing from the WEST, Inc. data were included in the BLM roads file but lacked date information. ERG considered merging the two files to create pre-2001 and post-2001 roads layers, combined with additional verification by comparison to the CIR photos. This task would have required a large amount of visual photo interpretation and digitizing of service roads that were not present in either file. This task was out of the scope of our contract and therefore was not undertaken.

### 3.1.3    Other Data

Locations of pipelines and buildings were provided by TRC (2006). We determined that these datasets were incomplete during data evaluation; therefore they were not used during the analysis.

### 3.2    WILDLIFE DATA

Wildlife data was provided by the BLM and TRC. BLM datasets included surveys done by TRC as well as other contractors and the BLM itself (Cunningham, 2006). ERG evaluated only the more complete dataset provided by the BLM.

A shapefile containing raptor data sent by the BLM in April 2006 contained observations as early as 1978 through 2005. No data existed for 1999–2002 due to some past problems with the database and data collection (Cunningham, 2006). "Raptor data was submitted to the BLM prior to 2003, but the data was not complete and the BLM determined it to be unusable" (Schuette, 2006). This lack of data for these years seriously limited ERG's ability to make inference from the analysis. This left ERG with data from 2003–2005 for trend analysis, which was generally too short of a time period to decipher impacts of energy development apart from the role natural cycles play in population and location changes. Data

prior to 1999 was not consistently collected in the same manner as that following the 2001 Plan. ERG was cautious to draw inferences from the pre-2001 data because of the inconsistencies in data collection and because of the much smaller sample sizes available for that time period. Overall, sample sizes of active raptor nests were very low for all species, except other raptors category which is a combination of several species.

### 3.2.1    Sage Grouse

The shapefile provided by the BLM for sage grouse lek locations was edited so that only one locational record existed for each active lek (corresponding to Table 3.7 Greater Sage Grouse Lek Activity Trends presented in TRC's 2005 Wildlife Studies report, 2006). Where more than one location for the same lek existed in the shapefile, the one with the most recent date was retained since improved survey/GPS methods have increased the locational accuracy. A Microsoft Excel spreadsheet was created and the lek count and trend information from Table 3.7 (TRC, 2006) was hand entered for each lek present in the shapefile. The data was converted to a .dbf file and joined to the location information in the GIS.

Table 3.2.1-1 describes leks excluded from the dataset due to insufficient attributes for trend analysis. One record deemed insufficient to determine trends in TRC's Table 3.7 was retained in ERG's analysis (Duke's New Triangle) since it was newly detected in 2005 and a finite bird count existed for that year. A total of 33 leks were included. TRC classified ten of these leks as declining, one as having insufficient information to determine trend, nine as having no trend established, 11 as stable, and two as upward trend (based on TRC's Table 3.7).

**Table 3.2.1-1 Leks Excluded from Analysis Due to Insufficient Data for Trend Analysis**

| Lek Name | Reason for Exclusion |
|---|---|
| Alkali Draw #2 | Insufficient data to determine trend (TRC, 2006); no location in BLM shapefile; lek on record only one year; unknown bird count for that year |
| Antelope State | Insufficient data to determine trend (TRC, 2006); birds only recorded one year |
| Big Fred Satellite | Insufficient data to determine trend (TRC, 2006); only surveyed once in 1998 |
| Blue Alkali | Insufficient data to determine trend (TRC, 2006); lek on record only one year; unknown bird count for that year |
| Blue Rim | Insufficient data to determine trend (TRC, 2006); lek on record only one year; unknown bird count for that year |
| Cora Y | Insufficient data to determine trend (TRC, 2006) |
| Fremont Butte Well 2D | Not surveyed five out of the last eight years; unable to determine trend (ERG) |
| June #2 | Insufficient data to determine trend (TRC, 2006); not surveyed within the last eight years |
| Lovatt Draw | Birds only recorded one year; unable to determine trend (ERG) |
| Mesa/Pole Creek | Insufficient data to determine trend (TRC, 2006); birds only recorded one year |
| New Mt. Airy Windmill | Birds only recorded one year; unable to determine trend (ERG) |
| Sand Springs Draw | Insufficient data to determine trend (TRC, 2006); birds only recorded one year |
| Sand Springs Well #2 | Insufficient data to determine trend (TRC, 2006); birds not recorded in any year |

Sage grouse lek locations and lek perimeters were surveyed from 1996 through May 2005. Other survey attributes—mortality, sign, and sightings—were recorded November 1997 through July 2005. Table 3.2.1-2 below describes the sage grouse datasets provided by the BLM. Lek perimeters were not used because the dataset was incomplete.

**Table 3.2.1-2 Sage Grouse Files from BLM**

| Dataset Name | Dataset Description |
|---|---|
| leks_clip | Known leks on the PAWSA with activity status |
| SG_bird_sighting_clip | Known sightings on the PAWSA |
| SG_mortality_clip | Known mortality on the PAWSA with reason if known |
| SG_sign_clip | Sign found on the PAWSA including tracks, pellets, feathers, etc.; this data was collected primarily when new wells were proposed |
| Lek_polys2005 | Perimeters of leks where known |

Table 3.2.1-3 presents the number of features from the files listed above that were used in the analysis of sage grouse. The lek location file was the same for all years, although the count for the lek varies by year.

**Table 3.2.1-3 Sage Grouse Features Included in Analysis**

| Dataset Description | Survey Dates | # Features Pre-2001 | # Features 2001 | # Features 2002 | # Features 2003 | # Features 2004 | # Features 2005 | Total # Features |
|---|---|---|---|---|---|---|---|---|
| Lek Locations | 01/2001–05/2005 | 33 | 33 | 33 | 33 | 33 | 33 | 33 |
| Sightings | 11/1997–07/2005 | 69 (2)* | 57 | 110 | 390 | 495 | 921 | 2042 |
| Sign | 04/2001–06/2005 | 82 (82)* | 90 | 653 | 3248 | 4240 | 1182 | 9495 |
| Mortality | 12/2001–05/2005 | 0 | 5 | 7 | 19 | 21 | 22 | 74 |

*Numbers in parentheses indicate how many of the observations are for unknown observation dates.

### 3.2.2    Mountain Plover

Mountain plover observations were provided by the BLM in April 2006. The file was clipped to the project area boundary and exported into the categories displayed in Table 3.2.2-1.

**Table 3.2.2-1 Mountain Plover Features Included in Analysis**

| Dataset Description | Survey Dates | # Features Pre-2001 | # Features 2001 | # Features 2002 | # Features 2003 | # Features 2004 | # Features 2005 | Total # Features |
|---|---|---|---|---|---|---|---|---|
| Observations | 05/2001–06/2005 | 0 | 15 | 11 | 4 | 3 | 3 | 38 |

### 3.2.3    Prairie Dogs

The prairie dog information provided by the BLM and TRC is poorly suited for our analysis. Prairie dog towns were not visited and mapped every year. No dates were associated with polygons provided by the

BLM, and other attributes were mostly incomplete. This data, in its current form, has very little utility for trends analysis. We analyzed prairie dog colony information against only energy development locations for 2005.

### 3.2.4    Bald Eagle

Bald eagle nest locations were extracted from the shapefile of raptor observations sent by the BLM and exported into the categories displayed in Table 3.2.4-1.

Table 3.2.4-1 Bald Eagle Features Included in Analysis

| Dataset Description | Survey Dates | # Features Pre-2001 | # Features 2001 | # Features 2002 | # Features 2003 | # Features 2004 | # Features 2005 | Total # Features |
|---|---|---|---|---|---|---|---|---|
| Nest locations | 01/1998–06/2005 | 1 [1] | 0 [0] | 0 [0] | 10 [9] | 11 [11] | 15 [15] | 37 [36] |

*Numbers in brackets are the number of active nests in that year based on the status column in the BLM database.

### 3.2.5    Golden Eagle

Golden eagle nest locations were extracted from the shapefile of raptor observations sent by the BLM and exported into the categories displayed in Table 3.2.5-1.

Table 3.2.5-1 Golden Eagle Features Included in Analysis

| Dataset Description | Survey Dates | # Features Pre-2001 | # Features 2001 | # Features 2002 | # Features 2003 | # Features 2004 | # Features 2005 | Total # Features |
|---|---|---|---|---|---|---|---|---|
| Nest locations | 01/1996–?/2005 | 7 (1) [2] | 0 [0] | 0 [0] | 12 [10] | 12 [10] | 13 [5] | 44 [27] |

*Numbers in parentheses indicate how many of the observations are for unknown observation dates.
**Numbers in brackets are the number of active nests in that year based on the status column in the BLM database.

### 3.2.6    Ferruginous Hawk

Ferruginous hawk nest locations were extracted from the shapefile of raptor observations sent by the BLM and exported into the categories displayed in Table 3.2.6-1

Table 3.2.6-1 Ferruginous Hawk Features Included in Analysis

| Dataset Description | Survey Dates | # Features Pre-2001 | # Features 2001 | # Features 2002 | # Features 2003 | # Features 2004 | # Features 2005 | Total # Features |
|---|---|---|---|---|---|---|---|---|
| Nest locations | 01/1996–?/2005 | 16 [3] | 0 [0] | 6 [0] | 97 [16] | 137 [18] | 175 [22] | 431 [59] |

*Numbers in brackets are the number of active nests in that year based on the status column in the BLM database.

### 3.2.7    Short-eared Owl

Short-eared owl nest locations were extracted from the shapefile of raptor observations sent by the BLM and exported into the categories displayed in Table 3.2.7-1.

Table 3.2.7-1 Short-eared Owl Features Included in Analysis

| Dataset Description | Survey Dates | # Features Pre-2001 | # Features 2001 | # Features 2002 | # Features 2003 | # Features 2004 | # Features 2005 | Total # Features |
|---|---|---|---|---|---|---|---|---|
| Nest locations | ?/2004–?/2005 | 0 | 0 | 0 | 0 | 1 [1] | 4 [4] | 5 [5] |

*Numbers in brackets are the number of active nests in that year based on the status column in the BLM database.

### 3.2.8    Burrowing Owl

Burrowing owl nest locations were extracted from the shapefile of raptor observations sent by the BLM and exported into the categories displayed in Table 3.2.8-1.

Table 3.2.8-1 Burrowing Owl Features Included in Analysis

| Dataset Description | Survey Dates | # Features Pre-2001 | # Features 2001 | # Features 2002 | # Features 2003 | # Features 2004 | # Features 2005 | Total # Features |
|---|---|---|---|---|---|---|---|---|
| Nest locations | ?/2003–?/2005 | 0 [0] | 0 [0] | 0 [0] | 8 [7] | 10 [7] | 15 [6] | 33 [20] |

*Numbers in brackets are the number of active nests in that year based on the status column in the BLM database.

### 3.2.9    Other Raptors

The other raptors category includes American kestrel, merlin, osprey, great horned owl, northern harrier, prairie falcon, red-tailed hawk, Swainson's hawk, and surveyed raptors where species identity could not be determined.  Nest locations for these species were extracted from the shapefile of raptor observations sent by the BLM and exported into the categories displayed in Table 3.2.9-1.

Table 3.2.9-1 Other Raptor Features Included in Analysis

| Dataset Description | Survey Dates | # Features Pre-2001 | # Features 2001 | # Features 2002 | # Features 2003 | # Features 2004 | # Features 2005 | Total # Features |
|---|---|---|---|---|---|---|---|---|
| Nest locations | 08/1978–04/2005 | 161 [33] | 0 [0] | 0 [0] | 297 [181] | 326 [153] | 380 [157] | 1164 [524] |

*Numbers in brackets are the number of active nests in that year based on the status column in the BLM database.

## 4.  ANALYSIS TECHNIQUES

Examining the distribution of wildlife locations in relation to developed well locations was ERG's primary mode of trends analysis.  Secondarily, additional information provided in TRC's 2005 Wildlife Studies report (TRC, 2006) was considered in the evaluation of population changes and trends.

All analyses described in this section were executed multiple times.  ERG analyzed eight bird species (including other raptors analyzed as a single species) for six years of data (2001–2005 plus pre-2001 baseline information analyzed as a single year).  Data did not exist for all years for all species, see tables in Section 3.2 for data available by year.  Each analysis approach was also run for prairie dogs though only once to compare locations to 2005 energy development (due to the lack of yearly or baseline information).

ERG analyzed the number of wildlife locations within 2 miles of well locations at 0.5-mile intervals, and the reverse—the number of wells within 2 miles of wildlife locations at 0.5-mile intervals, as requested by the BLM (Belinda, 2006).

The first of the two analyses, wildlife within distance of wells, was analyzed for all wildlife locations (active and non-active) compared with all existing wells, again for all active nests compared to existing wells, and all active nests compared to active wells.  The frequency was standardized by area since the size of each buffer varies, and the results presented by species in Section 5.  ERG did not use this information to draw conclusions about wildlife behavior as the analysis seemed too simplified to detect trends.  Instead, the analysis was an exploratory first look at distances, which we felt was much better characterized by the nearest neighbor (NN) and standard deviational ellipse analyses.

The second of the two analyses, wells within distance of wildlife, posed the same issue with being too simplified to detect trends.  This analysis posed a second (and perhaps more important) issue, which was that it treated the wells as the dependent variable, as though wells would depend on the location of wildlife.  This holds no biological meaning for the study, but does begin to summarize agency compliance with wildlife guidelines in the ROD and 2001 Plan.  For all wells falling within the 0–0.5 mile buffer, ERG further researched the situation to characterize compliance with the guidelines.  Results of the analysis and the further research are presented.

The NN and standard deviational ellipse analyses described in this section were, data permitting, our best indicators of trend.  A very simple analysis of change in the amount of available habitat for species was done.  A much more sophisticated habitat analysis is suggested in our recommendations (Section 6).  Also, our estimate of the minimum population size for each species is presented for 2005.  No trends were evaluated for population size.

BUREAU OF LAND MANAGEMENT
PAPA Wildlife Monitoring Data Trend Analysis
Final Report

Any special exceptions to the analyses presented below are described in Section 5 Results under the associated species heading.

## 4.1    WILDLIFE FEATURES WITHIN A 2-MILE BUFFER OF WELLS

ERG analyzed well locations for a 2-mile buffer at 0.5-mile intervals on federal surface/federal mineral lands (Belinda, 2006), as well as on non-federal lands, so that the entirety of the project area was considered in the analysis (see Figure 3.2.9-2).  This analysis resulted in an evaluation of the number of wildlife features within four buffer widths (0.5, 1, 1.5, 2), plus a buffer greater than 2 miles capturing all outlying features.  This was done by first buffering all existing wells (as categorized by year-six datasets) and dissolving the buffers to create a single buffer polygon for each year.  Next, the wildlife features from a given year (e.g. ferruginous hawk nests) were intersected with the well buffers from the same year, and the number of features in each buffer reported. Additionally, all features not within 2 miles are summarized in a column called ">2 miles".

The number of locations for 2005 was then standardized based on the acreage of the buffer, since there is more opportunity for locations to fall within larger buffers.  To standardize based on area, the number of wildlife observations (X) was divided by percent of total area (A) of the PAWSA.  This was multiplied by the sum (X/A) divided by the total number of observations (N).  The result was standardized whole numbers on a scale equal to numbers input into the equation.  See the equation presented below.



1/2 Mile Buffers of Gas Wells
Developed During or Prior to 2005

Figure 4.1-1 Example of gas well buffers

$$X / A * \sum (X / A) / N$$

X = Observations in Buffer
A = % Total Area
N = Total Number of Observations

This analysis was rerun to compute the number of active wildlife features within distance of the 2005 existing and active wells (as defined in Section 3.1.1.3). The numbers were also standardized based on area.

## 4.2    WELLS WITHIN A 2-MILE BUFFER OF WILDLIFE FEATURES

ERG analyzed all wildlife features such as nests, leks, and burrows for a 2-mile buffer at 0.5-mile intervals on federal surface/federal mineral lands (Belinda, 2006), as well as on non-federal lands, so that the entirety of the project area was included in the analysis. This analysis results in the number of wells within four buffers of wildlife features, plus a buffer greater than 2 miles capturing all outlying features. This was done by first buffering all wildlife features by year and dissolving the buffers. Next, the existing wells were intersected with the buffers, and the number of features in each buffer reported. Additionally, all features not within 2 miles are summarized in a column called ">2 miles".

The results of this analysis were used to characterize the level of compliance with guidelines in the ROD and 2001 Plan. Wildlife locations falling within the 0–0.5-mile buffer of wells were flagged for further inquiry, and further researched for compliance with the NSO buffer for each species. Results tables present well locations that fall within the NSO buffer for the species, whether the nest has been active in the last three years, the well status, and the spud date to determine whether the well is potentially non-compliant with the stipulations set forth in the ROD and 2001 Plan.

## 4.3    NN DISTANCE FROM WILDLIFE OBSERVATIONS TO WELLS

The NN distance analysis characterizes the average minimum distance of wildlife features to energy development. When analyzing raptor data only active nests were used. The assumption for our purposes is that species locate themselves in response to energy development. This may be exhibited by avoidance/repulsion for some species, and attraction or no response for other species. This analysis can be used to characterize the degree to which individual species avoid disturbance (for all existing wells). If NN distances are low, energy development may not be a significant factor in where individuals of a given species locate. If NN distances are high, this may indicate avoidance of or displacement by development. This analysis is our best indicator of avoidance, though the results only suggest a trend and do no necessarily show cause/effect relationships without more years of data and further study.

ERG calculated the NN distance from each active location in a species distribution to the nearest developed area for three years of data (2003–2005) for each raptor species, plus pre-2001 data for ferruginous hawks, golden eagles, and other raptors. Mountain plover were analyzed for 2001–2005. Sage grouse leks were analyzed with the exception of those in Table 3.2.1-1 that were excluded due to insufficient data. Prairie dog towns were not included in this analysis.

ESRI's ArcGIS 9 Near tool and Hawth's Distance between Points (Between Layers) tool were used for the calculations. Refer to Figure 4.3-1 for an example of how the average NN distance is calculated. First, the distance from each wildlife feature to the nearest well existing in the same year was calculated. Next, all NN distances for that year were averaged, and values were presented in the results table, along with the minimum and maximum NN values. Additionally, NN distances across all years were averaged by appending the raw data for each year into one file and taking the average (as opposed to averaging the averages for each year). *Note that these summaries represent all NN values although Section 6 recommendations are based on only the central 95% of the values to eliminate spatial outliers.*

From year to year, as shown in Figure 4.3-1, NN distances may be similar. This could indicate that as well development expands wildlife moves farther out from the center of the mesa, keeping the same amount of distance from disturbance from year to year. If NN distances are shorter from year to year, this could indicate that the wildlife continues to locate in similar areas while well development encroaches.

## 4.4    CHANGES IN HABITAT AVAILABILITY

A simplified method was used to quantify habitat types used by each species and the associated loss of habitat over the last five years. Vegetation polygons based on GAP analysis were provided by the BLM. In the GIS the polygons were dissolved so that one multipart polygon existed in the database for each of 27 habitat types covering the PAWSA. Using the Select by Location function, polygons were selected that intersected point locations for each species across all years of survey, resulting in vegetation types that have at some time provided habitat for the species. Next the 0.5-mile buffer of wells present prior to 2001 was erased from the habitat layer in order to quantify a relative amount of habitat considered unavailable to wildlife due to energy development. This was compared to the same layer with the 0.5-mile buffer of 2005 wells erased



**Figure 4.3-1 Example of NN calculation**

from habitat. The choice to use a 0.5-mile buffer of wells to represent unavailable habitat was made to simply calculations across all species although actual habitat use will vary by species.

## 4.5    POPULATION SIZE CHANGES AND TRENDS

ERG's ability to conclusively demonstrate changes in wildlife population size was very limited based on the nature and quality of the data available. In 2005 occupancy data was not obtained for 10% of known raptor nests (TRC, 2006). Additionally, as reflected in Table 3.1 of TRC's Wildlife Studies report (2006), 2005 productivity is unknown for the majority of nests.

For each raptor species ERG calculated a minimum estimate of population for the PAWSA by assuming each active nest in 2005 represented two adults, and adding the number of young fledged presented in Table 3.5 of TRC's Wildlife Studies report (2006). The number of active nests was found by querying the BLM's raptor database "status" column for the active code. Where number of fledged was an estimated range the lowest value was used.

Table 3.4 Raptor Nesting Attempt Failures was examined for any indication that energy development directly caused nests to fail. Only one record was identified in which two osprey nests on power poles failed after they either fell from the pole or were removed. Otherwise this table does not indicate any nesting failures due to energy development on the PAPA.

There are too many possible environmental and anthropogenic variables in this study to sort out populations trends (except for sage grouse). ERG recommends an experimental study be conducted to sort out cause/effect relationships. Section 6 describes this suggestion in more detail.

ERG did not determine population trends for all species because the 2005 population data presented is merely a rough estimate and was not similarly calculated and compared for other years. Additionally, the appearance of an upward population trend may be due to raptors vacating the nearby and highly developed Jonah field, which would indicate that raptors are sensitive to energy development even though the population on the PAWSA would be rising. Finally only three years of reliable population information exists for raptors, not long enough to sort out natural variation from human-caused impacts.

**4.6    OTHER ANALYSIS PERFORMED**

Each of the following analyses were done for a subset of the species evaluated in the study.

**4.6.1    Relationship of Sage Grouse Abundance to Well Location**

Sage grouse information differed from that of all other species in this study in that the location of leks is fixed and the number of birds present on each lek changed yearly. This type of data allowed for some additional analysis not possible for the other species. ERG plotted (x) distance from nearest well against (y) number of birds present on the lek. Results suggest a trend and can be used to describe whether avoidance of wells is an issue for sage grouse.

**4.6.2    Directional Distribution of Population**

The standard deviational ellipse method indicates whether a distribution of features exhibits a directional trend (whether features are farther from a specified point in one direction than in another direction). The ArcGIS 9 Directional Distribution (Standard Deviation Ellipse) tool was used to graphically display the general shape and orientation of the wildlife locations. This was done for all wildlife observations in the baseline file to depict the area of historic use, and was compared to standard deviational ellipse for active 2005 locations. The file used for baseline was either pre-2001 or 2001 depending on which had the best information. The resulting graphics show which file was used. The data for mountain plover, bald eagle, short-eared owl, and burrowing owl did not have any baseline data, and therefore were not part of this analysis.

Two standard deviations (95% of the population) was used to calculate the area (in acres) covered by the population. The acreage and orientation of both ellipses were compared. This analysis was only run for the species with a somewhat adequate (based on sample size) baseline dataset for comparison. Those species included were ferruginous hawks, golden eagles, other raptors, and the sage grouse sightings and mortality datasets. Sage grouse sign data, collected only in the area of proposed new wells, is biased toward well locations rather than representing the actual range of number of sign locations across the PAWSA. To avoid publishing misleading information, directional distribution analysis of this data is not presented in this report.

**4.7    OTHER ANALYSIS NOT PERFORMED**

Prior to acquiring data for this project, ERG suggested potential analysis techniques to be performed in the GIS that were not fit for the actual data. These techniques and reasons for not employing them are presented below.

## 4.7.1    Mean Center of Population Distribution

ERG explored the use of GIS tools that would locate the mean center or central feature of a population distribution and found preliminary results to be very inconclusive. When analyzing each species by year, all species except for sage grouse, ferruginous hawk, and other raptors had very small sample sizes, too small to be used for characterizing change in population center. Additionally, energy development in the PAPA is generally developed linearly down the center of the anticline, bisecting the project area. To understand the difficulty in using this approach consider the following situation. If a species were avoiding the development (i.e. the center of the anticline), the population would be split into two populations, each moving farther away from the center. However, in this hypothetical scenario, the mean center of the population would still fall in the center of the anticline, regardless of the increasing distance between the two metapopulations. As this situation demonstrates, this analysis does not reveal useful information for the PAWSA.

To make this a meaningful analysis ERG would have needed to split each population into two and measured the mean center of each. This would have required determining where to locate a line along the mesa that bisects the population, which also requires the assumption that populations are in fact being bisected into metapopulations. This would also halve the already small sample size for each species, making the analysis even less powerful. Given the small sample sizes it would be best to aggregate rather than divide datasets. For these reasons ERG chose no to pursue this approach.

The Linear Directional Mean would identify the general direction of a set of vectors. This tool would have been used with the results of the mean center of each population by connecting the dots between all possible year to year combinations, which would give the general direction of migration of the population center over time. Since mean center of population was not determined, this tool was not used.

## 4.7.2    Standard Distance

Standard Distance analysis was also explored; however, results were very general and therefore not very useful. The tool measures the degree to which features are concentrated or dispersed around points. However, the output is circular, with much of a 2-standard deviation result falling outside of the PAWSA. In essence, a circle covering the majority of the project area does not yield much useful information. Instead, the directional distribution (standard deviational ellipse) analysis was performed (Section 4.6.2).

### 4.7.3    Animal Occurrence Density

ERG originally suggested that areas of preferential use could be found by pulling values from a density grid of wildlife observations. Small sample sizes limit the usefulness of this analysis for most species. For species with larger sample sizes, the difference in sample size between the baseline and 2005 sample sizes are too great for a realistic analysis of density change between the two time periods, since it is believed that the increase in density is attributed to better detection techniques rather than actual immigration.

## 5.  RESULTS

Results of analysis techniques presented in the previous section are presented here by species, with any special exceptions described or noted (e.g. insufficient or no data for portions of analysis).  Discussion of the limitations and implications of this information are described in Section 6 and in Section 4 where the respective analysis techniques are presented.

### 5.1    SAGE GROUSE

#### 5.1.1    Leks within a 2-Mile Buffer of Wells

The number of sage grouse leks within five buffer distances from wells is summarized in Tables 5.1.1-1 and 5.1.1-2.

Table 5.1.1-1 Number of Sage Grouse Leks within Buffer of Existing Wells by Year

| Buffer | Pre-2001 | 2001 | 2002 | 2003 | 2004 | 2005 | Standardized 2005 |
|--------|----------|------|------|------|------|------|-------------------|
| 0–0.5 mile | 2 | 3 | 4 | 6 | 7 | 9 | 9 |
| 0.5–1 mile | 13 | 15 | 15 | 13 | 12 | 10 | 11 |
| 1–1.5 miles | 6 | 4 | 4 | 5 | 5 | 5 | 6 |
| 1.5–2 miles | 1 | 1 | 1 | 0 | 0 | 0 | 0 |
| >2 miles | 11 | 10 | 9 | 9 | 9 | 9 | 7 |

Table 5.1.1-2 Number of Sage Grouse Leks within Buffer of 2005 Existing and Active Wells

| 2005 Leks within Buffer of Existing Wells | | 2005 Leks within Buffer of Active Wells | |
|-------------------------------------------|--------------|-----------------------------------------|--------------|
| Actual | Standardized | Actual | Standardized |
| 9 | 9 | 8 | 8 |
| 10 | 11 | 7 | 7 |
| 5 | 6 | 6 | 7 |
| 0 | 0 | 1 | 2 |
| 9 | 7 | 11 | 9 |

#### 5.1.2    Wells within a 2-Mile Buffer of Leks

Table 5.1.2-1 shows that 28 wells are within 0.5 miles of sage grouse leks.

**Table 5.1.2-1 Number of Existing Wells within Buffer of Sage Grouse Leks**

| Buffer | Pre-2001 | 2001 | 2002 | 2003 | 2004 | 2005 |
|--------|----------|------|------|------|------|------|
| 0–0.5 mile | 2 | 3 | 8 | 13 | 21 | 28 |
| 0.5–1 mile | 14 | 32 | 47 | 75 | 100 | 145 |
| 1–1.5 miles | 30 | 48 | 68 | 95 | 129 | 175 |
| 1.5–2 miles | 32 | 49 | 58 | 78 | 114 | 167 |
| >2 miles | 42 | 55 | 65 | 97 | 132 | 169 |

ERG examined these 28 gas wells found within the 0.5-mile buffer of 2005 sage grouse leks. Out of the 28, seven were considered to be of no concern because of one or more of the following criteria: the lek was unoccupied; the well was not producing; or the well was built prior to the implementation of the 2001 Plan. Of the remaining wells, twenty-one were found to be within the 0.5-mile buffer around occupied leks, however all of these wells are compliant with the 0.25-mile NSO buffer.

The ROD states that operators will restrict construction activities within a 2-mile buffer of active sage grouse leks during the period of March 1 through July 31. Due to limitations with the data, it is not possible to determine whether this activity occurred within or outside of the restricted months.

### 5.1.3    NN Distance to Wells

The NN distance to wells was calculated for sage grouse leks, both as a whole (Table 5.1.3-1), and classified by trend as determined by TRC in their 2006 report (Table 5.1.3-2). Table 5.1.3-1 confirms that development is encroaching upon leks, as the NN distance to the nearest development is becoming shorter each year.

**Table 5.1.3-1 NN Distance from Sage Grouse Leks to Existing Wells, Measured in Feet**

| NN Distance | 2001 | 2002 | 2003 | 2004 | 2005 |
|-------------|------|------|------|------|------|
| Average | 10,559 | 10,295 | 10,052 | 8944 | 8765 |
| Minimum | 1806 | 1806 | 1353 | 1353 | 1353 |
| Maximum | 33,864 | 33,864 | 33,864 | 30,078 | 30,078 |

Table 5.1.3-2 shows that leks with a declining trend have the shortest average NN distances while leks with a stable or upward trend have the longest average and NN distances. This is discussed in detail in Section 5.1.5.

**Table 5.1.3-2 NN Distance to Wells from Leks with Different 2005 Trend Classifications**

| NN Distance | Declining | Insufficient Data* | No Trend | Stable | Upward |
|-------------|-----------|--------------------|----------|--------|--------|
| Average | 2954 | 4012 | 5461 | 15,945 | 15,707 |
| Minimum | 1757 | 4012 | 2190 | 1353 | 13,913 |
| Maximum | 5435 | 4012 | 12,177 | 30,078 | 17,501 |

*This data point represents a single lek, Duke's New Triangle.

For Tables 5.1.3-3, 5.1.3-4, and 5.1.3-5 the data was not normally distributed so median values are also presented. The average and median NN distances to the nearest well from sage grouse sightings, sign, and mortality are rather variable over the years. This may be due to a number of factors that include natural variation in the sage grouse population size and activity, weather patterns during the time of observation, and incidental observations near areas frequented by humans, which would appear to increase the frequency of sightings near wells. The data is fairly inconclusive as presented here, but is better depicted as presented in Section 5.1.6.

Table 5.1.3-3 NN Distance from Sage Grouse Sightings to Existing Wells, Measured in Feet

| NN Distance | 2001 | 2002 | 2003 | 2004 | 2005 | All Years |
|---|---|---|---|---|---|---|
| Average | 7610 | 7602 | 5368 | 7641 | 9699 | 8254 |
| Median | 5241 | 4999 | 1938 | 4791 | 7961 | 5603 |
| Minimum | 818 | 81 | 251 | 143 | 50 | 50 |
| Maximum | 30,116 | 37,033 | 37,241 | 31,962 | 33,759 | 37,241 |

Table 5.1.3-4 NN Distance from Sage Grouse Sign to Existing Wells, Measured in Feet

| NN Distance | 2001 | 2002 | 2003 | 2004 | 2005 | All Years |
|---|---|---|---|---|---|---|
| Average | 1196 | 1592 | 1395 | 1232 | 1475 | 1365 |
| Median | 5241 | 878 | 1245 | 1102 | 1303 | 1165 |
| Minimum | 108 | 14 | 61 | 24 | 39 | 14 |
| Maximum | 2951 | 14,057 | 17,323 | 33,824 | 13,119 | 33,824 |

*Sign data is collected primarily in areas of new proposed wells; these figures likely show sage grouse occurring more closely to developed areas than would be true if data were collected with equal effort in all parts of the PAWSA.

Table 5.1.3-5 NN Distance from Sage Grouse Mortalities to Existing Wells, Measured in Feet

| NN Distance | Pre-2001 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|
| Average | No data | 7603 | 5738 | 17,153 | 4456 | 7101 |
| Median | No data | 5922 | 4405 | 17,572 | 3067 | 5711 |
| Minimum | No data | 2421 | 500 | 1057 | 986 | 554 |
| Maximum | No data | 17,814 | 17,814 | 29,547 | 13,498 | 22,329 |

## 5.1.4    Changes in Habitat Availability

There are 262,909 acres of vegetation types used for lekking by sage grouse on the PAWSA. These types include Wyoming big sagebrush, desert shrub, mixed grasslands, and low and high density Wyoming big sagebrush. In 2000 there were 231,392 acres of this habitat outside of the 0.5-mile buffer of wells on the PAWSA, and in 2005 there were 199,336 acres, a reduction of 13.9%.

### 5.1.5    Relationship of Sage Grouse Abundance to Well Location

ERG compared the distance to nearest well with the count for each lek using a linear regression.  Figure 5.1.5-1 clearly shows that leks with declining trend are found near the most developed central portion of the mesa, while leks with a stable or upward trend tend to be toward the outside of the study area.  Figure 5.1.5-2 graphs the distance from the nearest well as the independent variable on the X axis versus the count of male sage grouse on the lek on the Y axis as the dependent variable.  Each type of trend, as determined by TRC (2006) in their Table 3.7 is color coded.  Only 33 leks are plotted on this graph, as described in Section 3.2.1.  Of these, ten are declining, nine have no apparent trend, eleven are stable, and two show an upward trend.  One new record for Duke's New Triangle has insufficient data to determine a trend, and was included under no apparent trend in the figures.

You can see from Figure 5.1.5-2 that declining leks tend to have low counts and a short distance to the nearest well.  Leks with no apparent trend tend to have short distance to the nearest well with counts ranging from low to high.  Stable and upward trend leks tend to be farther away from wells and have higher lek counts.

The stable lek closest to the nearest well with a decent count (i.e. birds in more than one year) is Little Fred, which is 3399 feet away.    The majority of the upward or stable leks are at least 13913 feet (2.6 miles) from the nearest well.  The declining lek farthest from a well is 5435 feet away.

There is an obvious break in the data between 5435 feet and 13913 feet, where the leks change over from generally declining to generally stable.  The midpoint of this interval is approximately 9674 feet (1.8 miles), which closely reflects the 2-mile seasonal stipulation on developing near sage grouse, and also closely matches the findings of Holloran (2005).  He writes,

> My results suggest that current development stipulations are inadequate to maintain greater sage-grouse breeding populations in natural gas fields.  A minimal level of development within 3 km [1.9 miles] of a lek negatively influences breeding activity.  Maintaining well densities of ≤ 1 well per 283 ha (approximately 1 well per section) within 3 km [1.9 miles] of a lek could reduce the negative consequences of gas field development.

From this information ERG believes the seasonal restriction of no construction within 2 miles of an active lek to be appropriate and effective.  However, the data suggests that the restriction calling for NSO within 0.25 miles of a lek is not enough to avoid a declining trend, and would better protect the grouse if it were raised to 1 mile, the approximate distance at which leks are no longer in a declining trend, based on Figure 5.1.5-2.



**Figure 5.1.5-2 Relationship of distance to nearest well versus lek count for 2005**

ECOSYSTEM RESEARCH GROUP

**Figure 5.1.5-1 Map of leks coded by trend**

August 2006

29

### 5.1.6    Directional Distribution of Population

Table 5.1.6-1 summarizes the results of the standard deviational ellipse analysis. The area presented represents the distribution of 95% of the sage grouse features analyzed. Figure 5.1.6-1 shows the 2005 sage grouse sighting locations with the 2001 and 2005 standard deviational ellipses. After 2001 sage grouse have been sighted across a larger/more dispersed area, up 48% (see Table 5.1.6.1). This may indicate that grouse are dispersing from the developed central area of the mesa, using the outer areas of the PAWSA more frequently than before.

The 2005 known sage grouse mortalities are presented in Figure 5.1.6-2. The mortality numbers are low, making the standard deviational ellipse less reliable than the previous two figures. However, you can see that the area where mortalities occur has greatly increased (2005 area is 395% of 2001). The actual number of mortalities also reflects this sharp increase. Five mortalities in 2001 increased to 22 in 2005, an increase of 340%.



**Figure 5.1.6-1 Difference in dispersal of 95% of sage grouse sightings in 2001 and in 2005**

**Table 5.1.6-1 Difference in Dispersal of 95% of Sage Grouse Features between Years**

| Dataset Name | 2001 Area (Acres) | 2005 Area (Acres) | Percent Change |
|---|---|---|---|
| Sage grouse sightings | 203,194 | 301,105 | +48% |
| Sage grouse mortalities | 30,861 | 153,045 | +395% |

All three figures show sage grouse occurring in a larger/more dispersed area on the south half of the PAWSA. Holloran (2005) states,

> …the evidence suggests that current natural gas development techniques lead to greater sage-grouse population declines…and that breeding population declines and eventual extirpation of leks near disturbances resulted from both displacement and decreased survival. Regional greater sage-grouse population levels as well as population distributions are likely to be influenced negatively by development of natural gas fields.

Additional data and further research are needed to determine cause/effect relationship between energy development and sage grouse dispersal on the PAWSA in particular.

### 5.1.7    Population Size Estimate

During the 2005 wintering sage grouse aerial survey 2,511 sage grouse (male and female) were documented on the PAWSA with 1,140 of those observations on the PAPA, compared to the 2004 count of 3,014 observed on the PAWSA with 2,034 of those on the PAPA (TRC, 2006). This shows that in 2004 33% of the sage grouse were wintering in the 2-mile buffer of the PAPA boundary, and in 2005 55% were in the buffer.   Yet again this seems to indicate that the birds are dispersing outward from the center of the mesa, also depicted in Figure 5.1.6-1, which compares dispersal of sage grouse sightings between 2001 and 2005.

Figure 5.1.7-1 plots the total count of male sage grouse on leks for each year from 1998–2005. The trendline shows a stable population over the period.



**Figure 5.1.6-2 Difference in dispersal of 95% of known sage grouse mortalities in 2001 and in 2005**

BUREAU OF LAND MANAGEMENT
PAPA Wildlife Monitoring Data Trend Analysis
Final Report



**Figure 5.1.7-1 Total of lek counts (males only) shows a stable population trend for sage grouse on the PAWSA**

BUREAU OF LAND MANAGEMENT
PAPA Wildlife Monitoring Data Trend Analysis
Final Report

## 5.2    MOUNTAIN PLOVER

### 5.2.1    Observations within a 2-Mile Buffer of Wells

The number of mountain plover observations within five buffer distances from wells is summarized in Tables 5.2.1-1 and 5.2.1-2.

**Table 5.2.1-1 Number of Mountain Plover Observations within Buffer of Existing Wells by Year**

| Buffer | Pre-2001 | 2001 | 2002 | 2003 | 2004 | 2005 | Standardized 2005 |
|--------|----------|------|------|------|------|------|-------------------|
| 0–0.5 mile | No data | 3 | 9 | 0 | 0 | 0 | 0 |
| 0.5–1 mile | No data | 0 | 0 | 1 | 0 | 1 | 1 |
| 1–1.5 miles | No data | 6 | 2 | 1 | 3 | 2 | 2 |
| 1.5–2 miles | No data | 3 | 0 | 0 | 0 | 0 | 0 |
| >2 miles | No data | 3 | 0 | 2 | 0 | 0 | 0 |

**Table 5.2.1-2 Number of Mountain Plover Observations within Buffer of 2005 Existing and Active Wells**

| 2005 Active Nests within Buffer of Existing Wells | | 2005 Active Nests within Buffer of Active Wells | |
|---|---|---|---|
| Actual | Standardized | Actual | Standardized |
| 0 | 0 | 0 | 0 |
| 1 | 1 | 0 | 0 |
| 2 | 2 | 0 | 0 |
| 0 | 0 | 3 | 3 |
| 0 | 0 | 0 | 0 |

### 5.2.2    Wells within a 2-Mile Buffer of Observations

Table 5.2.2-1 shows seven wells within 2 miles of a 2005 mountain plover observation, one within 1 mile, and six within the 2-mile buffer. The ROD guidelines suggest that a visual survey of the area should be made within 656-foot of the proposed action to determine presence of plovers. Since no wells exist within the 656-foot radius all are compliant with the ROD guidelines for mountain plover.

**Table 5.2.2-1 Number of Existing Wells within Buffer of Mountain Plover Observations**

| Buffer | Pre-2001 | 2001 | 2002 | 2003 | 2004 | 2005 |
|--------|----------|------|------|------|------|------|
| 0–0.5 mile | No data | 1 | 1 | 0 | 0 | 0 |
| 0.5–1 mile | No data | 1 | 1 | 1 | 0 | 1 |
| 1–1.5 miles | No data | 6 | 8 | 11 | 10 | 0 |
| 1.5–2 miles | No data | 4 | 10 | 11 | 10 | 6 |
| >2 miles | No data | 175 | 226 | 335 | 476 | 677 |

## 5.2.3    NN Distance to Wells

The mountain plover file differs from other files in that it represents observations rather than nest sites, and repeated observations at the same location exist within the same year. Therefore, the NN distance would have been biased by including one location more than one time. To remedy this, duplicate locations within the same year were not included in NN calculations. Forming inference from these results is especially difficult due to the very small sample size for this study.

**Table 5.2.3-1 NN Distance from Mountain Plover Observations to Existing Wells, Measured in Feet**

| NN Distance | 2001 | 2002 | 2003 | 2004 | 2005 | All Years |
|-------------|------|------|------|------|------|-----------|
| Average | 6667 | 5097 | 12,990 | 5769 | 6009 | 7266 |
| Median | 6754 | 5367 | 7007 | 5507 | 6371 | 5939 |
| Minimum | 2589 | 2586 | 4397 | 5349 | 5079 | 2586 |
| Maximum | 10,567 | 7339 | 27,566 | 6450 | 6576 | 27,566 |

## 5.2.4    Changes in Habitat Availability

There are 256,251 acres of vegetation types used by mountain plover on the PAWSA. These types include desert shrub, mixed grasslands, and low and high density Wyoming big sagebrush. In 2000 there were 224,734 acres of this habitat outside of the 0.5-mile buffer of wells on the PAWSA, and in 2005 there were 192,706 acres, a reduction of 14.3%.

## 5.2.5    Population Size Estimate

ERG estimates the mountain plover population in 2005 to be at least four adults plus three chicks. No further population information is available in the GIS. TRC (2006) reports ten adults during 2005; however ERG cannot determine whether some of these were the same individual birds observed on different dates.

## 5.3    PRAIRIE DOGS

## 5.3.1    Wells within a 2-Mile Buffer of Prairie Dog Towns

Prairie dog town polygons were dissolved based on the shape field, creating a layer of 43 features averaging 299 acres in size, with a minimum size of 0.8 acres and a maximum size of 1695 acres. Table 5.3.1-1 summarizes wells within buffers of prairie dog town polygons. Fourteen of the polygons are within 0.5 miles of an existing 2005 well, and six of those polygons actually surround 16 existing wells. Those wells that fall within prairie dog towns are of the following kind:

- Flowing (1)
- Location under construction (1)
- Permanently abandoned (1)
- Producing gas well (10)
- Well spudded (3).

**Table 5.3.1-1 Number of Existing Wells within Buffers of Prairie Dog Towns**

| Buffer | Pre-2001 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|
| 0–0.5 mile | No data | No data | No data | No data | No data | 150 |
| 0.5–1 mile | No data | No data | No data | No data | No data | 97 |
| 1–1.5 miles | No data | No data | No data | No data | No data | 86 |
| 1.5–2 miles | No data | No data | No data | No data | No data | 75 |
| >2 miles | No data | No data | No data | No data | No data | 276 |

## 5.3.2    Changes in Habitat Availability

There are 317,983 acres of vegetation types used by prairie dogs, which covers virtually the entire project area. These types include desert shrub, forest-dominated riparian, greasewood, human settlement, riparian and upland irrigated crops, mixed grasslands, rock-bare ground, and low and high density Wyoming big sagebrush. In 2000 there were 283,566 acres of this habitat outside of the 0.5-mile buffer of wells on the PAWSA, and in 2005 there were 248,899 acres, a reduction of 12.2%.

Prairie dog town polygons supplied by the BLM cover 11,662 acres of the PAWSA. Table 5.3.2-1 below summarizes prairie dog town vegetation types.

**Table 5.3.2-1 Acres of Vegetation Types within Prairie Dog Towns**

| Vegetation Type | Total Acres in Prairie Dog Town | Acres Outside of 0.5-Mile Buffer of Wells, Years Pre-2001 | Acres Outside of 0.5-Mile Buffer of Wells, Year 2005 |
|---|---|---|---|
| Desert shrub | 3653 | 3285 | 2863 |
| Forest-dominated riparian | 17 | 17 | 17 |
| Greasewood | 450 | 408 | 162 |
| Human settlement | 5 | 5 | 5 |
| Riparian irrigated crops | 57 | 57 | 57 |
| Upland irrigated crops | 177 | 130 | 0 |
| Mixed grasslands | 1667 | 1475 | 1241 |
| Rock-bare ground | 29 | 29 | 29 |
| Low density Wyoming big sagebrush | 4489 | 3742 | 3088 |
| High density Wyoming big sagebrush | 1118 | 1079 | 548 |
| Total | 11,622 | 10,226 | 8009 |

### 5.3.3    Population Size Estimate

ERG was unable to estimate a population size for prairie dogs based on the available data.

### 5.4    BALD EAGLE

### 5.4.1    Nests within a 2-Mile Buffer of Wells

The number of bald eagle nests within five buffer distances from wells is summarized in Tables 5.4.1-1 and 5.4.1-2.

Table 5.4.1-1 Number of Bald Eagle Nests within Buffer of Existing Wells by Year

| Buffer | Pre-2001 | 2001 | 2002 | 2003 | 2004 | 2005 | Standardized 2005 |
|---|---|---|---|---|---|---|---|
| 0–0.5 mile | 0 | No data | No data | 3 | 3 | 3 | 3 |
| 0.5–1 mile | 0 | No data | No data | 0 | 3 | 2 | 2 |
| 1–1.5 miles | 0 | No data | No data | 0 | 0 | 2 | 2 |
| 1.5–2 miles | 1 | No data | No data | 3 | 1 | 1 | 2 |
| >2 miles | 0 | No data | No data | 4 | 4 | 7 | 6 |

Table 5.4.1-2 Number of Bald Eagle Nests within Buffer of 2005 Existing and Active Wells

| 2005 Active Nests within Buffer of Existing Wells | | 2005 Active Nests within Buffer of Active Wells | |
|---|---|---|---|
| Actual | Standardized | Actual | Standardized |
| 3 | 3 | 0 | 0 |
| 2 | 2 | 2 | 2 |
| 2 | 2 | 3 | 4 |
| 1 | 2 | 1 | 2 |
| 7 | 6 | 9 | 7 |

### 5.4.2    Wells within a 2-Mile Buffer of Nests

When evaluating bald eagles ERG used the 2640-foot buffer as suggested by TRC and BLM decision documents (TRC, 2006), rather than the 2600-foot buffer recommended in the ROD.  One existing well within 0.5 miles of nests (Table 5.4.2-1) was examined for non-compliance with 2640-foot buffer of 2005 bald eagle nests (Table 5.4.2-2).

**Table 5.4.2-1 Number of Existing Wells within Buffer of Bald Eagle Nests**

| Buffer | Pre-2001 | 2001 | 2002 | 2003 | 2004 | 2005 |
|--------|----------|------|------|------|------|------|
| 0–0.5 mile | 0 | No data | No data | 1 | 1 | 1 |
| 0.5–1 mile | 0 | No data | No data | 2 | 3 | 3 |
| 1–1.5 miles | 0 | No data | No data | 3 | 5 | 10 |
| 1.5–2 miles | 1 | No data | No data | 10 | 12 | 10 |
| >2 miles | 119 | No data | No data | 342 | 475 | 660 |

Upon review of the data, ERG concluded that the well is not of concern because it was built prior the ROD.

**Table 5.4.2-2 Wells within 2640-foot Buffer of 2005 Bald Eagle Nests**

| BLM Nest ID | Active* | Well API # | Well Status | Year Spudded | Non-compliant with Wildlife Guidelines |
|-------------|---------|-----------|-------------|--------------|----------------------------------------|
| 3310922BAEA01 3310922BAEA03 3310922BAEA04 | Y | 3521958 | Permanently Abandoned | 1999 | No |

*Nest occupied at least once between 2003 and 2005.

## 5.4.3    NN Distance to Wells

The average NN distances are relatively stable across years for the bald eagle, as shown in Table 5.4.3-1. As gas well development expands from the center of the mesa, bald eagles continue to nest 8057 feet from the nearest well. Examining bald eagle locations in the GIS, many of the same nests are used year to year, with more nests added each year. This shows that the bald eagles are not necessarily moving away from development, but are expanding their range. This increase in the number of nests is likely due to better detection of nests during surveys rather than actual population increase. Overall, bald eagles typically nest much farther from wells than the 2640-foot NSO stipulation.

**Table 5.4.3-1 NN Distance from Active Bald Eagle Nests to Existing Wells, Measured in Feet**

| NN Distance | 2003 | 2004 | 2005 | All Years |
|-------------|------|------|------|-----------|
| Average | 7578 | 7572 | 8584 | 8057 |
| Minimum | 997 | 997 | 997 | 997 |
| Maximum | 16,189 | 16,189 | 16,189 | 16,189 |

## 5.4.4    Changes in Habitat Availability

There are 157,317 acres of vegetation types used by bald eagles on the PAWSA. These types include forest-dominated riparian, riparian irrigated crops, and high density Wyoming big sagebrush. In 2000 there were 139,707 acres of this habitat outside of the 0.5-mile buffer of wells on the PAWSA, and in 2005 there were 122,137 acres, a reduction of 12.6%.

### 5.4.5    Population Size Estimate

ERG's 2005 estimated population size for bald eagles is at least 30 adults plus six fledged young.

## 5.5    GOLDEN EAGLE

### 5.5.1    Nests within a 2-Mile Buffer of Wells

The number of golden eagle nests within five buffer distances from wells is summarized in Tables 5.5.1-1 and 5.5.1-2.

Table 5.5.1-1 Number of Golden Eagle Nests within Buffer of Existing Wells by Year

| Buffer | Pre-2001 | 2001 | 2002 | 2003 | 2004 | 2005 | Standardized 2005 |
|---|---|---|---|---|---|---|---|
| 0–0.5 mile | No data | No data | No data | 2 | 1 | 1 | 1 |
| 0.5–1 mile | No data | No data | No data | 1 | 2 | 3 | 3 |
| 1–1.5 miles | No data | No data | No data | 5 | 4 | 4 | 4 |
| 1.5–2 miles | No data | No data | No data | 1 | 3 | 3 | 4 |
| >2 miles | No data | No data | No data | 3 | 2 | 2 | 1 |

Table 5.5.1-2 Number of Golden Eagle Nests within Buffer of 2005 Existing and Active Wells

| 2005 Active Nests within Buffer of Existing Wells | | 2005 Active Nests within Buffer of Active Wells | |
|---|---|---|---|
| Actual | Standardized | Actual | Standardized |
| 1 | 1 | 1 | 1 |
| 1 | 1 | 0 | 0 |
| 2 | 2 | 1 | 1 |
| 1 | 1 | 1 | 1 |
| 0 | 0 | 2 | 2 |

### 5.5.2    Wells within a 2-Mile Buffer of Nests

Table 5.5.2-1 shows six wells potentially within the NSO buffer for golden eagles. Upon further investigation there are no existing wells within the 825-foot of the nests.

Table 5.5.2-1 Number of Existing Wells within Buffer of Golden Eagle Nests

| Buffer | Pre-2001 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|
| 0–0.5 mile | No data | No data | No data | 3 | 3 | 6 |
| 0.5–1 mile | No data | No data | No data | 13 | 13 | 16 |
| 1–1.5 miles | No data | No data | No data | 11 | 19 | 26 |
| 1.5–2 miles | No data | No data | No data | 22 | 28 | 47 |
| >2 miles | No data | No data | No data | 309 | 433 | 589 |

BUREAU OF LAND MANAGEMENT
PAPA Wildlife Monitoring Data Trend Analysis
Final Report

### 5.5.3    NN Distance to Wells

For golden eagles, the average NN distances are decreasing over the three year period. As energy development encroaches on the nest sites, golden eagles continue to nest in the same or similar areas. If this were based on a longer time period it may indicate that energy development is not being systematically avoided by these eagles, although it is difficult to tell from three years of data. Based on this information golden eagles typically nest far beyond the 825-foot NSO buffer stipulated by the BLM, and none nested closer than 895 feet.

**Table 5.5.3-1 NN Distance from Active Golden Eagle Nests to Existing Wells, Measured in Feet**

| NN Distance | 2003 | 2004 | 2005 | All Years |
|-------------|------|------|------|-----------|
| Average | 8009 | 7203 | 5811 | 7327 |
| Minimum | 2093 | 895 | 895 | 895 |
| Maximum | 16,582 | 13,450 | 8905 | 16,582 |

BUREAU OF LAND MANAGEMENT
PAPA Wildlife Monitoring Data Trend Analysis
Final Report

### 5.5.4    Changes in Habitat Availability

There are 266,062 acres of vegetation types used by golden eagles on the PAWSA. These types include desert shrub, forest-dominated riparian, limber pine, mixed grasslands, rock-bare ground, and low and high density Wyoming big sagebrush. In 2000 there were 233,694 acres of this habitat outside of the 0.5-mile buffer of wells on the PAWSA, and in 2005 there were 201,206 acres, a reduction of 13.9%.

### 5.5.5    Directional    Distribution    of Population

Prior to 2001, 95% of the golden eagle population fell within a standard deviational ellipse covering 242,147 acres. In 2005 95% of the active nests covered an area of 94,993 acres. This is a decrease of 61%. Figure 5.5.5-5.5.51 shows that nests are farther northwest and are covering a smaller area in 2005 than prior to 2001. This analysis was based on small sample sizes and therefore could be potentially misleading. However, similar to the ferruginous hawk, presented in the next section, the golden eagle population appears to be moving away from the area of concentrated development in the Jonah field.



**Figure 5.5.5-1 Difference in dispersal of 95% of golden eagle population before 2001 and in 2005**

### 5.5.6    Population Size Estimate

The 2005 estimated population size for golden eagles is at least ten adults plus six fledged young.

## 5.6    FERRUGINOUS HAWK

### 5.6.1    Nests within a 2-Mile Buffer of Wells

The number of ferruginous hawk nests within five buffer distances from wells is summarized in Tables 5.6.1-1 and 5.6.1-2.

Table 5.6.1-1 Number of Ferruginous Hawk Nests within Buffer of Existing Wells by Year

| Buffer | Pre-2001 | 2001 | 2002 | 2003 | 2004 | 2005 | Standardized 2005 |
|---|---|---|---|---|---|---|---|
| 0–0.5 mile | 5 | No data | 0 | 23 | 36 | 44 | 40 |
| 0.5–1 mile | 5 | No data | 3 | 30 | 42 | 45 | 42 |
| 1–1.5 miles | 5 | No data | 0 | 30 | 40 | 53 | 56 |
| 1.5–2 miles | 1 | No data | 3 | 10 | 14 | 22 | 30 |
| >2 miles | 0 | No data | 0 | 4 | 5 | 11 | 8 |

Table 5.6.1-2 Number of Ferruginous Hawk Nests within Buffer of 2005 Existing and Active Wells

| 2005 Active Nests within Buffer of Existing Wells | | 2005 Active Nests within Buffer of Active Wells | |
|---|---|---|---|
| Actual | Standardized | Actual | Standardized |
| 4 | 4 | 4 | 3 |
| 7 | 7 | 5 | 4 |
| 9 | 9 | 3 | 3 |
| 2 | 3 | 6 | 8 |
| 0 | 0 | 4 | 3 |

### 5.6.2    Wells within a 2-Mile Buffer of Nests

Of the 102 wells within the 0.5-mile buffer of ferruginous hawk nests (Table 5.6.2-1), 12 were located inside the 1000-foot NSO buffer (Table 5.6.2-2). ERG concluded that three of the wells are not of concern because they were built prior to the 2000 ROD; however, nine of the wells were built post-2001, but are compliant because the nest within the buffer is in inactive.

Table 5.6.2-1 Number of Existing Wells within Buffer of Ferruginous Hawk Nests

| Buffer | Pre-2001 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|
| 0–0.5 mile | 7 | No data | 0 | 34 | 75 | 102 |
| 0.5–1 mile | 18 | No data | 1 | 53 | 98 | 130 |
| 1–1.5 miles | 19 | No data | 4 | 82 | 128 | 179 |
| 1.5–2 miles | 4 | No data | 6 | 87 | 84 | 137 |
| >2 miles | 72 | No data | 235 | 102 | 111 | 136 |

Table 5.6.2-2 Wells within 1000-foot Buffer of 2005 Ferruginous Hawks Nests

| BLM Nest ID | Active* | Well API # | Status | Year Spudded | Non-compliant with Wildlife Guidelines |
|---|---|---|---|---|---|
| 3010809FEHA02 | N | | | | |
| 3010809FEHA03 | N | 3507120 | Permanently Abandoned | 1954 | No |
| 3010809FEHA04 | N | | | | |
| 2910730FEHA02 | N | 3522043 | Producing Gas Well | 1999 | No |
| 2910730FEHA04 | N | | | | |
| 2910730FEHA05** | N | 3522297 | Producing Gas Well | 2001 | No |
| | N | | | | |
| 2910730FEHA04 | N | 3522420 | Producing Gas Well | 2002 | Yes |
| 2910730FEHA02 | N | 3523129 | Producing Gas Well | 2003 | Yes |
| 2910730FEHA04 | N | | | | |
| 2910730FEHA02 | N | 3523132 | Producing Gas Well | 2003 | Yes |
| 2910730FEHA04 | N | | | | |
| 3010809FEHA02 | N | 3523381 | Producing Gas Well | 2004 | Yes |
| 3010816FEHA03 | N | 3523554 | Producing Gas Well | 2004 | Yes |
| 3010816FEHA02 | N | 3523711 | Producing Gas Well | 2005 | Yes |
| 3010816FEHA03 | N | 3524060 | Producing Gas Well | 2005 | Yes |
| 3010816FEHA03 | N | 3524078 | Producing Gas Well | 2005 | Yes |
| 3010816FEHA03 | N | 3524084 | Producing Gas Well | 2005 | Yes |

*Nest occupied at least once between 2003 and 2005.
**This nest ID was used by BLM for two nests in the same tree.

## 5.6.3 NN Distance to Wells

For ferruginous hawks, the average NN distances are decreasing over the three year period. As energy development encroaches on the nest sites, ferruginous hawks continue to nest in the same or similar areas. If this were based on a longer time period it may indicate that energy development is not being systematically avoided by these hawks, although it is difficult to tell from three years of data. Based on this information ferruginous hawks typically nest far beyond the 1000-foot NSO buffer stipulated by the BLM, and none nested closer than 1179 feet.

Table 5.6.3-1 NN Distance from Active Ferruginous Hawk Nests to Existing Wells, Measured in Feet

| NN Distance | 2003 | 2004 | 2005 | All Years |
|---|---|---|---|---|
| Average | 6316 | 6294 | 5249 | 5873 |
| Minimum | 1580 | 1997 | 1179 | 1179 |
| Maximum | 17,958 | 13,234 | 9926 | 17,958 |

### 5.6.4    Changes in Habitat Availability

There are 281,798 acres of vegetation types used by ferruginous hawks on the PAWSA. These types include desert shrub, upland irrigated crops, mixed grasslands, rock-bare ground, and high and low density Wyoming big sagebrush. In 2000 there were 249,115 acres of this habitat outside of the 0.5-mile buffer of wells on the PAWSA, and in 2005 there were 215,705 acres, a reduction of 13.4%.

### 5.6.5    Directional    Distribution    of Population

Prior to 2001, 95% of the ferruginous hawk nests fell within a standard deviational ellipse covering 138,648 acres. In 2005 95% of the occupied nests covered an area of 230,304 acres. This is an increase of 66%. Figure 5.6.5-1 shows that nests are more dispersed in 2005, and that the hawks are nesting farther north, stretching the ellipse in that direction. This shift to the north could indicate avoidance of the concentrated development present in the Jonah field. Further study and more data over a longer time period would be needed to pinpoint the cause.



**Figure 5.6.5-1 Difference in dispersal of 95% of ferruginous hawk population before 2001 and in 2005**

### 5.6.6    Population Size Estimate

The 2005 estimated population size for ferruginous hawks is at least 44 adults plus ten fledged young.

## 5.7     SHORT-EARED OWL

### 5.7.1     Nests within a 2-Mile Buffer of Wells

The number of short-eared owl nests within five buffer distances from wells is summarized in Tables 5.7.1-1 and 5.7.1-2.

Table 5.7.1-1 Number of Short-eared Owl Nests within Buffer of Existing Wells

| Buffer | Pre-2001 | 2001 | 2002 | 2003 | 2004 | 2005 | Standardized 2005 |
|--------|----------|------|------|------|------|------|-------------------|
| 0–0.5 mile | No data | No data | No data | No data | 0 | 0 | 0 |
| 0.5–1 mile | No data | No data | No data | No data | 1 | 2 | 2 |
| 1–1.5 miles | No data | No data | No data | No data | 0 | 2 | 2 |
| 1.5–2 miles | No data | No data | No data | No data | 0 | 0 | 0 |
| >2 miles | No data | No data | No data | No data | 0 | 0 | 0 |

Table 5.7.1-2 Number of Short-eared Owl Nests within Buffer of 2005 Existing and Active Wells

| 2005 Active Nests within Buffer of Existing Wells | | 2005 Active Nests within Buffer of Active Wells | |
|---|---|---|---|
| Actual | Standardized | Actual | Standardized |
| 0 | 0 | 0 | 0 |
| 1 | 1 | 1 | 1 |
| 2 | 2 | 1 | 1 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 1 | 1 |

### 5.7.2     Wells within a 2-Mile Buffer of Nests

As shown in Table 5.7.2-1 there are no gas wells within the 0.5-mile buffer or 825-foot NSO buffer of 2005 short-eared owl nests.

Table 5.7.2-1 Number of Existing Wells within Buffer of Short-eared Owl Nests

| Buffer | Pre-2001 | 2001 | 2002 | 2003 | 2004 | 2005 |
|--------|----------|------|------|------|------|------|
| 0–0.5 mile | No data | No data | No data | No data | 0 | 0 |
| 0.5–1 mile | No data | No data | No data | No data | 2 | 13 |
| 1–1.5 miles | No data | No data | No data | No data | 3 | 39 |
| 1.5–2 miles | No data | No data | No data | No data | 4 | 59 |
| >2 miles | No data | No data | No data | No data | 487 | 573 |

### 5.7.3     NN Distance to Wells

The very limited data available for short-eared owls shows that they typically nest about 4700 feet from the nearest well, which is much farther from wells than the 825-foot NSO stipulation.

Table 5.7.3-1 NN Distance from Active Short-eared Owl Nests to Existing Wells, Measured in Feet

| NN Distance | 2003 | 2004 | 2005 | All Years |
|---|---|---|---|---|
| Average | No data | 3231 | 5092 | 4720 |
| Minimum | No data | 3231 | 3231 | 3231 |
| Maximum | No data | 3231 | 7179 | 7179 |

## 5.7.4    Changes in Habitat Availability

There are 132,166 acres of vegetation types used by short-eared owls on the PAWSA.  Only the high density Wyoming big sagebrush type is represented, although only five data points were available for this species.  In 2000 there were 115,935 acres of this habitat outside of the 0.5-mile buffer of wells on the PAWSA, and in 2005 there were 99,223 acres, a reduction of 14.4%.

## 5.7.5    Population Size Estimate

The 2005 estimated population size for short-eared owls is at least eight adults.

## 5.8    BURROWING OWL

### 5.8.1    Nests within a 2-Mile Buffer of Wells

The number of burrowing owl nests within five buffer distances from wells is summarized in Tables 5.8.1-1 and 5.8.1-2.

Table 5.8.1-1 Number of Burrowing Owl Nests within Buffer of Existing Wells

| Buffer | Pre-2001 | 2001 | 2002 | 2003 | 2004 | 2005 | Standardized 2005 |
|---|---|---|---|---|---|---|---|
| 0–0.5 mile | No data | No data | No data | 2 | 3 | 5 | 4 |
| 0.5–1 mile | No data | No data | No data | 2 | 2 | 2 | 2 |
| 1–1.5 miles | No data | No data | No data | 3 | 3 | 5 | 5 |
| 1.5–2 miles | No data | No data | No data | 0 | 1 | 2 | 3 |
| >2 miles | No data | No data | No data | 1 | 1 | 1 | 1 |

Table 5.8.1-2 Number of Burrowing Owl Nests within Buffer of 2005 Existing and Active Wells

| 2005 Active Nests within Buffer of Existing Wells | | 2005 Active Nests within Buffer of Active Wells | |
|---|---|---|---|
| Actual | Standardized | Actual | Standardized |
| 2 | 2 | 2 | 2 |
| 1 | 1 | 1 | 1 |
| 2 | 2 | 2 | 2 |
| 1 | 1 | 1 | 1 |
| 0 | 0 | 0 | 0 |

## 5.8.2    Wells within a 2-Mile Buffer of Nests

Of the 25 wells within the 0.5-mile buffer (Table 5.8.2-1), five wells fell within an 825-foot buffer of 2005 burrowing owl nests.

Table 5.8.2-1 Number of Existing Wells within Buffer of Burrowing Owl Nests

| Buffer | Pre-2001 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|
| 0–0.5 mile | No data | No data | No data | 8 | 11 | 25 |
| 0.5–1 mile | No data | No data | No data | 17 | 33 | 51 |
| 1–1.5 miles | No data | No data | No data | 21 | 46 | 45 |
| 1.5–2 miles | No data | No data | No data | 16 | 39 | 56 |
| >2 miles | No data | No data | No data | 296 | 367 | 507 |

Of the five, two were non-compliant with the NSO buffer of active burrowing owl nests stipulated in the 2001 Plan (see Table 5.8.2-2 below). The BLM should look further into these records.

Table 5.8.2-2 Wells within 825-foot Buffer of 2005 Burrowing Owl Nests

| BLM Nest ID | Active* | Well API # | Status | Year Spudded | Non-compliant with Wildlife Guidelines |
|---|---|---|---|---|---|
| 2910824BUOW01 | Y | 3522269 | Producing Gas Well | 2000 | No |
| 3010823BUOW01 | N | 3522304 | Producing Gas Well | 2000 | No |
| 3010823BUOW02 | Y | 3522675 | Producing Gas Well | 2001 | Yes |
| 3010823BUOW01 | N | 3522494 | Producing Gas Well | 2001 | No |
| 3010825BUOW01 | Y | 3523708 | Producing Gas Well | 2004 | Yes |

*Nest occupied at least once between 2003 and 2005.

## 5.8.3    NN Distance to Wells

NN distances for burrowing owls are decreasing rapidly over the three year period (Table 5.8.3-1). Examining the temporal changes in nest locations in the GIS reveals that from 2003 to 2004 all but one of the same nests was used. From 2004 to 2005 occupied nest locations moved closer to the developed area. One interpretation would be that the development is not affecting burrowing owls as this data makes it

appear that they chose to nest close to already-developed areas. On the other hand, burrowing owls often nest in prairie dog towns, which are not under an NSO stipulation. This could mean that the owls are close to development because that is where their limited habitat lies. Based on such a short time period, and considering the difficulty in detecting burrowing owl nests, no conclusion can be drawn from the data at this time. Regardless, burrowing owls typically nest far beyond the 825-foot NSO buffer stipulated by the BLM.

**Table 5.8.3-1 NN Distance from Active Burrowing Owl Nests to Existing Wells, Measured in Feet**

| NN Distance | 2003 | 2004 | 2005 | All Years |
|---|---|---|---|---|
| Average | 8053 | 6402 | 4530 | 6356 |
| Minimum | 1469 | 480 | 379 | 379 |
| Maximum | 27,379 | 20,465 | 9769 | 27,379 |

### 5.8.4   Changes in Habitat Availability

There are 256,251 acres of vegetation types used by burrowing owls on the PAWSA. These types include desert shrub, mixed grasslands, and low and high density Wyoming big sagebrush. In 2000 there were 224,734 acres of this habitat outside of the 0.5-mile buffer of wells on the PAWSA, and in 2005 there were 192,706 acres, a reduction of 14.3%.

### 5.8.5   Population Size Estimate

The 2005 estimated population size for burrowing owls is at least 12 adults plus ten fledged young.

### 5.9   OTHER RAPTORS

### 5.9.1   Nests within a 2-Mile Buffer of Wells

The number of other raptor nests within five buffer distances from wells is summarized in Tables 5.9.1-1 and 5.9.1-2.

**Table 5.9.1-1 Number of Other Raptor Nests within Buffer of Existing Wells**

| Buffer | Pre-2001 | 2001 | 2002 | 2003 | 2004 | 2005 | Standardized 2005 |
|---|---|---|---|---|---|---|---|
| 0–0.5 mile | 16 | No data | No data | 37 | 49 | 70 | 63 |
| 0.5–1 mile | 36 | No data | No data | 48 | 59 | 69 | 67 |
| 1–1.5 miles | 34 | No data | No data | 49 | 59 | 68 | 73 |
| 1.5–2 miles | 20 | No data | No data | 49 | 52 | 61 | 86 |
| >2 miles | 55 | No data | No data | 114 | 107 | 112 | 79 |

**Table 5.9.1-2 Number of Other Raptor Nests within Buffer of 2005 Existing and Active Wells**

| 2005 Active Nests within Buffer of Existing Wells | | 2005 Active Nests within Buffer of Active Wells | |
|---|---|---|---|
| **Actual** | **Standardized** | **Actual** | **Standardized** |
| 29 | 28 | 23 | 24 |
| 32 | 32 | 22 | 25 |
| 23 | 26 | 13 | 16 |
| 23 | 33 | 13 | 21 |
| 50 | 37 | 86 | 71 |

## 5.9.2    Wells within a 2-Mile Buffer of Nests

Table 5.9.2-1 shows 66 wells within the 0.5-mile buffer of nests.

**Table 5.9.2-1 Number of Existing Wells within Buffer of Other Raptor Nests**

| Buffer | Pre-2001 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|
| 0–0.5 mile | 18 | No data | No data | 25 | 40 | 66 |
| 0.5–1 mile | 31 | No data | No data | 39 | 61 | 86 |
| 1–1.5 miles | 21 | No data | No data | 79 | 94 | 120 |
| 1.5–2 miles | 17 | No data | No data | 66 | 103 | 150 |
| >2 miles | 33 | No data | No data | 149 | 198 | 262 |

Of those 66, ten are located within the 825-foot NSO buffer and were examined for non-compliance with the ROD (Table 5.9.2-2). Of those ten, seven wells were built after the 2000 ROD was released. The ROD does not include construction regulations for observations, only nests. Therefore, ERG concluded that one gas well (API # 3523954) was non-compliant, as it was built within 825 feet of active nest 3110901GHOW01. The BLM should look further into this record.

**Table 5.9.2-2 Wells within 825-foot Buffer of 2005 Other Raptor Nests**

| BLM Nest ID | Active* | Well API # | Status | Year Spudded | Non-compliant with Wildlife Guidelines |
|---|---|---|---|---|---|
| OBS-AMKE | Y | 3521902 | Temporarily Abandoned | 1998 | No |
| 3310921GHOW01 3310921RTHA01 3310921RTHA02 | Y N Y | 3521957 | Permanently Abandoned | 1999 | No |
| 3310922RTHA03 | Y | 3521958 | Permanently Abandoned | 1999 | No |
| 3110911RTHA07 | N | 3522660 | Producing Gas Well | 2001 | Yes (observation only) |
| OBS-AMKE | Y | 3521901 | Producing Gas Well | 2002 | Yes (observation only) |
| 3110901RTHA01 | N | 3523290 | Producing Gas Well | 2003 | Yes (observation only) |
| 3110911RTHA07 | N | 3522701 | Producing Gas Well | 2003 | Yes (observation only) |

| BLM Nest ID | Active* | Well API # | Status | Year Spudded | Non-compliant with Wildlife Guidelines |
|---|---|---|---|---|---|
| OBS-AMKE | Y | 3523300 | Producing Gas Well | 2004 | Yes (observation only) |
| 3110914UR03 | N | 3523313 | Producing Gas Well | 2004 | Yes (observation only) |
| 3110914UR04 | N | | | | |
| 3110901GHOW01 | Y | 3523954 | Producing Gas Well | 2005 | Yes |
| 3110901RTHA01 | N | | | | |
| 3110901UR01 | N | | | | |

*Bird sighted or nest occupied at least once between 2003 and 2005.

### 5.9.3    NN Distance to Wells

Although the NN distances across these three years show a decrease, examination of the GIS shows that raptors from 2003–2005 have nested in the same general area in the same general numbers, which does not seem to reveal a trend.  Other raptors tend to nest along the riparian areas of the PAWSA, which remain largely undeveloped.  Based on this information other raptors typically nest far outside the 825-foot NSO buffer stipulated by the BLM.

**Table 5.9.3-1 NN Distance from Active Other Raptor Nests to Existing Wells, Measured in Feet**

| NN Distance | 2003 | 2004 | 2005 | All Years |
|---|---|---|---|---|
| Average | 9759 | 9341 | 8339 | 9175 |
| Minimum | 314 | 395 | 395 | 314 |
| Maximum | 28,529 | 24,043 | 24,043 | 28,529 |

### 5.9.4    Changes in Habitat Availability

There are 319,404 acres of vegetation types used by other raptor species, which covers virtually the entire project area. These types include bastard draba milkvetch (*Astragalus drabelliformis*), desert shrub, forest- and shrub-dominated riparian, greasewood, human settlement, riparian and upland irrigated crops, limber pine, mixed grasslands, mountain shrub, rock-bare ground, and low and high density Wyoming big sagebrush. In 2000 there were 284,935 acres of this habitat outside of the 0.5-mile buffer of wells on the PAWSA, and in 2005 there were 250,218 acres, a reduction of 12.2%.

### 5.9.5    Directional    Distribution    of    Population

Prior to 2001, 95% of the other raptor nests fell within a standard deviational ellipse covering 265,960 acres. In 2005 95% of the population covered an area of 207,059 acres. This is a decrease of 28%. Figure 5.9.5-1 shows that nests are less dispersed in 2005, and that the raptors are concentrating farther north. The GIS data



**Figure 5.9.5-1 Difference in dispersal of 95% of other**

shows that between the pre-2001 dataset and the 2003 dataset, many nests in the southern portion of the PAWSA were abandoned. This may indicate avoidance of the concentrated development present in the Jonah field. Further study is needed to gather more information specific to that potential cause.

### 5.9.6    Population Size Estimate

The 2005 estimated population size for other raptors is at least 314 adults plus 154 fledged young.

## 6. DISCUSSION

This section reiterates limitations of this study, recommendations for further data collection, and evaluation of the wildlife guidelines presented in the 2000 ROD and 2001 Plan.

### 6.1    LACK OF AN ADEQUATE BASELINE STUDY

ERG studied the results of analysis to identify trends and/or cause/effect relationships to energy development. Due to the short length of the wildlife monitoring study (2001–2005) and a lack of substantial long-term baseline data, it was not possible to determine cause/effect relationships to energy development, with the exception of persuasive trends found in data for sage grouse. To further complicate matters, data for 1999–2002 did not exist for raptors, leaving only the last three years of data for study. This issue is recognized by the Pinedale Anticline Working Group in their Proposed Monitoring Plan (2005). It states

> There is no baseline inventory to which monitoring results can be compared...Most likely, detection of positive or negative changes will only be useful as evidence that something may be occurring and will prompt rapid development and implementation of a specific study designed to provide cause-and-effect understanding of the observed change in trends.

ERG finds this to be true. Although some data was analyzed comparing 2005 data to similar data prior to 2001 where it existed, this by no means constitutes an adequate baseline. The unfortunate situation on the PAWSA is that an adequate baseline study was not conducted prior to developing gas wells, or even prior to implementing the 2001 Plan, making inference from the data especially limited.

Without adequate baseline data ERG was unable to compare historic use of the area to current use as a means of determining avoidance of, or displacement by, energy development. Any existing pre-2001 data was used as a surrogate for historical data but by no means replaces historical data, nor should conclusions based on this data be considered definite. ERG's analysis is to be used as a preliminary description of trends, and cannot be used to determine cause/effect relationships. Recommendations were made only where ERG felt comfortable doing so, while recognizing that more data and further study is needed to refine our results. We highly recommend this analysis be repeated again in 2008 following the release of the 2007 Wildlife Studies report so that five full years of data will exist for raptor species. Afterward we feel it would be beneficial to conduct the analysis every five years.

The BLM currently has the opportunity to intensively survey the portions of the PAWSA that are outside of the developed areas so that the information can serve as a baseline for future studies of the same area post-development. This is an opportunity that will never exist for the already highly-developed central portion of the mesa, making it all the more important to focus study on undeveloped areas now. To this

end, ERG recommends two types of studies be conducted: 1) the continued extensive monitoring that has taken place since 2001, and 2) a smaller and more intensive experimental study. Continued monitoring of the entire PAWSA will, over time, allow for broader inference as to wildlife trends in relation to energy development. A more intensive study over a smaller area would ideally create an experimental setting capable of identifying cause/effect relationships with greater certainty. This could potentially be sponsored by the Operators as mitigation (Hartman, 2006). The BLM should choose two non-disturbed areas similar in topography, vegetation, distance to water, distance to nearest disturbance, etc. Both sites should be monitored for a minimum of three to five years before either one is developed to establish a baseline from which to measure. This will allow the BLM to understand differences in natural variation including the degree of difference in wildlife use between the sites. More than one pair of sites may be beneficial. The BLM should monitor the undeveloped and developed sites quarterly. Increasing the frequency of sampling will allow for greater inference due to larger sample sizes and a more fine scale study of wildlife movement and energy development patterns. Lack of this level of detail in the current data was very limiting to the analysis ERG conducted.

Based on the current analysis, all raptors on average were nesting ~8400 feet from the nearest existing well (see Table 6.3.1.1). We recommend that any area used as a control for an experimental study be at least 2 miles from the nearest existing well (regardless of whether active or inactive). The BLM should also consider banding or radio-collaring raptors in the experimental study area to increase the level of inference from temporal analysis.

## 6.2    EFFECTIVENESS OF 2001 PLAN

ERG found it difficult to determine impacts to wildlife given the limited number of observations and/or short time period for the data provided. This is in large part due to the lack of an adequate baseline for comparison, and the lack of raptor data for 1999–2002. This left only data for 2003–2005 for study of raptors, plus data prior to 1999 which was not collected using methods consistent with those used after 2001. Three years of data generally does not span a time period long enough to separate natural variation in wildlife locations from variation caused by energy development. Additionally, detection of wildlife improves every year, in part because most locations are known and revisited, leaving time to find new locations, and in part due to better data collection methods (e.g. more accurate GPS). At a glance, higher observation numbers from one year to the next may suggest an increase in population size. Actual changes in population size are difficult to separate from artificial changes due to difference in species detection or natural population variation given the short survey time period.

## 6.2.1    Review of Guidelines

Table 6.2.1-1 summarizes the guidelines for NSO buffers for all nine species studied, along with ERG recommended changes to the buffer distances.   Minimum and average NN distance columns are calculated based on 95% of the NN distance from active nests/leks to existing wells within the same year. All data (2003–2005 only for raptors) was appended into one file and the central 95% of the values were used to characterize the population, thus eliminating statistical outliers from the summary.  Suggested changes are based on the best available data and, in some cases, very small sample sizes.  Our suggested buffers reflect the minimum protection for each species, although better protection would more closely reflect the average values presented.  We highly recommend this study be conducted again in 2008, after five full years of raptor data are available, and the minimum NSO buffers be reevaluated at that time.  An explanation of ERG's recommendations for each species follows the table.

**Table 6.2.1-1 Recommended Changes to NSO Buffers**

| Species | Minimum NSO Buffer from 2001 Plan (feet) | Minimum NN Distance from Data (feet) | Average NN Distance from Data (feet) | ERG Recommended Buffer (feet) |
|---|---|---|---|---|
| Sage grouse (lek) | 1320 | 1353 | 8725 | 5280 |
| Mountain plover | 656 | 2589 | 7578 | No change |
| Prairie dog | Not specified | 0 | NA | 100 |
| Bald eagle | 2640 | 997 | 8024 | No change |
| Golden eagle | 825 | 895 | 7595 | 1000 |
| Ferruginous hawk | 1000 | 1303 | 5734 | 1400 |
| Short-eared owl | 825 | 3231 | 4720 | 1000 |
| Burrowing owl | 825 | 480 | 5754 | 1000 |
| Other raptors | 825 | 953 | 8986 | 1000 |
| All raptors combined | At least 825 | 895 | 8396 | 1000 |

*Minimum and average NN distance values are from 95% of the active population in years 2003–2005, i.e. with statistical outliers eliminated.

**Sage Grouse.**  This recommendation is described in detail in Section 5.1.5.  The data suggests that the restriction calling for NSO within 0.25 miles of a lek is not enough to avoid a declining trend, and would better protect the grouse if it were raised to 1 mile, the approximate distance at which leks are no longer in a declining trend, based on Figure 5.1.5-2.  The findings of Holloran (2005) support an even larger buffer (3 kilometers [1.9 miles]).

**Mountain Plover.**  Little data exists for mountain plover.  For the few observations in the database none were located nearer than ~2600 feet from a well.  Due to a lack of data ERG recommends no change to the NSO buffer.  However, we also have concern for this Proposed species as it is difficult to tell whether they have been adequately and more intensively monitored as suggested in the ROD.  The BLM may

consider extending the NSO buffer since so little data is available to support the minimal 656-foot guideline in place.

**Prairie Dog.** Unless occupied by black-footed ferrets, mountain plovers, or burrowing owls, prairie dog colonies are provided no direct protection under the 2001 Plan. ERG recommends that the BLM and operators make a better effort to avoid development directly within a colony. To facilitate this we believe a minimal 100-foot buffer should be in place to protect prairie dogs and associated species, which can be difficult to detect, and, consequentially, may be inadvertently impacted.

**Bald Eagle.** The bald eagle buffer appears to be effective for protecting this species. ERG suggests no change. The number of bald eagle nests did not decline over the period of 2003–2005, and several nesting attempts were made inside the 2640-foot buffer.

**Golden Eagle.** The data shows that golden eagles generally will not nest closer than ~900 feet to a well. This indicates that the current 825-foot buffer may protect only the most tolerant nesters. ERG recommends that the buffer be extended to 1000 feet (our suggested minimum NSO buffer for all raptors) to accommodate golden eagles, which on average are nesting ~7600 feet away from the nearest existing well.

**Ferruginous Hawk.** Ferruginous hawks generally will not nest closer than ~1300 feet to a well, based on the data for this study. This indicates that the current 1000-foot buffer may protect only the most tolerant nesters. ERG recommends that the buffer be extended to 1400 feet to accommodate ferruginous hawks, which on average are nesting ~5700 feet away from the nearest existing well.

**Short-eared Owl.** The calculations for short-eared owls are based on a very small sample size. The data shows that short-eared owls generally will not nest closer than ~3200 feet to a well and, therefore, the current 825-foot buffer is likely not enough to protect even the most tolerant nesters. ERG recommends extending the NSO buffer to 1000 feet to match our suggested minimum NSO buffer for all raptors.

**Burrowing Owl.** Burrowing owls generally will not nest closer than ~500 feet to a well. They often use vacated prairie dog burrows for nesting areas, and may be nesting closer to wells than other species simply because the prairie dog town habitat they commonly use is found there. Even though some will nest fairly close to development, the data shows that on average they are nesting ~5800 feet away from the nearest existing well. ERG recommends extending the NSO buffer to 1000 feet to match our suggested minimum NSO buffer for all raptors.

**Other Raptors.** Species classified as other raptors (American kestrel, merlin, osprey, great horned owl, northern harrier, prairie falcon, red-tailed hawk, Swainson's hawk, and unknown raptors) generally will

not nest closer than ~1000 feet from the nearest existing well based on this study.  ERG recommends extending the minimum NSO buffer to 1000 feet for all raptors.

## 6.2.2    Long-term Habitat Protection

A number of measures to protect habitat for the long term are suggested here.  Most of ERG's recommendations echo those found in the BMPs and mitigation guidelines in the ROD Appendix A.  It does not appear that the BMPs are consistently followed since 1) only one record in the wells database is coded "reclaimed location" and 2) because, as Figure 3.1.1-2 shows, many abandoned wells still show a scar on the landscape.  Because some areas on the 2001 CIR photos appear to have been successfully reclaimed, it is our belief that the measures would be effective if they were adhered to.  It may also be the case that non-reclaimed locations are wells that were permitted prior to release of the ROD (2000).  We highly recommend these sites be revisited and reclaimed according to the ROD, and as suggested here.

Several restorative measures should be taken to reduce the impacts of energy development to the PAPA.  The following is a list of suggested reclamation procedures for long-term habitat protection.

1.  When disturbing native ground, including road building and well pad construction, stockpile top soil to be later used to reclaim the same area.

2.  Reduce the pad size following construction activities to the smallest size needed.

3.  Work to control noxious weeds by inventorying roads and pads on an annual basis, followed by control measures depending on the types of weeds present.

4.  Create a network of permanent service roads away from important wildlife habitat, and reclaim temporary service roads, especially those leading to abandoned or shut-in wells.

5.  When a closing a road, restore topography to match the contour of the native ground.

6.  Reclaim closed roads and well pads with native (stockpiled) top soil and native plants.

7.  Defer grazing in newly reclaimed areas for two to three years.

8.  Remove any unnecessary towers or other structures that provide potential perches for raptors, as a measure to reduce sage grouse predation.

9.  Work to reduce the road density as soon as possible after development of the well by restoring the area according to the suggestions presented above.

10.  Avoid building roads or pads in limited habitat or areas known to support sensitive species.  This is especially important for the New Fork River riparian zone.

### 6.2.3    Further Considerations

Good pre-development planning is a necessity. As operators revisit well pads for additional drilling, any previous restorative measures would be undone. A forward-looking plan will allow for restoration to take place concurrently with development, and will ensure that mitigations are carried out efficiently. Restoring the land quickly and effectively is important for all parties involved, especially wildlife.

The BLM should require all subcontractors and operators use the same standards for wildlife monitoring so that attributes in the database are uniform and easily interpreted.

Appendix C of the ROD (page C-2) calls for bald eagle and mountain plover sightings or sign to initiate intensive monitoring for the species occurrence and distribution. ERG found no indication that these species were monitored any more intensively than other species found in the PAWSA.

ERG suggests the BLM collect more information on prairie dogs so that they may determine the impact of energy development, and that the BLM not develop directly inside a prairie dog colony. Information on prairie dogs made available for this project did not allow for any determination of trends in population size, colony size, intensity of use, etc. The 2001 Plan calls for mapping of prairie dog towns every three to five years. ERG has extensive experience mapping prairie dog towns and knows that the occupancy of colonies can change dramatically from year to year due to natural causes alone (drought, plague, etc.). ERG feels that if the BLM wishes to use prairie dog town boundaries to find impact from annual project development, then the colonies must be surveyed annually.

The avoidance of wildlife habitat in one area should not compromise the quality or extent of other important habitat in other areas. Model selection techniques, also described in Section 6.3, could be used to choose a model that best describes the species-habitat relationship. The model would then be input into the GIS, which would produce a map of habitat use for the species. This could allow the BLM to be proactive by protecting important non-occupied habitat in addition to responding to wildlife occurrences.

We grouped wells and wildlife observations by year. Without knowing month or day information for these points, a wildlife survey may have taken place prior to a well being developed in the same year. In future monitoring it would be helpful to know exactly when wildlife surveys occurred and when wells, roads, and other development occurred. This limited month and day information present in the attribute tables for the shapefiles provided was incomplete. Having this information would allow for a much more precise and detailed analysis in the future which would include evaluation of seasonal restrictions. For example it may be informative to group points by a July through June year rather than January through December. That way wells developed in late summer or fall occurring prior to wildlife observations in spring and early summer could be identified, allowing for potential analysis of cause/effect relationship.

Further study could be conducted to sort out the impact of active wells versus inactive wells. This could be done preliminarily using a NN distance analysis comparing both types of wells, and by measuring NN distances to more than one neighboring development. This would begin to ascertain whether multiple wells in close proximity affect wildlife differently than a single well. Additional information could be attained by measuring NN distances to different densities of wells, well pads, roads, or other features. To be most effective these analyses should follow several years of data collected during an experimental study such as described in Section 6.1.

## 6.3     THE NEED FOR MORE AND BETTER DATA

The BLM itself recognizes the need for better record-keeping and more updated GIS information (Belinda 2005; Schuette 2005; Cunningham 2005; Rogers 2006). ERG spent a great deal of time during this project sorting out datasets, attributes, duplicate locations, etc., and conducting communications with the BLM and SWOGCC to remedy confusing, conflicting, or lacking information. This section suggests areas in need of improvement.

### 6.3.1     Roads

A very weak link in the database is the lack of roads data by time of development. ERG found roads information to be incomplete when compared to the 2001 Wyoming CIR photos. What appeared to be service roads or two-tracks on the photos were not included in the database in many instances. ERG assumes that many more service roads and user-created roads were created since the 2001 CIR photos were taken, and it is likely that many of these features are not captured in the database. This was limiting for our analysis, especially when measuring effects on ground nesting/burrowing species (who may perceive a road such that it becomes a fragmentation of habitat). ERG recommends that the BLM acquire satellite imagery for years 2000 through 2005 and digitize and classify roads from those



Figure 6.3.1-1 Many service routes, trails, and closed roads that cross the Anticline are not part of the GIS database

images. Overwatch Systems Feature Analyst software could be used to automate this process. ERG also recommends that the BLM continues this process into the future, either by aligning cartographic personnel with road permitting personnel so that roads locations can be collected with a GPS as they are completed, or through the continued acquisition and digitizing of satellite or aerial imagery, or a combination of both methods.

### 6.3.2    Wells

Well information from the BLM and the SWOGCC did not match for many records. We recommend that these two agencies work more closely together to ensure that their databases match, both for well location and attributes. Additional useful attributes would include the size of the well pad, the number and type of structures present on the pad, a column displaying whether wells are active or inactive, whether reclamation has begun for abandoned wells, and whether the reclamation is complete according the Best Management Practices (BMPs) and mitigation guidelines found in the ROD. Also, an attribute grouping wells by well pad would make it easy to query the GIS database to determine if well pad density per square mile exceeds allowable density.

### 6.3.3    Wildlife Attributes

Wildlife data provided by the BLM was well organized for purposes of this study. Additional and more consistent attributes would further improve the database. Nest productivity, occupancy status by year, and activity status (summarized for the last three years) would be helpful. Currently the status column displays active or inactive, which actually refers to occupied or unoccupied for that year. This was a point of confusion when using the data.

### 6.3.4    Other Layers

The creation and/or maintenance of additional layers representing other anthropomorphic features would also aid in future analysis. These layers may include power lines, pipelines, buildings, and fences. The presence of these features may affect wildlife populations. All of these layers can potentially be extracted from Light Detection and Ranging (LIDAR) imagery, described in detail below.

### 6.4    POTENTIAL APPLICATIONS OF LIDAR DATA

Currently the State of Wyoming via the state NRCS office in Casper is collecting funds to acquire LIDAR data for the entire state. This project is scheduled for completion in 2007. LIDAR data provides very detailed information on the canopy and structure of vegetated areas, structure of human developments, and the underlying landforms. A 1–1.5 meter bare earth digital elevation model (DEM) would be

available from this project. The LIDAR information could be used to identify areas where vegetation has been removed (i.e. well pads and roads) so that a precise assessment of the amount of ground disturbance within the PAWSA could be determined. This information could be used to better estimate habitat loss across the study area. Another potential application is estimation of the amount of area that would need to be treated for control of noxious weeds, which are, of course, highly prone to spreading in ground disturbed areas. Overwatch Systems LIDAR Analyst software could be used automate the analysis of LIDAR data, along with ESRI's ArcGIS 9.2, which will integrate LIDAR data into the geodatabase through use of a new 3D data type called terrains. LIDAR in combination with a detailed vegetation classification layer would make for a very powerful analysis tool.

Mandating the collection of LIDAR in subsequent years would make for a forward-looking gas field monitoring program on the PAWSA, likely the first of its kind in the US. Continued monitoring would allow for comparison of vegetation canopy across years, quantification of the expansion of facilities, 3D rendering and analysis of infrastructure, and detailed viewsheds.

In combination with the presence/absence wildlife surveys on the PAWSA, landscape metrics derived from LIDAR could enable biologists to explore an Akaike's Information Criterion (AIC) or stepwise approach to modeling habitat suitability for wildlife species. In this approach an equation representing the best-fit model describing species-habitat relationship is fed back into a GIS, returning raster layers depicting the most important habitat areas for the species of interest. Parameters may include multiple-scale values for average vegetation canopy height, vegetation canopy cover, distance to nearest infrastructure (well, road, building, pipeline, powerline, fence), and degree of disturbance (well density, road density, etc.). This would aid in conservation of vital suitable habitat in addition to the protection of active/occupied habitat.

Acquisition and processing of LIDAR to produce high resolution elevation data typically runs from $50 - $400/square mile. (NRCS, 2006). Based on this estimate, the PAWSA's approximately 518 square miles would cost $25,900–$207,200.

## 7.  REFERENCES

Belinda, Steve.  2005.  Former Wildlife Biologist/COR, Bureau of Land Management.  Personal communication. October 13.

Belinda, Steve.  2006.  Former Wildlife Biologist/COR, Bureau of Land Management.  Email communication. January 24.

Cunningham, Melissa.  2005.  Geographic Information Specialist, Bureau of Land Management. Personal communication.  October 13.

Cunningham, Melissa.  2006.  Geographic Information Specialist, Bureau of Land Management. Personal communication.  April.

Hartman, Therese.  2006.  Oil and Gas Coordinator, Wyoming Game and Fish Department.  Email communication.  July 27.

Holloran, M.J. 2005. *Greater sage-grouse (Centrocercus urophasianus) population response to natural gas field development in western Wyoming.*  Ph.D. Dissertation.  University of Wyoming. Laramie, Wyoming. Accessed online at www.sagebrushsea.org/th_energy_sage_grouse_study2.htm on June 26, 2006.

NRCS (Natural Resources Conservation Service).  2006.  Wyoming statewide LIDAR effort.  Accessed online at http://www.wy.nrcs.usda.gov/wygis/lidar.html on June 6, 2006.

Pinedale Anticline Working Group.  2005.  *Wildlife Monitoring Task Group Proposed Monitoring Plan.* February 18.

Rogers, Karen.  2006.  Geographic Information Specialist, Bureau of Land Management.  Personal communication.  May 12.

Schuette, Pauline.  2005.  State Wildlife Biologist, Bureau of Land Management.  Personal communication.  October 13.

Schuette, Pauline.  2006.  Senior Wildlife Biologist, Bureau of Land Management.  Email communication.  July 25.

SWOGCC (State of Wyoming Oil and Gas Conservation Commission). 2006. GIS data for gas wells. Accessed online at http://wogcc.state.wy.us/ on April 17.

TRC (TRC Mariah Associates, Inc.). 2001. *Wildlife Monitoring/Protection Plan for the Pinedale Anticline Project.* Prepared for Bureau of Land Management Pinedale Field Office. May.

TRC (TRC Mariah Associates, Inc.). 2006. *2005 Wildlife Studies, Pinedale Anticline Project, Sublette County, Wyoming.* Prepared for Pinedale Anticline Operators and Bureau of Land Management Pinedale Field Office. March.

USDI (US Department of the Interior) BLM (Bureau of Land Management). 2000. *Record of Decision, Environmental Impact Statement for the Pinedale Anticline Oil and Gas Exploration and Development Project Sublette County, Wyoming.* July.

USFWS (US Fish and Wildlife Service). 2006. *Consultation with Federal Agencies.* Accessed online at www.fws.gov/endangered/consultations/ on May 23.

C
08-1047

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

THEODORE ROOSEVELT CONSERVATION PARTNERSHIP

11001

## DEFENDANTS

DIRK KEMPTHORNE, in his official capacity as Secretary of the U.S. Department of the Interior
and
UNITED STATES BUREAU OF LAND MANAGMENT

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Donald D. Blankenau
Husch Blackwell Sanders LLP
206 South 13th Street, Suite 1400
Lincoln, NE 68508
402-458-1800

Case: 1:08-cv-01047
Assigned To : Leon, Richard J.
Assign. Date : 6/18/2008
Description: Admn. Agency Review

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government
　　Plaintiff

⊙ 2 U.S. Government
　　Defendant

○ 3 Federal Question
　　(U.S. Government Not a Party)

○ 4 Diversity
　　(Indicate Citizenship of
　　Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**○ A. Antitrust**

☐ 410 Antitrust

**○ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**⊙ C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☒ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**○ E. General Civil (Other)**      OR      **○ F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

④

| | | | |
|---|---|---|---|
| ○ **G. Habeas Corpus/ 2255** | ○ **H. Employment Discrimination** | ○ **I. FOIA/PRIVACY ACT** | ○ **J. Student Loan** |
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| | | | |
|---|---|---|---|
| ○ **K. Labor/ERISA (non-employment)** | ○ **L. Other Civil Rights (non-employment)** | ○ **M. Contract** | ○ **N. Three-Judge Court** |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

○(●) 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Violation of the National Environmental Policy Act, 42 U.S.C. §§ 4321 et seq., and Federal Land Policy and Management Act, 43 U.S.C. §§ 1701 et seq.

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ [_____]   Check YES only if demanded in complaint
JURY DEMAND:   YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE  June 18, 2008   SIGNATURE OF ATTORNEY OF RECORD  _Don Blackman_

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT:  The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.