# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODORE ROOSEVELT CONSERVATION PARTNERSHIP,<br><br>    Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, in his official capacity as the Secretary of the United States Department of the Interior, and THE UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>    Defendants,<br><br>and<br><br>QUESTAR MARKET RESOURCES, INC.; SHELL ROCKY MOUNTAIN PRODUCTION LLC; and ULTRA RESOURCES, INC.,<br><br>    Defendants-Intervenors. | CASE NO. 1:08-cv-1047-RJL |

## NOTICE OF FILING

The Theodore Roosevelt Conservation Partnership gives notice that the following parties have been served a copy of the COMPLAINT as evidenced by copies of the U.S. Postal Service delivery confirmations attached hereto as Exhibit A:

Dirk Kempthorne
U.S. Department of the Interior
1849 C Street NW
Washington, DC  20240

Jeffrey A. Taylor
U.S. Attorney
501 Third St. NW, 4th Floor
Washington, DC  20530

Michael B. Mukasey
U.S. Attorney General
950 Pennsylvania Ave. NW
Washington, DC  20530

U.S. Bureau of Land Management
1849 C Street NW, Room 406-LS
Washington, DC  20240

Respectfully submitted this 5th day of August, 2008.

/s/ *Donald G. Blankenau*
D.C. Bar No. ND0003
HUSCH BLACKWELL SANDERS LLP
206 South 13th Street, Suite 1400
Lincoln, NE 68508-2019
T: (402) 458-1500
F: (402) 458-1510
don.blankenau@huschblackwell.com

*Counsel for Theodore Roosevelt
  Conservation Partnership*

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2008, I caused to be electronically filed the foregoing NOTICE OF FILING with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Donald G. Blankenau**
don.blankenau@huschblackwell.com; sharon.marburger@huschblackwell.com

**John Frederic Shepherd**
jshepherd@hollandhart.com

/s/ *Donald G. Blankenau*
D.C. Bar No. ND0003
HUSCH BLACKWELL SANDERS LLP
206 South 13th Street, Suite 1400
Lincoln, NE 68508-2019
T: (402) 458-1500
F: (402) 458-1510
don.blankenau@huschblackwell.com

*Counsel for Theodore Roosevelt
  Conservation Partnership*

# Exhibit A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>JESSICA DEE   10/27/08<br>D. Is delivery address different from item 1? ☐ Yes<br>  If YES, enter delivery address below:  ☒ No |
| 1. Article Addressed to:<br><br>Dirk Kempthorne<br>U.S. Dept. of the Interior<br>1849 C Street NW<br>Washington, DC  20240 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2760 0003 7263 7981 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

7006 2760 0003 7263 8018

OFFICIAL USE

| Postage | $ | $7.20 | 0505 |
| Certified Fee | | $2.70 | |
| Return Receipt Fee (Endorsement Required) | | $2.20 | Postmark Here JUN 24 2008 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | | $12.10 | 06/24/2008 |

Sent To: Pinedale  U.S. Attorney General Michael B. Mukasey
Street, Apt. No. or PO Box No.: U.S. Department of Justice  950 Pennsylvania Ave. NW
City, State, Zip: Washington, DC  20530

PS Form 3800, August 2006

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

7006 2760 0003 7263 7981

OFFICIAL USE

| Postage | $ | $7.20 | 0505 |
| Certified Fee | | $2.70 | |
| Return Receipt Fee (Endorsement Required) | | $2.20 | Postmark Here JUN 24 2008 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | | $12.10 | 06/24/2008 |

Sent To: Pinedale  Dirk Kempthorne
Street, Apt. No. or PO Box No.: U.S. Dept. of the Interior  1849 C Street NW
City, State, Zip: Washington, DC  20240

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ernest L Parker_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>JUN 27 2008<br>D. Is delivery address different from item 1? ☐ Yes<br>  If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>U.S. Attorney General Michael B. Mukasey<br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC  20530 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2760 0003 7263 8018 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



**UNITED STATES POSTAL SERVICE**®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2760 0003 7263 8001**
Detailed Results:

- Delivered, June 27, 2008, 11:19 am, WASHINGTON, DC 20530
- Notice Left, June 27, 2008, 10:47 am, WASHINGTON, DC 20530
- Notice Left, June 27, 2008, 9:55 am, WASHINGTON, DC 20530
- Arrival at Unit, June 27, 2008, 9:39 am, WASHINGTON, DC 20022
- Acceptance, June 24, 2008, 11:57 am, LINCOLN, NE 68505

( < Back )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.



## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT (Domestic Mail Only; No Insurance Coverage Provided). For delivery information visit our website at www.usps.com®. WASHINGTON DC 20530. OFFICIAL USE. Postage $7.20. Certified Fee $2.70. Return Receipt Fee (Endorsement Required) $2.20. Restricted Delivery Fee (Endorsement Required) $0.00. Total $12.10. Postmark: LINCOLN NE GATEWAY STATION 68505, JUN 24 2008. Label: 7006 2760 0003 7263 8001. Sent To: Pinedale, U.S. Attorney Jeffrey A. Taylor, 501 Third St. NW, 4th Floor, Washington, DC 20530.


**UNITED STATES POSTAL SERVICE**®

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7006 2760 0003 7263 7998**
Detailed Results:

- Delivered, June 27, 2008, 11:55 am, WASHINGTON, DC 20240
- Arrival at Unit, June 27, 2008, 9:32 am, WASHINGTON, DC 20022
- Acceptance, June 24, 2008, 12:01 pm, LINCOLN, NE 68505

( < Back )       ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage $ | $7.20 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total P | $12.10 |

Postmark - LINCOLN NE GATEWAY STATION 68505 - JUN 24 2008 USPS

7006 2760 0003 7263 7998

Sent To: Pinedale
U.S. Bureau of Land Management
1849 C Street NW, Room 406-LS
Washington, DC 20240

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do   7/16/2008