**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THEODORE ROOSEVELT CONSERVATION PARTNERSHIP,<br><br>      Plaintiff,<br><br>      v.<br><br>DIRK KEMPTHORNE, in his official capacity as the Secretary of the United States Department of the Interior, and THE UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>      Defendants,<br><br>      and<br><br>QUESTAR MARKET RESOURCES, INC.; SHELL ROCKY MOUNTAIN PRODUCTION LLC; and ULTRA RESOURCES, INC.,<br><br>      Defendants-Intervenors. | )<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO. 1:08-cv-1047-RJL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE OF PROCESS**

    The Theodore Roosevelt Conservation Partnership gives notice that the following parties have been served a copy of the COMPLAINT as evidenced by copies of the U.S. Postal Service delivery confirmations attached hereto as Exhibit A:

Dirk Kempthorne
U.S. Department of the Interior
1849 C Street NW
Washington, DC  20240

Jeffrey A. Taylor
U.S. Attorney
501 Third St. NW, 4th Floor
Washington, DC  20530

Michael B. Mukasey
U.S. Attorney General
950 Pennsylvania Ave. NW
Washington, DC  20530

U.S. Bureau of Land Management
1849 C Street NW, Room 406-LS
Washington, DC  20240

Respectfully submitted this 7th day of August, 2008.

/s/ *Donald G. Blankenau*
D.C. Bar No. ND0003
HUSCH BLACKWELL SANDERS LLP
206 South 13th Street, Suite 1400
Lincoln, NE 68508-2019
T: (402) 458-1500
F: (402) 458-1510
don.blankenau@huschblackwell.com

*Counsel for Theodore Roosevelt
Conservation Partnership*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2008, I caused to be electronically filed the foregoing NOTICE OF SERVICE OF PROCESS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Donald G. Blankenau**
don.blankenau@huschblackwell.com; sharon.marburger@huschblackwell.com

**John Frederic Shepherd**
jshepherd@hollandhart.com

/s/ *Donald G. Blankenau*
D.C. Bar No. ND0003
HUSCH BLACKWELL SANDERS LLP
206 South 13th Street, Suite 1400
Lincoln, NE 68508-2019
T: (402) 458-1500
F: (402) 458-1510
don.blankenau@huschblackwell.com

*Counsel for Theodore Roosevelt
Conservation Partnership*

# Exhibit A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dirk Kempthorne
   U.S. Dept. of the Interior
   1849 C Street NW
   Washington, DC  20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☒ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
JESSICA DEE    10/27/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7006 2760 0003 7263 7981

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $7.20  0505 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $12.10 |

Postmark: LINCOLN GATEWAY STATION, JUN 24 2008

Sent To: Pinedale
U.S. Attorney General Michael B. Mukasey
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC  20530

7006 2760 0003 7263 8018

PS Form 3800, August 2006

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $7.20  0505 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $12.10    06/24/2008 |

Postmark: GATEWAY STATION, JUN 24 2008

Sent To: Pinedale
Dirk Kempthorne
U.S. Dept. of the Interior
1849 C Street NW
Washington, DC  20240

7006 2760 0003 7263 7981

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney General Michael B. Mukasey
   U.S. Department of Justice
   950 Pennsylvania Ave. NW
   Washington, DC  20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature Ernest L Parker]    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
JUN 27 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7006 2760 0003 7263 8018

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2760 0003 7263 8001**
Detailed Results:

- Delivered, June 27, 2008, 11:19 am, WASHINGTON, DC 20530
- Notice Left, June 27, 2008, 10:47 am, WASHINGTON, DC 20530
- Notice Left, June 27, 2008, 9:55 am, WASHINGTON, DC 20530
- Arrival at Unit, June 27, 2008, 9:39 am, WASHINGTON, DC 20022
- Acceptance, June 24, 2008, 11:57 am, LINCOLN, NE 68505

( < Back )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

 



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

7006 2760 0003 7263 8001

| | | |
|---|---|---|
| Postage | $ | $7.20 | 0505 |
| Certified Fee | | $2.70 |
| Return Receipt Fee (Endorsement Required) | | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total | | $12.10 |

Postmark Here — LINCOLN NE GATEWAY STATION JUN 24 2008 68505

Sent To: Pinedale
U.S. Attorney Jeffrey A. Taylor
Street or PO Box: 501 Third St. NW, 4th Floor
City: Washington, DC 20530



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2760 0003 7263 7998**
Detailed Results:
- Delivered, June 27, 2008, 11:55 am, WASHINGTON, DC 20240
- Arrival at Unit, June 27, 2008, 9:32 am, WASHINGTON, DC 20022
- Acceptance, June 24, 2008, 12:01 pm, LINCOLN, NE 68505

**Track & Confirm**
Enter Label/Receipt Number.

( < Back )    ( Return to USPS.com Home > )

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



7006 2760 0003 7263 7998

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $7.20 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total P | $12.10 |

LINCOLN NE GATEWAY STATION 68505
JUN 24 2008
Postmark Here
USPS

Sent To: Pinedale
U.S. Bureau of Land Management
1849 C Street NW, Room 406-LS
Washington, DC 20240

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do    7/16/2008