UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODORE ROOSEVELT CONSERVATION PARTNERSHIP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, in his official capacity as the Secretary of the Department of the Interior, and UNITED STATES BUREAU OF LAND MANAGEMENT )<br>)<br>Federal Defendants. ) | Case:  1:08-cv-01047 (RJL) |

UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME IN WHICH TO RESPOND TO COMPLAINT

Federal Defendants Dirk Kempthorne, Secretary of the Department of the Interior, and the United States Bureau of Land Management ("Federal Defendants") hereby request a 19-day enlargement of time, to September 17, 2008, in which to respond to Plaintiff's Complaint. The undersigned has conferred with counsel for Plaintiff, who indicates his client does not oppose this motion. The complaint was served on the United States Attorney for the District of Columbia on June 30, 2008, so at present Federal Defendants' Answer is due August 29, 2008 pursuant to Fed. R. Civ. P. 12(a)(2).

Federal Defendants request this additional time because the undersigned only received the assignment in this case on July 16, 2008, in the middle of a heavy briefing schedule, and unexpectedly received an order in mid-July, in one very contentious case, requiring a federal agency to assemble an administrative record on an unworkable time-table, and to negotiate with

multiple plaintiffs and intervenors to arrive at an agreed case management schedule. In addition, the undersigned has had long-standing plans to be on leave August 16 to 25, 2008, and until today has not had a meaningful opportunity to focus on Plaintiff's claims. Federal Defendants therefore request that they be allowed an additional 19 days, to September 17, 2008, in which to respond to Plaintiff's complaint. No previous adjustment of this deadline has been requested by Federal Defendants.

      WHEREFORE Federal Defendants respectfully request that the Court enter an order allowing Federal Defendants until September 17, 2008 to respond to Plaintiffs' Complaint, as reflected in the attached proposed order.

August 15, 2008                              Respectfully submitted,

                                         RONALD J. TENPAS
                                         Assistant Attorney General

                                         /S/ John S. Most
                                         JOHN S. MOST, Virginia Bar #27176
                                         Trial Attorney, Natural Resources Section
                                         Environment & Natural Resources Division
                                         United States Department of Justice
                                         P.O. Box 663
                                         601 D Street Room 3536
                                         Washington, D. C.  20004
                                         (202) 616-3353, (202) 305-0274 (fax)
                                         email john.most@usdoj.gov

                                         Counsel for Federal Defendants

CERTIFICATE OF SERVICE

      I hereby certify that on August 15, 2008, a copy of the foregoing was served on counsel of record as noted below, by filing it electronically using the Court's ECF system:

Donald D. Blankenau
DC Bar No. ND0003
Husch Blackwell Sanders LLP
206 South 13th Street, Suite 1400
Lincoln, Nebraska 68508
Telephone: (402) 458-1500
Telephone: (402) 458-1502
Fax: (402) 458-1510
don.blankenau@huschblackwell.com


      /S/ John S. Most
      JOHN S. MOST

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| THEODORE ROOSEVELT CONSERVATION PARTNERSHIP, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case: 1:08-cv-01047 (RJL) |
| DIRK KEMPTHORNE, in his official capacity as the Secretary of the Department of the Interior, and UNITED STATES BUREAU OF LAND MANAGEMENT | ) ) ) ) ) | |
| Federal Defendants. | ) ) | |

[PROPOSED] ORDER

Before the Court is Defendants' August 15, 2008 *Unopposed Motion for Enlargement of Time in which to Respond to Complaint,* requesting a 19-day enlargement of time, beyond the current August 29, 2008 deadline, to respond to the Complaint. Upon consideration of this request and the record in this case, it is hereby ORDERED that the request is GRANTED. Defendants shall respond to the Complaint by September 17, 2008.

IT IS SO ORDERED.

      DATED this _____ day of _____, 2008.

_____
U. S. DISTRICT JUDGE