**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THEODORE ROOSEVELT                )<br>CONSERVATION PARTNERSHIP,   )<br>                                                              )<br>              Plaintiff,                            )<br>                                                              )     CASE NO. 1:08-cv-1047-RJL<br>       v.                                                )<br>                                                              )<br>KEN SALAZAR, in his official capacity )<br>as the Secretary of the United States     )<br>Department of the Interior, et al,           )<br>                                                              )<br>              Defendants.                       )<br>                                                              ) | |

**PLAINTIFF THEODORE ROOSEVELT CONSERVATION PARTNERSHIP'S**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Theodore Roosevelt Conservation Partnership ("TRCP") notifies the Court that the U.S. Fish and Wildlife Service ("Service") on Friday, March 5, 2010, concluded its 12-month review of the status of the Greater sage-grouse under the Endangered Species Act, 16 U.S.C. §§ 1531 *et seq*. A copy of the finding is attached as Exhibit A. *See also* Agency News Release and associated materials at http://www.fws.gov/news/NewsReleases/showNews.cfm?newsId=2F98A862-90A1-07B5-71DCA2BCAC826881. According to the Service, "listing the greater sage-grouse (rangewide) is warranted, but precluded by higher priority listing actions." Ex. A at 1. The Service intends to "develop a proposed rule to list the greater sage-grouse as [the agency's] priorities allow." *Id.* The Service found listing warranted because "existing regulatory mechanisms are inadequate to protect the species" and "[t]he absence of adequate regulatory mechanisms is a significant threat to the species, now and in the foreseeable future." Ex. A at 72.

The attached material is relevant to the arguments presented at pages 24 through 30 of TRCP's Motion for Summary Judgment and Supporting Memorandum of Points and Authorities (Doc. Nos. 23 (and 36, as amended)) and pages 18 through 21 and 38 through 40 of TRCP's Consolidated Response to Defendants' Cross Motions for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment (Doc. No. 32).

Among other things, the Service explains the current status of the science regarding sage-grouse, discusses impacts to sage-grouse in the Pinedale Anticline and evaluates current BLM management practices, including those implemented at Pinedale. *See, e.g.*, Exhibit A at 35 (discussing Pinedale); at 36 (explaining 0.25 "no surface occupancy buffers" are "ineffective in protecting sage-grouse") and 67-8 (explaining "there is no support in published literature" for the 0.25 mile buffer). The Service's conclusions rely largely on material in the Administrative Record in this case. *Compare, e.g.,* AR 51244-51254 (citing Aldridge, Lyon, Connelly, Braun, Holloran, Walker, Doherty) *with* Ex. A at 36 (citing same sources).

Respectfully submitted this 12th day of March, 2010.

/s/ Thomas R. Wilmoth
D.C. Bar No. 981128
Donald G. Blankenau
D.C. Bar No. ND0003
BLANKENAU WILMOTH LLP
206 South 13th Street, Suite 1425
Lincoln, NE  68508-2002
T: (402) 475-7080
F: (402) 475-7085
tom@aqualawyers.com
don@aqualawyers.com

*Counsel for Theodore Roosevelt Conservation Partnership*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2010, I caused to be electronically filed the foregoing PLAINTIFF THEODORE ROOSEVELT CONSERVATION PARTNERSHIP'S NOTICE OF SUPPLEMENTAL AUTHORITY with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Donald G. Blankenau**
don@aqualawyers.com ; sharon@aqualawyers.com ; christina@aqualawyers.com

**John S. Most**
john.most@usdoj.gov; efile_nrs.enrd@usdoj.gov; jane.bamford@usdoj.gov

**John Frederic Shepherd**
jshepherd@hollandhart.com; jacrosslingtsang@hollandhart.com;
twheeler@hollandhart.com; IntakeTeam@hollandhart.com; jmarsh@hollandhart.com;
HMReimer@hollandhart.com; mcmeirink@hollandhart.com;
ssnodgrass@hollandhart.com; DHindin-king@hollandhart.com

**Thomas R. Wilmoth**
tom@aqualawyers.com; sharon@aqualawyers.com; christina@aqualawyers.com

/s/ Thomas R. Wilmoth
D.C. Bar No. 981128
Donald G. Blankenau
D.C. Bar No. ND0003
BLANKENAU WILMOTH LLP
206 South 13th Street, Suite 1425
Lincoln, NE  68508-2002
T: (402) 475-7080
F: (402) 475-7085
tom@aqualawyers.com
don@aqualawyers.com

*Counsel for Theodore Roosevelt Conservation Partnership*